128-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
OCEAN LINE HOLDINGS LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OCEAN LINE HOLDINGS LIMITED,

                    Plaintiff,

   - against –

CHINA NATIONAL CHARTERING CORP.
a/k/a SINOCHART,

                    Defendant.
-----------------------------------------------------------------x

07 CIV. 8123 ( DC )

**RULE 7.1 STATEMENT**

OCEAN LINE HOLDINGS LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       September 17, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff

By: _____
     Peter J. Gutowski (PG 2200)
     80 Pine Street
     New York, NY 10005
     Telephone: (212) 425-1900
     Facsimile: (212) 425-1901

NYDOCS1/279944.1