Lennon, Murphy & Lennon, LLC
Attorneys for Defendant
CHINA NATIONAL CHARTERING CORPORATION
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OCEAN LINE HOLDINGS LIMITED,                :
                                            :
                Plaintiff,                  :         07 Civ. 8123 (DC)
                                            :         ECF Case
        - against -                         :
                                            :
CHINA NATIONAL CHARTERING CORPORATION,      :
                                            :
                Defendant.                  :
                                            :
------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the Defendant, China National Chartering Corporation is 100% owned by the government of the People's Republic of China and otherwise does not have any corporate parent nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: October 18, 2007
       New York, New York

The Defendant,
China National Chartering Corp.

By: _____
Patrick F. Lennon (PL-2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax
pfl@lenmur.com

### AFFIRMATION OF SERVICE

I hereby certify that on September 17, 2007, a copy of the foregoing Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Patrick F. Lennon