Lennon, Murphy & Lennon, LLC
Attorneys for Defendant
CHINA NATIONAL CHARTERING CORPORATION
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OCEAN LINE HOLDINGS LIMITED,                  :
                                              :
                Plaintiff,                    :    07 Civ. 8123 (DC)
                                              :
        - against -                           :
                                              :
CHINA NATIONAL CHARTERING CORPORATION,        :
                                              :
                Defendant.                    :
                                              :
------------------------------------------------------------------X

### NOTICE OF RESTRICTED APPEARANCE IN ACCORDANCE WITH RULE E(8) OF THE F.R.C.P. SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

To the Clerk of the Court and all parties of record:

Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Patrick F. Lennon of Lennon, Murphy & Lennon, LLC hereby makes a restricted appearance on behalf of defendant China National Chartering Corporation in the above-captioned action in order to defend against an alleged admiralty and maritime claim with respect to which there has been issued process in rem or process of attachment and garnishment. Furthermore, this appearance is expressly restricted to the defense of said claim and is not an appearance for the purpose of any other motion, petition or claim with respect to which such process is not available or has not been served.

In accordance with the above-stated restriction, please enter an appearance for Patrick F. Lennon as counsel in this case for the Defendant.

Dated: October 18, 2007
New York, New York

The Defendant,
CHINA NATIONAL CHARTERING CORPORATION,

By: *[signature]*
Patrick F. Lennon (PL-2162)
LENNON MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
pfl@lenmur.com

### AFFIRMATION OF SERVICE

I hereby certify that on October 18, 2007, a copy of the foregoing Notice of Restricted Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*[signature]*
Patrick F. Lennon