UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
OCEAN LINE HOLDINGS LIMITED           :
                                      :
                Plaintiff,            :         07 Civ. 8123
                                      :
       - against -                    :         [ ]
                                      :
CHINA NATIONAL CHARTERING             :
CORP. a/k/a SINOCHART,                :
                                      :
                Defendant.            :
-------------------------------------------------X

## DECLARATION OF SONG DIHUANG
## IN SUPPORT OF DEFENDANT'S
## MOTION TO VACATE MARITIME ATTACHMENT

I, Song Dihuang declares under penalty of perjury of the laws of the United States of America as follows:-

1.  I am a partner of Commerce & Finance Law Offices, of 6th Floor, A12 Jianguomenwai Avenue, Beijing 100022, the People's Republic of China, the Chinese Counsel to the Defendant in this action, China National Chartering Corp ("Sinochart") and I make this declaration based upon my own personal knowledge and upon documents that I believe to be true and accurate.

2.  I instructed my colleague to conduct an independent search against Sinochart at the State Administration of Industry and Commerce (**the "SAIC"**).

3. I have read and considered the following documents among other documents obtained from the SAIC by my colleague:-

(1) a copy of Business License of Sinochart by the State Administration for Industry and Commerce of the People's Republic of China (**"Exhibit 1"**).

(2) a copy of Registration Form on Possession of State-owned Assets by Enterprise (Sinochart) (**"Exhibit 2"**); and

(3) a copy of Document of the Ministry of Foreign Economic & Trade (**"Exhibit 3"**).

4. I can confirm that from the documents available to me, Sinochart is a separate legal corporation created under the laws of the People's Republic of China and is neither a citizen of a State of the United States nor was it created under the laws of any third country.

5. As reflected in Sinochart's Business License, its "economic nature" is an enterprise with "ownership by the whole people (**"EOWP"**)". Under Chinese law, an EOWP means an enterprise duly registered under the Law of PRC on Industrial Enterprises Owned by the Whole People (**See Exhibit 4 - the Law of PRC on EOWP**). Art 2 of the Law of PRC on EOWP provides that the property of the enterprise shall be owned by the whole people, and shall be operated and managed by the enterprise with the authorization of the state in line with the principle of the separation of ownership and managerial authority. The enterprise shall enjoy the rights to possess, utilize and dispose of, according to law, the property which the state has authorized it to operate and manage. It is therefore beyond any doubt that an EOWP means an enterprise owned by the People's Republic of China.

6. As mentioned above, Sinochart is an enterprise which is owned by the People's Republic of China, Sinochart's assets were registered as state owned assets as shown in Exhibit 2.

7. From Exhibit 3, it can be seen that the Ministry of Foreign Economic & Trade (now known as the Ministry of Commence) certified that Sinochart was originally established by the Chinese Government in 1955. The Ministry of Foreign Economic & Trade also requested the SIAC to issue a business license to Sinochart. Clearly, Sinochart was established by the Chinese Government.

8. I should mention that under State Owned Assets Registration Form (Exhibit 2), China National Foreign Trade Transportation (Group) Corp. ("Sinotrans") was described as a "Contributor"/"Investor". Because Sinochart is registered as a company under the Law of the PRC on EOWP, the description of Sinotrans as the investor/contributor in this form merely means that the registered capital was put in by Sinotrans on behalf of the whole people after the approval by Chinese Government under the Law of PRC on EOWP.

9. Based upon the documents available to me, I can confirm that as a matter of PRC laws, Sinochart are 100% state-owned and all the assets of Sinochart belong to PRC.

10. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on 15th October, 2007 in Beijing, China.

                                                    _____
                                                            Song Dihuang

15

## AFFIRMATION OF SERVICE

I hereby certify that on September 18, 2007, a copy of the foregoing Declaration of Song Dihuang was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Patrick F. Lennon