Song Dihuang Declaration

Exhibit "1"

Exhibit 1

# 企业法人营业执照（副本）

| 企业名称 | 中国租船公司 |
|---|---|
| 住所 | 北京市海淀区西直门北大街甲43号 |
| 法定代表人 | 李顿 |
| 注册资金 | 人民币贰仟叁佰贰拾陆万元 |
| 经济性质 | 全民所有制 |
| 经营方式 | 代理、租赁、咨询 |
| 经营范围 | 主营：接受委托，代理船舶租赁或购进、出售、拆船，从事船舶经营、管理及相关货运业务，以及与此相关国际航运信息、咨询租赁服务。 |
| | 兼营： |

注册号 1000001000171(2-2)

发照机关：[印章]

企业最初开业日期：二零零零年06月09日




**Business License**

**for Enterprises as a Legal Person**

(Duplicate)

Registration No.100000D1000171 (2-2)

Issuing Authority:

(Seal of State Administration of Industry and Commerce, the People's Republic of China affixed)

Date of initial establishment: June 9 1984

January 20 2001

| | |
|---|---|
| Name of the Enterprise | China National Chartering Corporation |
| Domicile | A 43 Xizhimen North Avenue, Haidian District, Beijing |
| Legal Representative | Li Zhen |
| Registered Capital | RMB 23,160,000 |
| Economic Nature | Ownership by the whole people |
| Mode of Operation | Agency, Chartering and Consultancy |
| Business Scope | |
| Principle business: | Entrusted by cargo owners as agent for the chartering-in, chartering-out, purchase, repairing and construction of vessels; conducting the operation and management of vessels as well as freight business, and providing services of international shipping information and consultancy and other related services. |
| Ancillary business: | |