Song Dihuang Declaration

Exhibit "2"

Exhibit 2

档案编号: _____

# 企业国有资产占有产权登记表

企业名称(盖章): 

法定代表人(签字): _____

填报日期: _____

中华人民共和国财政部制

38

"9"

金额单位:万元

| 拟开办企业单位 | 中国外运(集团)租船公司 |
|---|---|
| 申请住所 | 北京西三环北路24号久凌大厦 |
| 统一代码 | |
| 经济性质 | 全民 | 组织形式 | |
| 批准单位 | 对外贸易经济合作部 |
| 批准文号及日期 | (1993)外经贸运函字第149号 |

| 项目 | 企业单位申报 | 主管单位审查 | 国有资产管理部门审定 |
|---|---|---|---|
| 初始国有资本金总额 | 500万 | | 500- |
| 其中:财政拨款 | | | |
| 主管单位拨款 | 500万 | | 500- |
| | | | |
| | | | |
| 其中:全民企业单位投入资金 | | | |
| 集体企业单位投入资金 | | | |
| 私营企业单位投入资金 | | | |
| 外商投入资金 | | | |
| 其它 | | | |
| | | | |
| 实有资金 | 500万 | | 500- |

4

10P

## 企业国有资产占有状况

金额单位: 千元

| 项目 | | 企业申报数 | 企业集团或企业管理部门审核数 | 产权登记机关审定数 |
|---|---|---|---|---|
| 所有者权益 | 国家资本 | | | / |
| | 实收资本 法人资本 | 23163 | 23163 | 23163 |
| | 其中:国有法人资本 | 23163 | 23163 | 23163 |
| | 外商资本 | | | / |
| | 个人资本 | | | / |
| | 小计 | 23163 | 23163 | 23163 |
| | 资本公积 | 4420 | 4420 | 4420 |
| | 盈余公积 | 3781 | 3781 | 3781 |
| | 未分配利润 | -42300 | -42300 | -42300 |
| | 其他 | | | / |
| | 合计 | -11336 | -11336 | -11336 |
| 国家资本应享有权益 | | | | / |
| 国有法人资本应享有权益 | | -34499 | -34499 | -34499 |
| 其他国有资产 | | | | / |
| 国有资产总额 | | -11336 | -11336 | -11336 |
| 负债总额 | | 95925 | 95925 | 95925 |
| 资产总额 | | 84589 | 84589 | 84589 |
| 其中: 长期投资 | | | | / |

5

## 出 资 人 情 况

| 序号 | 出资人名称 | 地址(行政区划码) | 组织形式(码) | 行业分类(码) | 投资金额(千元) | 股权比例(%) |
|---|---|---|---|---|---|---|
| 1 | 中国对外贸易运输集团总公司 | 110103 | 110 | 收入 | 231630 | 100 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

## 全资或控股子公司情况

| 序号 | 子公司名称 | 地址(行政区划码) | 组织形式(码) | 行业分类(码) | 投资金额(千元) | 股权比例(%) |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| 2 | | | | | | |

(续上页)

| 序号 | 出资人名称 | 地址(行政区划码) | 组织形式(码) | 行业分类(码) | 投资金额(千元) | 股权比例(%) |
|---|---|---|---|---|---|---|
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 合计 | | ****** | ****** | ****** | | |

7



# Registration Form on Possession of State-owned Assets by Enterprise

Name of the Enterprise (Seal)  : China National Chartering Corporation
(Seals affixed)

Legal Representative (Signature)  : (Signature)

Date  : February 22 2001

Produced by the Ministry of Finance, the People's Republic of China

9

Amounts in: (10,000 RMB)

| Enterprise to be Established | China National Foreign Trade Transportation (Group) Chartering Corporation | |
|---|---|---|
| Applying Domicile | Jinling Building, No. 21 North Road of West 3rd Ring Road, Beijing | |
| Unified Code | | |
| Economic Nature | Owned by the whole people | Form of Organization |
| Department of Approval | Ministry of Foreign Trade and Economic Cooperation | |
| Approval Ref. No. and Date | (1993) Wai Jing Mao Yun Han No. 149 | |

| Item | Declaration by the Enterprise | Examination by the Department in Charge | Approval by the State-owned Assets Management Department |
|---|---|---|---|
| Total amount of Initial State-owned Capital | 5 million | | 5 million |
| Among which: Appropriated by the Ministry of Department | | | |
| Appropriated by the Responsible Department | 5 million | | 5 million |
| (Omitted) | | | |
| Actual Capital | 5 million | | 5 million |

(Omitted)

### Condition of Contributors

| No. | Name of Contributor | Address (Administrative Region Code) | Form (Code) of Organization | Type (Code) of Industry | Amount of Investment (in Thousand RMB) | Share Percentage (%) |
|---|---|---|---|---|---|---|
| 1 | China National Foreign Trade Transportation (Group) Corporation | 110108 | 1110 | 5510 | 23163 | 100% |

(Omitted)

10

| Person From the Enterprise Undertaking the Application | Wang Xiulong | Tel | 010-6229 5682 |
|---|---|---|---|
| Opinions of Examination of Enterprise Group or the Department in Charge | Examiner: Signature: (Signature) Date: March 10 2001 | Approved by: (Seal of China National Foreign Trade Transportation (Group) Corporation affixed) Date: March 17 2001 | |
| Opinions of Approval of the State-owned Assets Management Department | Examiner: Signature: (Signature) Date: April 10 2001 | Approved by: (Seal of Ministry of Finance affixed) Date: April 10 2001 | |