Song Dihuang Declaration

Exhibit "3"

18/09 2007 14:41 FAX                                                                ⌐001

# 对外经济贸易部文件

〔急件〕                    〔83〕外经贸运字第101／1123号

申请营业执照和营业证书

国家工商行政管理局：

我部直属全民所有制国营企业中国对外贸易运输总公司和中国租船公司于一九五五年三月成立，企业地址为北京市西郊二里沟，系同一机构挂两块牌子的企业。总经理李清石，付总经理平锐、李恩科、刘福勒、吴荣泽。该公司注册资本为人民币捌千万元，中国对外贸易运输总公司名下人民币陆千万元，中国租船公司名下人民币贰千万元。

中国对外贸易运输总公司经营范围是承办国内外客户委托代办各种进出口贸易物资和非贸易物资的海、陆、空、邮运业务，在全国二十八个省、市、自治区（除西藏自治区外）和主要海运口岸、陆运国境站设有分公司、办事处。

中国租船公司经营范围是根据国内外有关部门的委托，办理对外租船、洽订舱位等业务，在全国各主要沿海港口设有办事处。

现将上述公司的登记申请书、登记表和其它有关文件寄你，请办理注册手续，发给营业执照和营业证书。

附件：1. 中外运输中租公司登记申请书各一份
2. 中外运输中租公司登记表各三份
3. 一九五五年对外贸易部批件（影印本）一份
4. 一九六四年工商企业营业证照（影印本）各一份
5. 对外经济贸易部注册资本证明函各一份
6. 中国银行注册资本资信证明一份
7. 营业执照（草稿）各一份
8. 营业证书（草稿）各一份



一九八　　　　　三 日

抄送：王部长代表  办公厅  人事局  财务局  外运总公司(2)
存档（抄送单位无附件）　　　　　　　（共 8 份）

[Translation]

## Document of the Ministry of Foreign Economy & Trade

(Urgent)                          (88) Wai Jing Mao Yun Zi No. 101/1123

---

### Application for Business Licence and Business Certificate

State Administration for Industry and Commerce:

China National Foreign Trade Transportation Corporation and China National Chartering Corp., the state-owned enterprises under the system of collective ownership and directly subordinated to our Ministry were established in March 1955. The address of the enterprises is Er Li Gou, Xijiao, Beijing. They are the same institution bearing two names. The general manager is Li Chuntian and the deputy general managers are Ping Jian, Li Sike, Liu Fulin and Wu Qianze. The registered capital of these enterprises is RMB80 million, of which RMB60 million belongs to China National Foreign Trade Transportation Corporation and RMB20 million belongs to China National Chartering Corp.

The scope of business of China National Foreign Trade Transportation Corporation is as follows: sea, land, air and mail transportation of various imported and exported trading and non-trading materials entrusted by domestic and overseas clients. It has set up branches and offices in 28 provinces, cities, self-autonomous regions (except Tibet Autonomous Region) throughout China and major sea freight ports and land transportation border checkpoints.

The scope of business of China National Chartering Corp. is as follows: overseas chartering, negotiating and booking of cargo holds and other business entrusted by the relevant domestic and overseas departments. It has set up offices in major coastal ports throughout China.

We attach herewith the registration applications, registration forms and other relevant documents in respect of the above enterprises. Please handle the registration formalities and issue the business licence and business certificate.

Attachments: 
1. One application form for China National Foreign Trade Transportation Corporation and one for China National Chartering Corp.

2. Three registration forms for China National Foreign Trade Transportation Corporation and three for China National Chartering Corp.

3. One approval document (photocopy) issued by the Ministry of

Foreign Trade in 1955

4. One business licence of industrial and commercial enterprise (photocopy) in 1964 for China National Foreign Trade Transportation Corporation and one for China National Chartering Corp.

5. Letter issued by the Ministry of Foreign Trade & Economic Cooperation served to prove the registered capital of each enterprise

6. Credit certificate issued by the Bank of China concerning the registered capital

7. One business licence (draft) for China National Foreign Trade Transportation Corporation and one for China National Chartering Corp.

8. One business certificate (draft) for China National Foreign Trade Transportation Corporation and one for China National Chartering Corp.

(Seal of the Ministry of Foreign Trade & Economic Cooperation, PRC affixed)

23rd December 1983

c.c.: Representative of Mr. Wang, the Minister   Office   Personnel Bureau   Finance Bureau   China National Foreign Trade Transportation Corporation (2) for filing (Total: 8 copies)