# Xing Nai Qun Declaration

# Exhibit "1"

Exhibit 1

# 企业法人营业执照（副本）



| | |
|---|---|
| 企业名称 | 中国租船公司 |
| 住　　所 | 北京市海淀区西直门北大街甲4 3号 |
| 法定代表人 | 李颐 |
| 注册资金 | 人民币 贰仟叁佰零拾陆万元 |
| 经济性质 | 全民所有制 |
| 经营方式 | 租赁、租贸、咨询 |
| 经营范围及主营 | 接受委托，代理船舶租进或派出，船油买卖，修船，从事船舶经营，管理及相关货运业务，以及提供国际航运信息、咨询和其他服务。 |
| 兼营 | |

注册号 100000010001171(2-2)

发照机关：

二〇〇〇年6月09日

**Business License**

**for Enterprises as a Legal Person**

(Duplicate)

Registration No.100000D1000171 (2-2)

Issuing Authority:

(Seal of State Administration of Industry and Commerce, the People's Republic of China affixed)

Date of initial establishment: June 9 1984

January 20 2001

| | |
|---|---|
| Name of the Enterprise | China National Chartering Corporation |
| Domicile | A 43 Xizhimen North Avenue, Haidian District, Beijing |
| Legal Representative | Li Zhen |
| Registered Capital | RMB 23,160,000 |
| Economic Nature | Ownership by the whole people |
| Mode of Operation | Agency, Chartering and Consultancy |
| Business Scope | Principle business: Entrusted by cargo owners as agent for the chartering-in, chartering-out, purchase, repairing and construction of vessels; conducting the operation and management of vessels as well as freight business, and providing services of international shipping information and consultancy and other related services. Ancillary business: |