LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*♦†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
♦ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913

**MEMO ENDORSED**

October 25, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

Our Ref: 128-07/PJG

**VIA FACSIMILE: 212-805-7906**
The Honorable Judge Denny Chin
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street – Room 1020
New York, New York 10007

RE:   OCEAN LINE HOLDINGS LIMITED
      v. CHINA NATIONAL CHARTERING CORP.,
      a/k/a SINOCHART
      07 CV 8123 (DC)

Dear Judge Chin:

We represent the Plaintiff in the captioned matter which involves an attachment under Rule B. Late last Thursday, the Defendant China National Chartering filed a Motion to Vacate the Attachment on the basis that it was subject to immunity under the Foreign Sovereign Immunities Act.

Pursuant to Your Honor's Order last week, the parties had agreed on a motion schedule which provided for our opposition papers to be filed today. That schedule was the product of an agreement between counsel. Unfortunately, and owing to the fact that we are now dealing with issues relating to the status of an entity in China, and the time differences which come with dealing on the other side of the world, it has taken us longer to complete our opposition than we had originally envisioned.

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

NYDOCS1/292572.1

October 25, 2007
Page 2

      I have spoken to counsel for the Defendant (Patrick Lennon) and he has confirmed that his client is amenable to an adjournment through next Monday, October 29. Unfortunately, and as I have expressed to Mr. Lennon, I am not sure that even that timeframe will be sufficient, and so I write to make application to the Court for leave to file our opposition papers three days later on Thursday, November 1, 2007.

      In support of this position, I would note for the Court's guidance that the case involves a substantial sum of damages which resulted from the complete loss and destruction of the vessel. In addition, the Defendant had a considerably longer period within which to prepare its submission and we, of course, would have no objection if a reciprocal request was made by them when they receive our opposition. My mention of this is in no way to be construed as a dissatisfaction in any way with Defendant's counsel's efforts to comply with our request and we acknowledge and thank them for their courtesies in securing the extension through Monday. All things considered, however, and in view of the nature of the issue raised in the motion and the time constraints under which we are operating (having to deal with counsel on the other side of the world), we would ask the Court's indulgence in allowing us three further days up through November 1 within which to submit our opposition.

      We appreciate the Court's attention to this request, apologize for any inconvenience this request imposes on the Court, and thank counsel for the Defendant for his courtesies in respect to the extension which presently exists through Monday.

Respectfully submitted,
FREEHILL, HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg

cc: *Via Telefax*
    Patrick Lennon, Esq.
    Lennon, Murphy & Lennon, LLC
    Fax: (212) 490-6070

*Approved.*
*SO ORDERED.*
*DJ 10/26/07*