128-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
OCEAN LINE HOLDINGS LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------x<br>OCEAN LINE HOLDINGS LIMITED,<br><br>                                Plaintiff,<br>- against --<br><br>CHINA NATIONAL CHARTERING CORP.<br>a/k/a SINOCHART,<br><br>                                Defendant.<br>------------------------------------------------------------------x | 07 CIV 8123 (DC)<br><br>**GUTOWSKI DECLARATION<br>IN OPPOSITION TO<br>MOTION TO VACATE** |

PETER J. GUTOWSKI, states as follows:

1. I am a partner with the firm of Freehill, Hogan & Mahar LLP, attorneys for the Plaintiff, and am admitted o practice before this Court.

2. This Declaration is submitted for the purpose of introducing the following declarations:

        Exhibit A   -   Declaration of Mr. Weidong Chen;

        Exhibit B   -   Declaration of Professor Donald Clarke;

        Exhibit C   -   Declaration of Professor Jacques deLisle

        Exhibit D   -   Declaration of Mr. Luke Parsons, QC.

NYDOCS1/293040.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York

November 1, 2007

_____
Peter J. Gutowski