# Declaration of Weidong CHEN

# Exhibit 3

000031

*English Translation*

## Transformation of the Business System of
## Industrial Enterprises Owned by the Whole People, 1992

### Article 2

The aim of transforming the business system of an enterprise is to adapt an enterprise to market demand, to make the enterprise to be an entity for commodity production and merchandise, which shall, in accordance with law, make its own business decisions, take full responsibility for its profits and losses, promote its own development and control its own activities, and to make the enterprise to be a legal person which independently enjoys civil rights and assumes civil obligations.

### Article 13

An enterprise has the decision-making right of investment.

According to the relevant laws and regulations of the State Council, an enterprise shall be entitled to use its remaining capitals, materials, land use right, industrial property right and non-patented technology to make investment in other enterprises and institutions of all kinds of industries and in all areas within the country and to purchase and hold the shares of other enterprises. Upon the approval of the relevant government authorities, an enterprise may make investment or establish enterprises overseas.

An enterprise that, according to the State industrial policies and development plans in different industries and areas, uses its remaining capitals and self-financed capitals to carry out industrial constructions may make its own decisions regarding the construction projects, report the same to the relevant government authorities for records and be subject to the supervision of the relevant government authorities. The relevant government authorities shall, based on the capital verified statement issued by a duly registered accounting or auditing firm, issue the document acknowledging the projects decided by the enterprise. The enterprise can make its decision regarding the commencement of the project after having completed the relevant formalities at the relevant authorities in relation to land administration, city plan, city construction and environment protection.

An enterprise that intends to carry out industrial constructions but is unable to arrange for the construction materials and conditions by itself or needs government investment shall apply to the relevant government authorities for approval.

An enterprise that intends to carry out industrial constructions and needs bank loans or needs to issue bonds publicly shall apply to the relevant government authorities to obtain the bank approval or apply to the bank for approval. If overseas loan is required, the enterprise shall apply to the relevant government authorities for approval.

An enterprise that, according to the State industrial policies, uses its remaining profits to carry out industrial constructions or to supplement current capitals, may apply to the tax authority (subject to its approval) for a refund of 40% of its paid income tax in relation to the profits generated from further investment.

An enterprise, according to its profits and capacity, may allocate part of its profits as funds for development of new products and report that to the financial department of the government. According to relevant regulations promulgated by the State in relation to the fixed assets depreciation, an enterprise is entitled to choose particular method for depreciation calculation and to ascertain the range of accelerated depreciation.

**Article 42**

To ensure the ownership of enterprise assets, the government and its relevant government departments exercise the following administration authority:

(1) examine and verify the achievement of target in relation to the preservation and increase of the value of the enterprise assets, examine and supervise the debts and profit-loss situation in relation to the enterprise assets;

(2) according to the relevant regulations of the State Council, decide the method, proportion or fixed amount regarding the distribution of profits between the State and the enterprise;

(3) according to the relevant regulations of the State Council, decide and approve the industrial construction projects of enterprises save for the investment projects subject to the enterprises' own decisions as mentioned in Article 13 of these Regulations;

(4) decide or approve assets operation mode of enterprises and the establishment, merger (excluding acquisition), separation, termination and auction of enterprises and approve the enterprises' application for being acquired and insolvency;

000033

(5) according to the relevant regulations of the State Council, approve the reports on damages, offset, cancellation and verification of enterprise assets and creation of mortgage on and transfer of key equipment, set equipment and important buildings; arrange for liquidation and take over the assets of terminated or dissolved enterprises;

(6) according to the legal conditions and procedures, decide or approve the appointment and dismissal of the factory directors and the award granted to and penalty levied on the factory directors;

(7) formulate bylaws in relation to the management of enterprise assets and carry out supervision and inspection on the execution of such bylaws;

(8) ensure the enterprises' exercise of operation rights in accordance with the laws, ensure that the enterprises' production and operation activities shall not be intervened and assist the enterprises to deal with practical difficulties.

000034

打印本页

\*注：本篇法规第十三条第六款已被《财政部国家体改委国家经贸委国家税务总局国务院法制局

关于停止执行企业以留利再投资退４０％所得税规定的通知》（发布日期：1994年8月27日 实施日期：1994年8月27日）停止执行

### 全民所有制工业企业转换经营机制条例
（1992年6月30日国务院第106次常务会议通过
1992年7月23日国务院令第103号发布）

#### 第一章　总则

第一条　为了推动全民所有制工业企业（以下简称企业）进入市场，增强企业活力，提高企业经济效益，根据《中华人民共和国全民所有制工业企业法》（以下简称《企业法》），制定本条例。

第二条　企业转换经营机制的目标是：使企业适应市场的要求，成为依法自主经营、自负盈亏、自我发展、自我约束的商品生产和经营单位，成为独立享有民事权利和承担民事义务的企业法人。

第三条　转换企业经营机制必须遵循下列原则：
（一）坚持党的基本路线；
（二）坚持政企职责分开，保障国家对企业财产的所有权，实现企业财产保值、增殖，落实企业的经营权；
（三）坚持责、权、利相统一，正确处理国家和企业、企业和职工的关系，贯彻按劳分配的原则，把职工的劳动所得与劳动成果联系起来；
（四）发挥中国共产党的基层组织在企业中的政治核心作用，坚持和完善厂长（经理）负责制，全心全意依靠工人阶级；
（五）坚持深化企业改革与推进企业技术进步、强化企业管理相结合；
（六）坚持在建设社会主义物质文明的同时，建设社会主义精神文明，建设有理想、有道德、有文化、有纪律的职工队伍。

第四条　围绕转换企业经营机制，按照宏观要管好，微观要放开的要求，政府必须转变职能，改革管理企业的方式，培育和发展市场体系，建立和完善社会保障制度，协调配套地进行计划、投资、财政、税收、金融、价格、物资、商业、外贸、人事和劳动工资等方面的改革。

第五条　企业中的党组织和工会、共青团等组织以及全体职工都应当为实现企业转换经营机制的目标和《企业法》规定的企业根本任务开展工作。社会各有关方面都应当为企业转换经营机制创造条件。

000035

## 第二章  企业经营权

第六条  企业经营权是指企业对国家授予其经营管理的财产（以下简称企业财产）享有占有、使用和依法处分的权利。

第七条  企业按照国家规定的资产经营形式，依法行使经营权。企业资产经营形式是指规范国家与企业的责、权、利关系，企业经营管理国有资产的责任制形式。

继续坚持和完善企业承包经营责任制。逐步试行税利分流，统一所得税率，免除企业税后负担，实行税后还贷。创造条件，试行股份制。

第八条  企业享有生产经营决策权。

企业根据国家宏观计划指导和市场需要，自主作出生产经营决策，生产产品和为社会提供服务。

企业可以自主决定在本行业内或者跨行业调整生产经营范围，凡符合国家产业政策导向的，政府有关部门应当给予支持，工商行政管理部门应当办理变更登记手续。

国家可以根据需要，有权向企业下达指令性计划；企业执行指令性计划，有权要求在政府有关部门的组织下，与需方企业签订合同；也可以根据国家规定，要求与政府指定的单位签订国家订货合同。需方企业或者政府指定的单位不签订合同的，企业可以不安排生产。

企业对缺乏应当由国家计划保证的能源、主要物资供应和运输条件的指令性计划，可以根据自身承受能力和市场变化，要求调整。计划下达部门不予调整的，企业可以不执行。

除国务院和省级政府计划部门直接下达的，或者授权有关部门下达的指令性计划以外，企业有权不执行任何部门下达的指令性计划。

第九条  企业享有产品、劳务定价权。

企业生产的日用工业消费品，除国务院物价部门和省级政府物价部门管理价格的个别产品外，由企业自主定价。

企业生产的生产资料，除国务院物价部门和省级政府物价部门颁布的价格分工管理目录所列的少数产品外，由企业自主定价。

企业提供的加工、维修、技术协作等劳务，由企业自主定价。

法律对产品、劳务定价另有规定的，从其规定。

第十条  企业享有产品销售权。

企业可以在全范围内自主销售本企业生产的指令性计划以外的产品，任何部门和地方政府不得对其采取封锁、限制和其他歧视性措施。

企业根据指令性计划生产的产品，应当按照计划规定的范围销售。需方企业或者政府指定的单位不履行合同的，企业有权停止生产，并可以向政府或者政府有关部门申诉，要求协调解决，也可以依照有关合同法规规定，向人民法院起诉，追究需方企业或者政府指定的单位的违约责任；已经生产的，企业可以自行销售。企业在完成指令性计划的产品生产任务后，超产部分可以自行销售。

企业生产国家规定由特定单位收购的产品，有权要求与政府指定的收购单位签订合同。收购单位不按合同收购的，企业可以向政府或者政府有关部门申诉，要求协调解决，也可以依照有关合同法规规定，向人民法院起诉，追究收购单位的违约责任；已经按照合同生产

000036

全民所有制工业企业转换经营机制条例

的产品，收购单位不按照合同收购的，企业可以自行销售。

法律另有规定或者国家明令禁止在市场上销售的产品除外。

第十一条　企业享有物资采购权。

企业对指令性计划供应的物资，有权要求与生产企业或者其他供货方签订合同。

企业对指令性计划以外所需的物资，可以自行选择供货单位、供货形式、供货品种和数量，自主签订订货合同，并可以自主进行物资调剂。

企业有权拒绝执行任何部门和地方政府以任何方式为企业指定指令性计划以外的供货单位和供货渠道。

第十二条　企业享有进出口权。

企业可以在全国范围内自行选择外贸代理企业从事进出口业务，并有权参与同外商的谈判。

企业根据国家外汇管理的有关规定，自主使用留成外汇和进行外汇调剂。任何部门和单位不得平调和截留企业的留成外汇；不得截留企业有偿上交外汇后应当返还的人民币。

企业根据国家规定，可以在境外承揽工程、进行技术合作或者提供其他劳务。

企业根据国家规定，可以进口自用的设备和物资。

具备条件的企业，经政府有关部门批准，依法享有进出口经营权，任何部门和单位不得截留。有进出口经营权的企业，在获得进出口配额、许可证等方面，享有与外贸企业同等的待遇。

有进出口经营权的企业，有权根据业务需要，确定本企业经常出入境的业务人员名额，报政府主管部门批准。政府有关部门对企业经常出入境人员的出入境，实行一次性审批、一年内多次有效的办法。有进出口经营权的企业，经国务院授权，可以自行审批出境人员或者邀请境外有关人员来华从事商务活动，报外事部门直接办理出入境手续。

企业可以根据开展对外业务的实际需要，自主使用自有外汇安排业务人员出境。

第十三条　企业享有投资决策权。

企业依照法律和国务院有关规定，有权以留用资金、实物、土地使用权、工业产权和非专利技术等向国内各地区、各行业的企业、事业单位投资，购买和持有其他企业的股份。经政府有关部门批准，企业可以向境外投资或者在境外开办企业。

企业遵照国家产业政策和行业、地区发展规划，以留用资金和自行筹措的资金从事生产性建设，能够自行解决建设和生产条件的，由企业自主决定立项，报政府有关部门备案并接受监督。政府有关部门应当根据登记注册的会计师事务所或者审计事务所的验资证明，出具认可企业自行立项的文件。经土地管理、城市规划、城市建设、环境保护等部门依法办理有关手续后，企业自主决定开工。

企业从事生产性建设，不能自行解决建设和生产条件或者需要政府投资的，报政府有关部门批准。

企业从事生产性建设，需要银行贷款或者向社会发行债券的，按照国家有关规定，报政府有关部门会同银行审批或者由银行审批。需要使用境外贷款的，报政府有关部门审批。

企业遵照国家产业政策，以留利安排生产性建设项目或者补充流动资金的，经企业申请，税务部门批准，可以退还企业再投资部分已缴纳所得税的百分之四十税款。

企业根据其经济效益和承受能力，可以增提新产品开发基金，报财政部门备案。按照国家统一制定的有关固定资产折旧的规定，企业有权选择具体的折旧办法，确定加速折旧的幅

000037

度。

第十四条　企业享有留用资金支配权。

企业在保证实现企业财产保值、增殖的前提下，有权自主确定税后留用利润中各项基金的比例和用途，报政府有关部门备案。

企业可以将生产发展基金用于购置固定资产、进行技术改造、开发新产品或者补充流动资金，也可以将折旧费、大修理费和其他生产性资金合并用于技术改造或者生产性投资。

企业有权拒绝任何部门和单位无偿调拨企业留用资金或者强令企业以折旧费、大修理费补交上交利润。国务院有特殊规定的，从其规定。

第十五条　企业享有资产处置权。

企业根据生产经营的需要，对一般固定资产，可以自主决定出租、抵押或者有偿转让；对关键设备、成套设备或者重要建筑物可以出租，以政府主管部门批准也可以抵押、有偿转让。法律和行政法规另有规定的除外。

企业处置生产性固定资产所得收入，必须全部用于设备更新和技术改造。

企业处置固定资产，应当按照国家有关规定进行评估。

第十六条　企业享有联营、兼并权。

企业有权按照下列方式与其他企业、事业单位联营：

（一）与其他企业、事业单位组成新的经济实体，独立承担民事责任、具备法人条件的，经政府有关部门核准登记，取得法人资格；

（二）与其他企业、事业单位共同经营、联营各方按照出资比例或者协议的约定，承担民事责任；

（三）与其他企业、事业单位订立联营合同，确立各方的权利和义务。联营各方各自独立经营、各自承担民事责任。

企业按照自愿、有偿的原则，可以兼并其他企业，报政府主管部门备案。

第十七条　企业享有劳动用工权。

企业按照面向社会、公开招收、全面考核、择优录用的原则，自主决定招工的时间、条件、方式、数量。企业的招工范围，法律和国务院已有规定的，从其规定。企业从所在城镇人口中招工，不受城镇内行政区划的限制。

企业录用退现现役的军人、少数民族人员、妇女和残疾人，法律和国务院已有规定的，从其规定。

企业定向或者委托学校培养的毕业生，由原企业负责安排就业。对其他大专院校和中专、技工学校毕业生，在同等条件下，应当优先招收。

刑满释放人员，同其他社会待业人员一样，经企业考核合格，可以录用。在服刑期间保留职工身份的刑满释放人员，原企业应当予以安置。

企业有权决定用工形式。企业可以实行合同化管理或者全员劳动合同制。企业可以与职工签订有固定期限、无固定期限或者以完成特定生产工作任务为期限的劳动合同。企业和职工按照劳动合同规定，享有权利和承担义务。

企业有权在做好定员、定额的基础上，通过公开考评，择优上岗，实行合理劳动组合。对富余人员，企业可以采取发展第三产业、厂内转岗培训、提前退出岗位休养以及其他方式安置；政府有关部门可以通过厂际交流、职业介绍机构调剂等方式，帮助转换工作单位。富

000038

全民所有制工业企业转换经营机制条例                                Page 5 of 11

余人员也可以自谋职业。

企业有权依照法律、法规和企业规章，解除劳动合同、辞退、开除职工。对被解除劳动合同、辞退和开除的职工，待业保险机构依法提供待业保险金，劳动部门应当提供再就业的机会，对其中属于集体户口的人员，当地的公安、粮食部门应当准予办理户口的粮食供应关系迁移手续，城镇街道办事处应当予以接收。

第十八条　企业享有人事管理权。

企业按照德才兼备、任人唯贤的原则和责任与权利相统一的要求，自主行使人事管理权。

企业对管理人员和技术人员可以实行聘用制、考核制。对被解聘或者未聘用的管理人员和技术人员，可以安排其他工作，包括到工人岗位上工作。企业可以从优秀工人中选拔聘用管理人员和技术人员。经政府有关部门批准，企业可以招聘境外技术人员、管理人员。

企业有权根据实际需要，设置在本企业内有效的专业技术职务。按照国家统一规定评定的具有专业技术职称的人员，其职务和待遇由企业自主决定。

企业中层行政管理人员，由厂长按照国家的规定任免（聘任、解聘）。副厂级行政管理人员，由厂长按照国家的规定提请政府主管部门任免（聘任、解聘），或者政府主管部门授权，由厂长任免（聘任、解聘），报政府主管部门备案。法律另有规定的除外。

第十九条　企业享有工资、奖金分配权。

企业的工资总额依照政府规定的工资总额与经济效益挂钩办法确定，企业在相应提取的工资总额内，有权自主使用、自主分配工资和奖金。

企业有权根据职工的劳动技术、劳动强度、劳动责任、劳动条件和实际贡献，决定工资、奖金的分配档次。企业可以实行岗位技能工资制或者其他适合本企业特点的工资制度，选择适合本企业的具体分配形式。

企业有权制定职工晋级增薪、降级减薪的办法，自主决定晋级增薪、降级减薪的条件和时间。

除国务院另有规定外，企业有权拒绝任何部门和单位提出的，由企业对职工发放奖金和晋级增薪的要求。

第二十条　企业享有内部机构设置权。

企业有权决定内部机构的设立、调整和撤销，决定企业的人员编制。企业有权拒绝任何部门和单位提出的设置对口机构、规定人员编制和级别待遇的要求，法律另有规定和国务院有特殊规定的，从其规定。

第二十一条　企业享有拒绝摊派权。

企业有权拒绝任何部门和单位向企业摊派人力、物力、财力。企业可以向审计部门或者其他政府有关部门控告、检举、揭发摊派行为，要求作出处理。

除法律和国务院另有规定外，企业有权抵制任何部门和单位对企业进行检查、评比、评优、达标、升级、鉴定、考试、考核。

第二十二条　企业经营权受法律保护，任何部门、单位和个人不得干预和侵犯。

对于非法干预和侵犯企业经营权的行为，企业有权向政府和政府有关部门申诉、举报，或者依法向人民法院起诉。

000039

## 第三章  企业自负盈亏的责任

第二十三条  企业以国家授予其经营管理的财产，承担民事责任。

企业对其法定代表人和其他工作人员，以法人名义从事的经营活动，承担民事责任。

厂长对企业盈亏负有直接经营责任；职工按照企业内部经济责任制，对企业盈亏也负有相应责任。

第二十四条  企业必须建立分配约束机制和监督机制。

企业必须坚持工资总额增长幅度低于本企业经济效益（依据实现利税计算）增长幅度、职工实际平均工资增长幅度低于本企业劳动生产率（依据净产值计算）增长幅度的原则。

企业职工的工资、奖金、津贴、补贴以及其他工资性收入，应当纳入工资总额。取消工资总额以外的一切单项奖。

企业必须根据经济效益的增减，决定职工收入的增减。企业职工工资总额基数的确定与调整，应当报政府有关部门审查核准。亏损企业发放的工资总额不得超过政府有关部门核定的工资总额。

企业的工资调整方案和奖金分配方案，应当提请职工代表大会审查同意。厂长晋升工资应当报政府有关部门审批。企业工资、资金的分配应当接受政府有关部门的监督，有条件的可以由登记注册并经政府有关部门特别认可的会计师事务所或者审计事务所审核。

企业违反本条规定，政府主管部门应当及时予以制止和纠正。职工多得的不当收入，应当自发现之日起，限期逐步予以扣回。

第二十五条  企业应当每年从工资总额的新增部分中提取不少于百分之十的数额，作为企业工资储备基金，由企业自主使用。工资储备基金累计达到本企业一年工资总额的，不再提取。

第二十六条  企业连续三年全面完成上交任务，并实现企业财产增殖的，政府主管部门对厂长或者厂级领导给予相应奖励，奖金由决定奖励的部门拨付。

亏损企业的新任厂长，在规定期限内，实现扭亏增盈目标的，政府主管部门应当给予厂长或者厂级领导相应的奖励，奖金由决定奖励的部门拨付。

第二十七条  实行承包经营责任制的企业，未完成上交利润任务的，应当以企业风险抵押金、工资储备基金、留利补交。

实行租赁经营责任制的企业，承租方在租赁期内达不到租赁经营合同规定的经营总目标或者欠交租金时，应当以企业的风险保证金、预支的生活费或者承租成员的年度收入抵补，不足部分，由承租方、保证人提供的担保财产抵补。

第二十八条  企业为实现政府规定的社会公益目标或者生产指令性计划产品，由于定价原因而形成的政策性亏损，物价部门应当有计划地调整或者放开产品价格，予以解决。不能调整或者放开产品价格的，经财政部门审查核准，给予相应的补贴或者其他方式补偿。采取上述措施后，企业仍然亏损的，作为经营性亏损处理。

第二十九条  企业由于经营管理不善造成经营性亏损的，厂长、其他厂级领导和职工应当

000040

根据责任大小，承担相应的责任。

企业一年经营亏损的，应当适当核减企业工资总额，厂长、其他厂级领导和直接责任人员不得领取奖金。企业亏损严重的，还应当根据责任大小，相应降低厂长、其他厂级领导和职工的工资。

企业连续二年经营亏损，亏损额继续增加的，应当核减企业的工资总额，除企业不得发放奖金外，根据责任大小，适当降低厂长、其他厂级领导和职工的工资；对企业领导班子可以进行必要的调整；对厂级领导可以免职或者降级、降职。

对本条例施行前企业长期积累的亏损，经清产核资后，依照国务院有关规定另行处理。

第三十条  企业必须严格执行国家财政、税收和国有资产管理的法律、法规，定期进行财产盘点和审计，做到帐实相符，如实反映企业经营成果，不得造成利润虚增或者虚盈实亏，确保企业财产的保值、增殖。

企业应当依照国家有关规定，建立资产负债和损益考核制度，编制年度财务会计报表，报政府有关部门审批。有条件的，经登记注册的会计师事务所或者审计事务所审查后，报政府有关部门审核。

企业必须依照国家有关规定，准确核算成本，足额提取折旧费、大修理费和补充流动资金。以不提或者少提折旧费和大修理费，少计成本或者挂帐不摊等手段，造成利润虚增或者虚盈实亏的，有关部门应当责令企业用留用资金补足。

企业的生产性折旧费、大修理费、新产品开发基金以及处置生产性固定资产所得收入，不得用于发放工资、奖金或者增加集体福利。

### 第四章  企业的变更和终止

第三十一条  企业可以通过转产、停产整顿、合并、分立、解散、破产等方式，进行产品结构和组织结构调整，实现资源合理配置和企业的优胜劣汰。

第三十二条  企业主导产品不符合国家产业政策，或者没有市场销路、造成严重积压的，应当实行转产。企业为获取更大的经济效益，根据市场预测和自身条件，可以主动实行转产。

第三十三条  企业经营性亏损严重的，可以自行申请停产整顿；政府主管部门也可以责令其停产整顿。停产整顿的期限一般不超过一年。

停产整顿的企业，应当制定停产整顿方案，其主要内容包括：停产整顿的目标和规划；调整组织结构和产品结构的措施；改善生产经营状况的措施；调整机构和人员的措施；扭亏为盈的措施；还债的措施。

企业自行停产整顿的，停产整顿方案经政府主管部门批准后，由企业自行组织实施。被责令停产整顿的企业，由政府主管部门确定的企业法定代表人组织制定停产整顿方案，经政府主管部门批准后实施。

企业停产整顿期间，必须采取有效措施，保护企业财产。任何人不得盗窃、毁坏、哄抢、私分、隐匿、无偿转让企业财产。

企业停产整顿期间，财政部门应当准许其暂停上交承包利润；银行应当准许其延期支付贷款利息；企业应当停止发放奖金。

000041

第三十四条 政府可以决定或者批准企业的合并。政府决定或者批准的合并，在全民所有制企业的范围内，可以采取资产无偿划转方式进行。合并方案由政府主管部门或者企业提出。在政府主管部门主持下，合并各方经充分协商后，订立合并协议。原企业的债权债务，由合并后的企业承担。

企业可以自主决定兼并其他企业。企业兼并是一种有偿的合并形式。企业被兼并须经政府主管部门批准。被兼并企业的债权债务由兼并企业承担。兼并企业与债权人经充分协商，可以订立分期偿还或者减免债务的协议；政府有关部门可以酌情定期核减兼并企业的上交利润指标；银行对被兼并企业原欠其的债务，可以酌情停减利息；被兼并企业转入第三产业的，经银行批准，自开业之日起，实行二年停息、三年减半收息。

第三十五条 经政府批准，企业可以分立。企业分立时，应当由分立各方签订分立协议，明确划分分立各方的财产和债权债务等。

第三十六条 企业经停产整顿仍然达不到扭亏目标，并且无法实行合并的，以及因其他原因应当终止的，在保证清偿债务的前提下，由政府主管部门提出，经省级政府或者国务院主管部门批准，可以依法予以解散。企业解散，由政府主管部门指定成立的清算组进行清算。

第三十七条 企业所欠债务，应当以留用资金清偿。留用资金不足以偿还债务的，可以依法用抵押企业财产的方式，保证债务的履行。

企业不能清偿到期债务，达到法定破产条件的，应当依法破产。政府认为企业不宜破产的，应当给予资助或者采取其他措施，帮助企业清偿债务。

企业宣告破产后，其他企业可以与破产企业清算组订立接收破产企业的协议，按照协议承担法院裁定的债务，接受破产企业财产，安排破产企业职工，并可以享受本条例第三十四条第二款规定的兼并企业的待遇。

第三十八条 企业的变更和终止，应当依照法律、法规的规定，经工商行政管理部门核准登记，并向国有资产管理部门办理产权变更或者注销登记。

第三十九条 政府决定解散的企业，职工由政府主管部门负责安置。

企业破产的，依照法律、法规的有关规定，安置职工。

企业合并的，职工由合并后的企业或者兼并企业安置。

为安置富余职工兴办的，独立核算、从事第三产业的企业，自开业之日起，实行两年免征、三年减半征收所得税。

### 第五章 企业和政府的关系

第四十条 按照政企职责分开的原则，政府依法对企业进行协调、监督和管理，为企业提供服务。

第四十一条 企业财产属于全民所有，即国家所有，国务院代表国家行使企业财产的所有权。

企业财产包括国家以各种形式对企业投资和投资收益形成的财产，以及其他依据法律和

000042

全民所有制工业企业转换经营机制条例

国有资产管理行政法规认定的属于全民所有、由企业经营管理的财产。

第四十二条　为确保企业财产所有权，政府及其有关部门分别行使下列职责：

（一）考核企业财产保值、增殖指标，对企业资产负债和损益情况进行审查和审计监督；

（二）根据国务院的有关规定，决定国家与企业之间财产收益的分配方式、比例或者定额；

（三）根据国务院的有关规定，决定、批准企业生产性建设项目，本条例第十三条规定由企业自主决定的投资项目除外；

（四）决定或者批准企业的资产经营形式和企业的设立、合并（不含兼并）、分立、终止、拍卖，批准企业提出的被兼并申请和破产申请；

（五）根据国务院的有关规定，审批企业财产的报损、冲减、核销及关键设备、成套设备或者重要建筑物的抵押、有偿转让，组织清算和收缴被撤销、解散企业的财产；

（六）依照法定条件和程序，决定或者批准企业厂长的任免（聘任、解聘）和奖惩；

（七）拟订企业财产管理法规，并对执行情况进行监督、检查；

（八）维护企业依法行使经营权，保障企业的生产经营活动不受干预，协助企业解决实际困难。

第四十三条　政府应当采取下列措施，加强宏观调控和行业管理，建立既有利于增强企业活力，又有利于经济有序运行的宏观调控体系：

（一）制定经济和社会发展战略、方针和产业政策，控制总量平衡，规划和调整产业布局；

（二）运用利率、税率、汇率等经济杠杆和价格政策，调控和引导企业行为；

（三）根据产业政策和规模经济要求，引导企业组织结构调整，实现资源合理配置；

（四）建立和完善适应商品经济发展的企业劳动人事工资制度、财务制度、成本制度、会计制度、折旧制度、收益分配制度和税收征管制度，制定考核企业的经济指标体系，逐步将企业职工的全部工资性收入纳入成本管理；

（五）推动技术进步，开展技术和业务培训，为企业决策和经营活动提供信息、咨询。

第四十四条　政府应当采取下列措施，培育和完善市场体系，发挥市场调节作用：

（一）打破地区、部门分割和封锁，建立和完善平等竞争、规则健全的全国统一市场；

（二）按照国民经济发展总体规划和布局，统筹规划、协调和建立生产资料市场、劳务市场、金融市场、技术市场、信息市场和企业产权转让市场等，促进市场体系的发育和完善；

（三）发布市场信息，加强市场管理，制止违法经营和不正当竞争。

第四十五条　政府应当采取下列措施建立和完善社会保障体系：

（一）建立和完善养老保险制度，实行基本养老保险、企业补充养老保险、职工个人储蓄养老保险相结合的制度；

（二）建立和完善职工的待业保险制度，使职工在待业期间能够得到一定数量和一定期限的待业保险金，保证其基本生活；

（三）建立和完善医疗保险、工伤保险和生育保险等保险制度。

000043

第四十六条    政府应当采取下列措施为企业提供社会服务：

（一）发展和完善与企业有关的公共设施和公益事业，减轻企业的社会负担；

（二）建立和发展会计师事务所、审计事务所、职业介绍所、律师事务所、资产评估机构和信息、咨询服务机构等社会服务组织；

（三）完善劳动就业服务体系，培训待业人员，帮助其再就业；

（四）健全劳动争议仲裁制度，及时妥善处理劳动纠纷，维护企业和职工的合法权益；

（五）协调企业与其他单位的关系，保障企业的正常生产经营秩序。

### 第六章    法律责任

第四十七条    政府有关部门违反本条例，有下列行为之一的，上级机关应当责令其改正；情节严重的，由同级机关或者有关上级机关对主管人员和直接责任人员，给予行政处分，构成犯罪的，由司法机关依法追究刑事责任：

（一）超越、滥用管理权限下达指令性计划并强令企业执行的；

（二）干预企业投资决策权或者审批企业投资项目有重大失误的；

（三）以封锁、限制或者其他歧视性措施，侵犯企业物资采购权或者产品销售权的；

（四）干预、截留企业的产品、劳务定价权的；

（五）限制、截留企业进出口权，或者平调、挤占、挪用企业自主使用的留成外汇的；

（六）截留或者无偿调拨企业留用资金，或者干预企业资产处置权的；

（七）强令企业对职工进行奖励、晋级增薪，干预企业录用、辞退、开除职工或者解除劳动合同的；

（八）未依照法定程序和条件任免厂长、其他厂级领导或者干预厂长行使企业中层行政管理人员任免权的；

（九）强令企业设置对口机构、规定人员编制和级别待遇，以及违反法律和国务院规定，对企业进行检查、评比、评优、达标、鉴定、考试、考核的；

（十）非法要求企业提供人力、物力、财力的，以及对拒绝摊派的企业进行打击报复；

（十一）未依照法定程序和条件，阻止或者强迫企业进行组织结构调整的；

（十二）不依法履行对企业监督、检查职责，或者有其他非法干预企业经营权，侵犯企业合法权益的。

第四十八条    企业违反本条例规定，有下列行为之一的，政府或者政府有关部门应当责令其改正；情节严重的，对厂长、其他厂级领导和直接责任人员，分别追究行政责任、给予经济处罚，并依照有关法律、法规，对企业给予相应的行政处罚；构成犯罪的，由司法机关依法追究刑事责任：

（一）未按照规定执行指令性计划，或者不履行经济合同，长期拖欠货款的；

（二）对国家直接定价的产品，擅自提价的；

（三）未按照规定履行建设项目审批手续，擅自立项和开工建设的；

（四）因决策失误，建设项目不能按期投产，或者投产后产品无销路、投资无效益，致使企业财产遭受损失的；

（五）不具备偿还能力，盲目贷款，致使企业财产遭受损失的；

（六）未经批准，擅自处置企业的关键设备、成套设备或者主要建筑物，造成企业财产损失的；

000044

（七）滥用劳动用工权、人事管理权和工资、奖金分配权，侵犯职工合法权益的；

（八）违反财务制度，不提或者少提折旧费、大修理费，少计成本或者挂帐不摊，造成企业利润虚增或者虚盈实亏的；

（九）将生产性折旧费、大修理费、新产品开发基金或者处置生产性固定资产所得收入用于发放工资、奖金或者增加集体福利的；

（十）在企业变更、终止过程中，因管理不善，或者使用非法手段处置企业财产，造成损失的；

（十一）因经营管理不善，致使企业财产遭受损失或者企业破产的；

（十二）其他违反本条例规定，滥用经营权的。

第四十九条　阻碍厂长和各级管理人员依法行使职权的，或者扰乱企业秩序，致使生产、营业、工作不能正常进行的，由企业所在地公安机关给予治安管理处罚；情节严重，构成犯罪的，由司法机关依法追究刑事责任。

### 第七章　附则

第五十条　本条例的原则适用于全民所有制交通运输、邮电、地质勘探、建筑安装、商业、外贸、物资、农林、水利、科技等企业。

第五十一条　本条例发布前的行政法规、地方性法规、规章和其他行政性文件的内容，与本条例相抵触的，以本条例为准。

第五十二条　本条例由国家经济体制改革委员会负责解释，国务院经济贸易办公室会同国务院有关部门组织实施。

第五十三条　国务院有关部门和省、自治区、直辖市人民政府可以根据本条例制定实施办法。

第五十四条　本条例自发布之日起施行。

chl_5853

---

文件提供：law.chinalawinfo.com 北大法宝-《中国法律检索系统》Tel:010-8268 9699

Declaration of Weidong CHEN

# Exhibit 4

000045



**SINOTRANS**



》Home 》About Us 》Business Directory 》Success Story 》Offices 》Contact Us

Search

About Us 》

Overview

Milestones

Senior Management

Group Structure

Profiles

Our Culture

IT Construction

Milestones

In 1950, China National Foreign Trade Transportation (Group) Corporation was established as the chief foreign trade transportation agent of import and export goods in China.

In 1973, together with Japanese Ferry Company, SINOTRANS opened the first trial line of container shipping in China, being the first attempt in Chinese container transport industry.

In 1977, also with efforts from the Ministry of Railway and CRC Logistics, SINOTRANS offered the first sea-railway multimodal transport service which permitted railway cargos to be transferred to ship at Hong Kong, then to the whole world.

In 1980, SINOTRANS launched the land-bridge transport service, reaching areas like Europe and Middle East through the Trans-Siberia Railway of Russia.

Since 1980, SINOTRANS has successively established, in America, the China Interocean Transport Inc. and the Sino-Am Co., Ltd., in Canada, the SINOTRANS Canada Inc, as well as in Hong Kong, four independently-owned subsidiaries such as the Wide Shine Development Ltd. and Worlder Shipping Co., Ltd. Besides 19 joint-venture companies, SINOTRANS has 8 holding companies registered abroad.

In 1980, SINOTRANS launched the first international multimodal transport service in China, achieving a direct " from door-to-door" service that uses "one-ticket-only".

In 1980, SINOTRANS, together with Japanese OCS, introduced the first air express business into China. In 1986, the group established a joint-venture company with the multinational DHL International Ltd, followed by other joint-ventures co-established with well-known express enterprises like UPS Corporate. Therefore an international air transport network was established throughout China.

Also in 1980, SINOTRANS carried out the first trial of chained container transport, taking the initial step towards meeting individual requirements of owners.

In 1994, SINOTRANS started its certificate works. By the end of 2002, 90 companies, including the general corporation itself, have got the ISO9000 Quality System Certificates successively.

000047

In 1996, according to the decision of MFTEC to consolidate the collectivized management of the foreign trade transportation in China, SINOTRANS collected the HR managing authority from provincial or city subsidiaries throughout China, achieving a centralized and uniformed management of personnel, finance and assets.

In 1997, SINOTRANS took an attempt in capital operation. In Oct. 1999, SINOTRANS Air Transportation Development Co., Ltd. was officially established.

On Jun 19, 1997, on behalf of China Mainland companies, SINOTRANS participated the first direct cross-strait voyage was elected the vice president unit of the Across-Straits Shipping Exchange Association.

In 1997, SINOTRANS was approved as one of the 120 national experimental enterprises. Later that year, China National Foreign Trade Transportation (Group) Corporation was officially registered and established.

On Dec. 8, 1997, SINOTRANS started its restructure, making reforms in many fields like organization adjustment, business integration, assets restructure, and personnel distribution, etc.

At the end of 1999, it issued "SINOTRANS Strategic Development Program", setting the overall orientation, general goal and chief direction of group development in early 21st century. Also in this year, SINOTRANS was approved to rank among the 180 major enterprises under direct guidance of Central Party.

On Dec. 28, 2000, SINOTRANS Air Transportation Development Co., Ltd. achieved success in the listing in A-stock market, pooling a capital of RMB one billion Yuan.

In Jun. 2001, SINOTRANS signed a four-year contract with Chinese Olympic Committee, in which the group was designated as the sole super sponsor of COC's forwarding & logistics business.

On Nov. 20, 2002, SINOTRANS separated the major businesses and good assets of 11 costal and riverside subsidiaries and established SINOTRANS Limited together with four specialized subsidiaries.

On Feb. 13, 2003, SINOTRANS Limited was successfully listed in Hong Kong, pooling US 503 million dollars in total.

Feedbacks & Complaints | Privacy & Security Statement | Sitemap                                        2003 Sinotrans Grou

000048

Declaration of Weidong CHEN

# Exhibit 5

*English Translation*

# Business Licence for Enterprise as a Legal Person
# (Duplicate)

Registration No. 1000001000170 (4-1)

**Issuing Authority:** State Administration of Industry and Commerce of the People's Republic of China

**Date:** 14 March 2006

**Name of Enterprise:** China National Foreign Trade Transportation (Group) Corporation

**Address:** Flat A, Jinyun Building, No. 43 (Jia), Xizhimen North Avenue, Haidian District, Beijing

**Legal Representative:** ZHAO Hu Xiang

**Registered Capital:** RMB1,784,218,000

**Economic Nature:** Ownership by the whole people

**Mode of Operation:** Sales, Transportation, Agency, Storage, Import, Contracting, Export, Consulting, Service, Whole sale, Retail

**Business Scope:**

Principle business: Licensed business: international transportation of normal cargo by ship, international container transportation by ship (expiring on 12 September 2010); international ship agency (expiring on 30 June 2008); NVOCC (expiring on 16 September 2010)

General business: international freight forwarding, external chartering, overseas construction projects in relation to foreign trade transportation; import and export, technology consulting and service in relation to the above business; wholesale and retail of steel, timber, cement, machinery equipment, household appliances, automobile spare parts, motorcycle and automobile.

Ancillary business:

000050



企业法人
营业执照
（副本）

注册号0000100017014-1)

发照机关

二〇〇六年三月十四日

企业名称　中国对外贸易运输（集团）总公司
住　　所　北京市朝阳区西坝门北大街甲1 3号金运大厦
法定代表人　赵沪湘
注册资金　人民币
经济性质　全民所有制
经营方式
经营范围主营

Declaration of Weidong CHEN

# Exhibit 6

000052

*English Translation*

```
*********************************************************************
* China National Foreign Trade Transportation (Group) Corporation    4 April 2007   *
* Shareholder Information of Legal Person                                           *
*********************************************************************
```

Name of Investor (Enterprise)          State Council
Amount of Investment (Unit: 10,000 RMB)    178421.8
Percentage                             100%

---

6.06.7011.00 152828

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*   中国对外贸易运输（集团）总公司 法人股东信息                    2007年04月04日
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

投资人（企业）名称    国务院
出资额（万元）       178421.8
占百分比            100

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Declaration of Weidong CHEN

# Exhibit 7

000055

*English Translation*

CHINA NATIONAL FOREIGN TRADE TRANSPORTATION (GROUP) CORPORATION

ARTICLES OF ASSOCIATION

MARCH 2006

## Article 1

China National Foreign Trade Transportation (Group) Corporation (the "Corporation") is an enterprise owned by the whole people. It is invested by the State and the State-owned Assets Supervision and Administration Commission under the State Council (the "Investor") takes the investor's responsibility. It is an enterprise legal person. The Corporation makes its own business decisions, takes full responsibility for its profits and losses and practises independent accounting.

## Article 10

Rights of the Investor of the Corporation:

(1) approving the Articles of Association of the Corporation;

(2) reviewing and approving the reports submitted by the board of directors or the board of supervisors;

(3) appointment or change of directors and appointment of the chairman of the board of directors;

(4) appointment of supervisors and appointment of the chairman of the board of supervisors;

(5) approving the Corporation's plan to increase or reduce its registered capitals;

(6) making decisions in relation to the issuance of shares and bonds of the Corporation;

(7) approving the Corporation's plan to change the ownership of the state-owned assets;

(8) making decisions in relation to the merger and separation of the Corporation, change of corporation model, dissolution and liquidation of the Corporation;

000056

(9) recommending candidates of the general manager and deputy general manager of the Corporation.

000057

中国对外贸易运输（集团）总公司


# 章　　　程



二〇〇六年三月

000058

# 中国对外贸易运输（集团）总公司



第一条　中国对外贸易运输（集团）总公司（以下称"公司"）为全民所有制企业，由国家出资，由国务院国有资产监督管理委员会（以下简称出资者）履行出资职责，具有企业法人资格。公司自主经营，独立核算，自负盈亏。

第二条　公司宗旨为：按照现代企业制度的要求，以提高经济效益为中心，以建设面向国内、国际两个市场的综合性、现代化的大型物流企业集团为目标，巩固海运、陆运、空运、仓储等传统业务，全面提高公司物流网络竞争能力、服务产品竞争能力和企业机制创新能力，为我国对外贸易和经济建设提供优质服务，确保国有资产的保值增值。

第三条　公司在开展经营活动中遵守国家法律、法规，维护国家利益和社会公共利益，公司的合法权益和正当经营活动受法律保护。

第四条　根据《国有企业监事会暂行条例》的规定，接受国务院派出的国有企业监事会的监督，支持配合监事会依法开展监督检查工作。

第五条　公司注册资本为十七亿八千四百二十一万八千元人民币。

出资者以其出资额为限对公司承担责任，公司以其全部资产对公司债务承担责任。

第六条　公司法定名称为"中国对外贸易运输（集团）总公司"，简称"中国外运（集团）总公司"或"中国外运"；其英文名称为："CHINA NATIONAL FOREIGN TRADE TRANSPORTATION（GROUP）CORPORATION"，简称："SINOTRANS"。公司法定地址为：北京市海淀区西直门北大街甲43号金运大厦A座。



000059

第七条　本《章程》对出资者、公司董事会、总经理以及公司员工具有约束力。

### 第二章　经营方式和经营范围

第八条　经营方式：销售、承运、代理、仓储、进口、承包、出口、咨询、服务、批发、零售。

第九条　经营范围：

许可经营项目：国际船舶普通货物运输、国际船舶集装箱运输（有效期至 2010 年 9 月 12 日）；国际船舶代理（有效期至 2008 年 6 月 30 日）；无船承运业务（有效期至 2010 年 9 月 16 日）。

一般经营项目：国际货物运输代理；对外租船；承担国（境）外与对外贸易运输有关的工程项目；进出口业务；与上述业务有关的技术咨询、技术服务；钢材、木材、水泥、机械设备、家用电器、汽车零部件、摩托车、汽车的批发、零售。

### 第三章　出资者的权利

第十条　公司出资者的权利：

一、批准公司《章程》；

二、审议批准董事会、监事会的报告；

三、委派或更换董事，指定董事长；

四、委派监事、指定监事会主席；

五、批准公司增加或减少注册资本的方案；

六、对发行公司股票、债券作出决议；

七、批准公司国有资产产权变更的方案；

八、对公司合并、分立、变更公司形式、解散和清算等事项作出决议；

九、推荐公司总经理、副总经理人选。

### 第四章　董事会

000060

第十一条 公司设立董事会，不设股东会，董事会是公司的决策机构。董事会对出资者负责，在授权范围内行使股东的部分职权，决定公司的重大事项。

第十二条 董事会由6名董事组成，董事每届任期三年。董事会设董事长一人，董事长由出资者在董事会成员中指定。

第十三条 董事会成员由出资者委派或者更换。董事任期届满，可连任。

第十四条 董事任期从出资者委派之日起计算，至本届董事会任期届满之日止。在董事会任期中更换董事，更换后的董事的任期至本届董事会任期届满之日止。

第十五条 董事任职资格和义务：

一、有下列情形之一者，不得担任公司董事。

（一）无民事行为能力或者限制民事行为能力；

（二）因犯有贪污、贿赂、侵占财产、挪用财产罪或者破坏社会经济秩序罪，被判处刑罚，执行期满未逾五年，或者因犯罪被剥夺政治权利，执行期未逾五年；

（三）担任因经营不善破产清算的公司、企业的董事或厂长、经理，并对该公司、企业的破产负有个人责任的，自该公司、企业破产清算完结之日起未逾三年；

（四）担任因违法被吊销营业执照的公司、企业的法定代表人，并负有个人责任的，自该公司被吊销营业执照之日起未逾三年；

（五）个人所负数额较大的债务到期未清偿。

公司违反前款规定选举、委派董事、监事或者聘任经理的，该选举、委派或者聘任无效。

二、董事应当遵守公司《章程》，忠实履行职务，维护公司利益，不得利用在公司的地位和职权谋取私利，不得利用职权收受贿赂或者谋取其它非法收入，不得侵占公司的财产；

三、董事不得将公司的资产以个人名义开立帐户储存，不得挪用公司资金或将公司资金借贷给个人。董事不得以公司资产为个人债务提供担保；

四、董事未经同意，不得兼任本企业以外的有限责任公司、股份有限公司或其它公司的负责人，不得自营或者为他人经营与公司同类的业务，或者从事损害公司利益的活动。

第十六条  董事会行使下列职权：

一、制订公司《章程》修改方案；

二、审议批准公司的经营方针、目标和长期发展规划；

三、审议批准公司的年度财务预、决算方案；

四、决定公司的利润分配方案和弥补亏损方案；

五、审议批准总经理工作报告；

六、制订公司增、减资本方案和发行公司债券的方案；

七、制订公司合并、分立和解散方案；

八、根据出资者的推荐，决定聘任或解聘公司总经理、副总经理；

九、出资者授予的其他职权。

第十七条  董事会议事规程：

一、 董事会会议每年至少召开二次，会议必须有三分之二以上（含三分之二）董事参加方可举行，有下列四种情形之一者，可召开董事会会议：（一）三分之一以上董事联名提议；（二）董事长提议；（三）监事会提议；（四）总经理提议；

二、董事会会议由董事长召集并主持，董事长不能履行职务或者不履行职务的，由出资者指定一名董事召集和主持；

三、董事因故不能参加董事会会议，应书面委托其他董事代行其董事职权，委托书中应载明授权范围；

四、董事会召开会议前十日应书面通知全体董事和监事会主席，同时通知会议的时间、地点、议程和方案；

五、董事会对第十六条规定事项以及其他事项所作决议，必须经全体董事的过半数以上表决同意方可通过，董事会决议的表决，实行一人一票；

六、董事会会议在表决与某董事或其直系亲属有利害关系的事项时，该董事应当回避且无投票权；

七、董事会应将每位董事对所议事项的意见及最终决定作为会议记录，并要求出席会议的董事在记录上签字。会议记录由集团办公室

负责保存并交监事会备案，不准销毁。

第十八条　董事应对董事会的决议承担责任。董事会的决议致使公司遭受严重损失时，参与决议的董事应承担责任，对弃权和反对的董事可免予承担责任。

第十九条　董事长的职权与职责：

一、董事长行使下列职权：

（一）召集、主持董事会和常务董事会会议；

（二）检查董事会和常务董事会决议的实施情况；

（三）签署以董事长名义颁发的文件，负责董事会的日常事务；

（四）董事会授予的其它职权。

二、董事长承担下列责任：

（一）国有资产的保值增值；

（二）对公司重大决策失误承担法律所规定的相应责任；

（三）对公司违法行为承担法律规定的相应责任。

第二十条　公司设立预算委员会、资产重组委员会、投资审查委员会、薪酬委员会、信息建设委员会，上述委员会为董事会决策咨询机构。

第二十一条　董事会设秘书一名，办事机构由集团办公室兼任。

## 第五章　公司总经理

第二十二条　公司设总经理一人、副总经理若干人。总经理、副总经理由董事会根据出资者的推荐决定聘任或解聘。总经理为公司的法定代表人。

第二十三条　根据出资者的有关规定，总经理、副总经理任期三年，可连聘连任。在任期内未经出资者同意不得在公司之外其它经营性组织兼职，不得从事有损公司利益的活动。有本《章程》第十五条第一款规定的情形之一者，不得担任总经理、副总经理及其它高级管理职务。

第二十四条　总经理行使下列职权：

一、主持公司的生产经营管理，组织实施董事会决议；

二、制订并组织实施公司年度经营计划和投资方案；

三、制定公司的规章制度；

四、决定公司的机构设置和人员编制；

五、聘任或解聘公司其他人员；

六、主持拟订公司年度财务预、决算方案；

七、制定公司的薪酬分配方案；

八、对各职能部门及下属企业进行绩效考核；

九、由董事会授予的其它权力。

第二十五条　总经理承担下列责任：

一、对公司的经营亏损承担相应责任；

二、对公司经营管理失误承担相应责任；

三、对公司违法经营承担法律规定的相应责任。

第二十六条　副总经理协助总经理工作。

副总经理的职责是：协助总经理工作的同时根据分工完成主管的工作，总经理不能履行职责时，可授权副总经理代理总经理工作。

第二十七条　总经理办公会由总经理主持、副总经理参加，必要时邀请其他人员参加。总经理办公会对公司日常经营管理过程的重大事项进行讨论，在意见有分歧时，总经理有决定权。

## 第六章　财务、会计和审计

第二十八条　公司财务会计制度按照国家有关法律、法规和财务会计制度制定。

第二十九条　公司的会计年度采用公历制，自 1 月 1 日起至 12 月 31 日为一个会计年度。

第三十条　公司的财务会计报告按财务会计制度的要求填报，并报送有关部门。

第三十一条　公司除法定企业帐册外，不得另立帐册，对公司资产不得以任何个人名义开立帐户。

第三十二条　公司设审计部，审计部由董事会直接授权进行工作，对董事会负责；同时按监事会的要求进行专项审计，并向其报告

依法解散；

第三十九条　出资者批准公司终止后，由董事会成立清算小组。清算小组依法行使职权、处理公司财产，办理债权债务清理和清偿手续、公告公司终止。

第四十条　清算小组在发现公司财产不足清偿债务时，应停止清算，并及时向出资者提出破产申请的建议，在出资者同意后向人民法院申请宣告破产。

公司经人民法院裁定宣告破产后，清算小组应当将清算事务移交给人民法院。

## 第十章　附　则

第四十一条　本《章程》的解释权属（集团）总公司董事会。

第四十二条　本《章程》报出资者批准后生效。

000065