---

Declaration of Weidong CHEN

# Exhibit 8

---

000066

*English Translation*

File No. _____
Usage _____

# Registration Form for Ownership Change of State-owned Assets of Enterprises

Name of the Enterprise (Seal):   <u>China National Chartering Corporation (Sealed)</u>

Legal Representative (Signature) :   <u>(signature)</u>

Date:                                          <u>29 March 1999</u>

Produced by the Administrative Bureau of the State-owned Assets of the People's Republic of China

000067

6.00.7011.00 152612

*English Translation*

| Department in Charge of the Enterprise | China National Foreign Trade Transportation (Group) Corporation | | | | |
|---|---|---|---|---|---|
| Department of Approval | | State Council | Approval Document No. | BAN 1370 (95) | Approval Date | October 1996 |

| Enterprise | Address | Jiuling Building, No.21, Xi San Huan Bei Lu, Beijing, China | Post Code | 100081 | |
|---|---|---|---|---|---|
| | Form of Organization | State-owned Enterprise | Registration Code | 1000171-3 | Established Date | 2 February 1994 |
| | Business Scope: accepting instructions to act as the agent to charter in and out ships and to arrange for ship sale and purchase and ship repairs; conducting ship operation, management and related cargo transportation business; providing information and consultancy in relation to international shipping and providing related services | | Account with Bank: Bank of China (Headquarter) | | |
| | | | Account Number: 00143508094001 | | |

### Ownership Registration Code before Change

| | |
|---|---|
| Enterprise Uniform Code | 10000171___3 (Enterprise Code) |
| | 10000170___5 (Superior Enterprise Code) |
| | 10000170___5 (First Tier Enterprise Code) |
| Code of the Department in Charge of the Enterprise | 322___ ☐ ☐ ☐ ☐ (Department in Charge Code) (Order Code) |
| Enterprise Industry Code | 5510 |
| Enterprise Region Code | 110108 |
| Enterprise Property Rights Registration Identification Code | (Belonging Relationship Code ) 1 (Registration Authority Code) 1 |
| Enterprise Organization Form Identification Code | 1100 |
| Enterprise Scale Identification Code | 4 |
| Enterprise Level Identification Code | 2 |

000068

*English Translation*

Change Information (I)

Sum Unit:  10,000 RMB

| Item | Sum before Change | Sum After Change | | |
|---|---|---|---|---|
| | | Declared by the Enterprise | Examined by the Department in Charge | Verified by the State-owned Assets Administration Department |
| Paid-in Capital | 500 | 2316 | 2316 | 2316 |
| State Capital | | | | / |
| State-owned Legal Person Capital | 500 | 2316 | 2316 | 2316 |
| Equity from State Capital | | | | / |
| Equity from State-owned Legal Person Capital | -4205 | -4205 | -4205 | -4205 |

Change Information (II)

| Changed Item | Original Registration | Current Registration |
|---|---|---|
| Enterprise Name | | |
| Legal Representative | | |
| Address (Administrative Region Code) | | |
| Department in Charge (Department in Charge Code) | | |
| Form of Organization (Form of Organization Code) | | |

000069

*English Translation*

## Reasons of Ownership Change of Enterprise State-owned Assets

| Reason of Change | Change Code | | | | Sum Changed (in 10,000 RMB) | | | |
|---|---|---|---|---|---|---|---|---|
| | Administrative Region (Code) | Form of Organization (Code) | Industry (Code) | Affiliated Relationship (Code) | State Capital | State-owned Legal Person Capital | Equity from State Capital | Equity from State-owned Capital |
| I. Increase | | | | | | | | |
| Increase of Investment | 110108 | 1100 | 5510 | 1 | | 1816 | | |
| Increase of Investors | | | | | | | | |
| Appropriated without Payment | | | . | | | | | |
| Merge of Enterprises | | | | | | | | |
| Reform to Shareholding System | ** | ** | ** | | | | | |
| Clarification of Ownership | ** | ** | ** | | | | | |
| Transfer from Loan to Investment | ** | ** | ** | | | | | |
| Liquidating Inventory and Verification | | | | | | | | |
| Others | | | | | | | | |
| In Total | ** | ** | ** | ** | | 1816 | | |
| II. Decrease | | | | | | | | |
| Decrease/with draw of Investment | | | | | | | | |
| Decrease of Investors | | | | | | | | |
| Sale | | | | | | | | |
| Appropriated without Payment | | | | | | | | |
| Division of Enterprise | | | | | | | | |
| Reform to Shareholding System | ** | ** | ** | | | | | |
| Clarification of Ownership | ** | ** | ** | | | | | |
| Transfer from Loan to Investment | ** | ** | ** | | | | | |
| Others | | | | | | | | |
| In Total | ** | ** | ** | ** | | | | |

000070

*English Translation*

Information of Investors after Change

| Name of Investor | Address (Administrative Region Code) | Form of Organization (Code) | Type of Industry (Code) | Amount of Investment (in 10,000 RMB) | Share Percentage (%) |
|---|---|---|---|---|---|
| China National Foreign Trade Transportation (Group) Corporation | 110108 | 1100 | 5510 | 2316 | 100% |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | ** | ** | ** | 2316 | 100% |

000071

6.06.7011.00 152012

*English Translation*

## Ownership Registration Code after Change

| | |
|---|---|
| Enterprise Uniform Code | 10000171___3 |
| | (Enterprise Code) |
| | 1000017☐ ___5 |
| | (Superior Enterprise Code) |
| | 10000170___5 |
| | (First Tier Enterprise Code) |
| Code of the Department in Charge of the Enterprise | 322__☐ ☐ ☐ ☐ ☐ |
| | (Department in Charge Code)  (Order Code) |
| Enterprise Industry Code | 5510 |
| Enterprise Region Code | 110108 |
| Enterprise Ownership Registration Identification Code | |
| | (Belonging Relationship Code ) 1 |
| | (Registration Authority Code) 1 |
| Enterprise Organization Form Identification Code | 1100 |
| Enterprise Scale Identification Code | 4 |
| Enterprise Level Identification Code | 2 |

000072

*English Translation*

| Matter Handler | JIN Shao Hua | | Contact Telephone No. | 6229 5689 |
|---|---|---|---|---|
| Change Approved By | Organization:<br>China National Foreign Trade Transportation (Group) Corporation<br>Document No.:<br>Board Resolution on Increase of Investment<br>Date:<br>24 February 1999 | | | Main reasons of change: in accordance with the relative internal reform regulations of the group corporation, it is decided to merge the original Marine Transportation Department I of the Parent Corporation and China National Chartering Corporation. The current capital of the original Marine Transportation Department I (in amount of RMB18,160,000) shall be converted to the registered capital of China National Chartering Corporation. |
| Comments of the Department in Charge | Handler: ZHANG Zhong Yi (stamped)<br><br><br>Signature:<br>Year   Month   Date | Examined by:<br><br><br>Signature:<br>Year   Month   Date | | Approved by:<br>(stamped)<br><br>Company stamp of China National Foreign Trade Transportation (Group) Corporation<br>Year   Month   Date |
| Comments of the State-Owned Assets Administration Authority | Handler:<br><br><br>Signature:  WU Xiao Dong (Signed)<br>April 1st 1999 | Examined by:<br><br><br>Signature:<br>April 1st 1999 | | Approved by:<br>(stamped)<br><br>Signature or seal:<br>Ministry of Finance (Stamped)<br>Year   Month   Date |
| Signature of the Issuer of the New Certificate | | | Date of Change of Certificate | |
| Signature of the Person Who Collects the New Certificate | | | | |

000073

*10*

档案编号：_____

用　　途：_____

# 企业国有资产变动产权登记表



企　业　名　称：_____（盖章）

法定代表人签字：_____

填　报　日　期：99. 3. 29_____

**国家国有资产管理局制**

000074

| 企业主管部门 | 中国对外贸易运输(集团)总公司 | | | |
|---|---|---|---|---|
| 批 准 单 位 | 国务院 | 批准文号 外经贸(批) | 批准日期 | 96.10 |
| 企业 | 地　址 | 西城北新华街久谊大厦 | | 邮政编码 | 10003/ |
| | 组织形式 | 国有独资企业 | 注册号 000171-3 | 开业日期 | 94.2.5 |
| | 主营范围：接受托运代理船舶的进出口租出，船舶买卖，仓运；船舶修造，货物运储及相关业务等，以及境外间体制运信息，咨询及相关业务 | | 开户银行：中孖总行 | | |
| | | | 银行账号：00/43580 94001 | | |

### 变动前产权登记编码

| 企业单位统一代码 | ☐7☐0☐0☐0☐0☐1☐/☐☐☐☐☐☐ |
|---|---|
| | （本企业代码） |
| | ☐7☐0☐5☐0☐0☐0☐0☐☐☐☐☐6 |
| | （上级企业代码） |
| | ☐7☐0☐0☐0☐7☐7☐0☐☐☐☐☐6 |
| | （一级企业代码） |
| 企业主管部门代码 | ☐3☐2☐3☐☐☐☐☐☐☐☐ |
| | （主管部门码）（顺序码） |
| 企业所属行业代码 | ☐6☐0☐7☐0 |
| 企业所在区域代码 | ☐1☐1☐0☐1☐0☐2 |
| 企业产权登记标识码 | （隶属关系码）☐1☐ |
| | （登记机关码）☐1☐ |
| 企业组织形式标识码 | ☐1☐1☐0☐0 |
| 企业规模标识码 | ☐4☐ |
| 企业级次标识码 | ☐2☐ |

*12*

# 变 动 情 况（一）

金额单位：万元

| 项　　　目 | 变动前数额 | 变 动 后 | | |
|---|---|---|---|---|
| | | 企业申报数 | 主管部门审查数 | 国有资产管理部门审定数 |
| 实收资本 | 500 | 2316 | 2316 | 2316 |
| 国家资本 | | | | |
| 国有法人资本 | 500 | 2316 | 2316 | 2316 |
| 国家资本应享有权益 | | | | |
| 国有法人资本应享有权益 | -4205 | -4205 | -4205 | -4205 |

# 变 动 情 况（二）

| 变动项目 | 原登记 | 现登记 |
|---|---|---|
| 企业名称 | | |
| 法定代表人 | | |
| 地址（行政区划码） | | |
| 主管部门（主管部门码） | | |
| 企业组织形式（组织形式码） | | |

000076

*13*

# 企业国有产权变动因素

| 变动原因 | 变动码 | | | | 变动数量(万元) | | | |
|---|---|---|---|---|---|---|---|---|
| | 行政区划(码) | 组织形式(码) | 行业分类(码) | 隶属关系(码) | 国家资本 | 国有法人资本 | 国家资本享有权益 | 国有法人资本享有权益 |
| 一、增加变动 | | | | | | | | |
| 追加投资 | 110108 | 1108 | 5510 | 1 | | 1816 | | |
| 增加出资者 | | | | | | | | |
| 无偿划转 | | | | | | | | |
| 企业合并 | | | | | | | | |
| 股份制改造 | ** | | ** | | | | | |
| 产权界定 | ** | ** | ** | | | | | |
| 贷改投 | ** | ** | ** | | | | | |
| 清产核资 | ** | ** | ** | | | | | |
| 其他 | | | | | | | | |
| 合计 | ** | ** | ** | ** | | 1816 | | |
| 二、减少变动 | | | | | | | | |
| 抽减投资 | | | | | | | | |
| 减少出资者 | | | | | | | | |
| 出售 | | | | | | | | |
| 无偿划转 | | | | | | | | |
| 企业分立 | | | | | | | | |
| 股份制改造 | ** | ** | ** | | | | | |
| 产权界定 | ** | ** | ** | | | | | |
| 清产核资 | ** | ** | ** | | | | | |
| 其他 | | | | | | | | |
| 合计 | ** | ** | ** | | | | | |

注：本表可续页

000077

14

# 变动后出资者情况

| 出资单位名称 | 地　　址 (行政区划码) | 组织形式 (码) | 行业分类 (码) | 投资金额 (万元) | 股权比例 (%) |
|---|---|---|---|---|---|
| 中国科贸易进出口集团公司 | 110108 | 1100 | 5510 | 2316 | 100% |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 合　　计 | ＊＊ | ＊＊ | ＊＊ | 2316 | 100% |

注:本表可续页

000078



# 变动后产权登记编码

| | |
|---|---|
| | ⊡⊡⊡⊡⊡⊡⊡⊡___⊡ |
| | （本企业代码） |
| 企业单位统一代码 | ⊡⊡⊡⊡⊡⊡⊡⊡___⊡ |
| | （上级企业代码） |
| | ⊡⊡⊡⊡⊡⊡⊡⊡___⊡ |
| | （一级企业代码） |
| 企业主管部门代码 | ⊡⊡⊡___⊡⊡⊡⊡ |
| | （主管部门码）（顺序码） |
| 企业所属行业代码 | ⊡⊡⊡⊡ |
| 企业所在区域代码 | ⊡⊡⊡⊡⊡⊡ |
| 企业产权登记标识码 | ⊡ |
| | （隶属关系码） |
| | ⊡ |
| | （登记机关码） |
| 企业组织形式标识码 | ⊡⊡⊡⊡ |
| 企业规模标识码 | ⊡ |
| 企业级次标识码 | ⊡ |

000079

*16*

| 企业经办人 | 金少华 | | 联系电话 | 6295689 |
|---|---|---|---|---|
| 批准变动 | 单位: 中国对外贸易运输总公司北京公司 | | 变动主要原因: 根据集团总公司内部专业整体规定,特决定通过一部与中轮外运合并。原对外通运一部的注册资金1818万元,作为中轮外运的注册资金。 | |
| | 文号: 资合增发决议 | | | |
| | 日期: 99. 2. 24 | | | |
| 主管部门审查意见 | 经办人: | 审核人: | 审批人: | |
| | 签字: 年 月 日 | 签字: 年 月 日 | 签字或盖章: 年 月 日 | |
| 国有资产管理部门审定意见 | 经办人: | 审核人: | 审批人: | |
| | 签字: 郭晓今 99年 月 日 | 签字: 99年 4月 1日 | 年 月 日 | |
| 换发证人签字 | | | 换证日期 | |
| 换领证人签字 | | | | |

000080

Declaration of Weidong CHEN

# Exhibit 9

000081

*English Translation*

# CHINA NATIONAL CHARTERING CORPORATION

## ARTICLES OF ASSOCIATION

### Article 1

In order to adapt to the socialist market economy and to accelerate the transformation of the business system of enterprises, it is approved by Ministry of Foreign Trade and Economic Cooperation and the State Council to re-establish China National Chartering Corporation (the "Company"). China National Chartering Corporation is a subsidiary of China National Foreign Trade Transportation Corporation (the "Head Corporation") and is an economic entity with independent legal personality.

### Article 7

The capital of the Company is invested by the Head Corporation.

### Article 12

The general manager is the legal representative of the Company. The general manager and deputy general manager shall be appointed and dismissed by the Head Corporation.

### Article 16

The Company shall, according to the relevant regulations of the State, carry out business within the approved business scope, pay tax according to the State taxation policies and assume liabilities. Amongst the remaining profits of the Company (i.e. the balance after payment of tax and its dividends to the Head Corporation in accordance with a pre-set percentage), 50% shall be used as development fund, 30% shall be used as staff bonus fund and 20% shall be used as the staff's welfare fund.

### Article 17

In accordance with the requirements of the Head Corporation, the Company shall submit its accounting and statistics reports and related materials to the Head Corporation on regular basis.

000082

**Article 24**

Any amendments to the Articles of Association shall be proposed by the general manager of the Company and approved by the Head Corporation and then submitted to the Administration of Industry and Commerce for approval and records.

**Article 27**

The Articles of Association shall come into force upon the approval of the Head Corporation and the issuance of the business licence for an enterprise legal person by the Administration of Industry and Commerce.

22 November 1996

(Affixed with the company stamp of
China National Foreign Trade Transportation Corporation)

000083

22

# 中 国 租 船 公 司

## 章 程

### 第一章　宗旨

第一条　为了适应社会主义市场经济的要求，加快转换企业经营机制，经对外贸易经济合作部同意并报国务院批准，恢复中国租船公司(以下简称公司)，中国租船公司是隶属于中国对外贸易运输总公司(以下简称总公司)的子公司，是具有独立法人地位的经济实体。

第二条　公司的宗旨是按照国家有关法律、法令、条例和对外贸易方针政策，并遵从国际惯例，接受委托，优质、高效地提供进出口货物运输的租船、船舶经营管理、船舶买卖，以及信息咨询等服务，以促进我国对外贸易及经济建设的发展。

### 第二章　名称、住所及经济性质

第三条　公司名称：中国租船公司。英文名称为
CHINA NATIONAL CHARTERING CORPORATION
简称　SINOCHART

第四条　公司设在北京市西三环北路21号久凌大厦1306、1307室。

邮政编码：　100081

第五条　公司为全民所有制企业

000084

23

## 第三章　注册资本及其来源

第六条　公司注册资本为人发币伍佰万元。
第七条　公司的资金来源为总公司拨款。

## 第四章　经营范围

第八条　接受委托，代理船舶租进或租出，船舶买卖、修造；从事船舶经营、管理及相关货运业务，以及提供国际航运信息、咨询等相关服务。

第九条　公司在核准登记的经营范围内从事经营活动，并自觉接受工商、税务、物价等机关的监督、检查、管理。

## 第五章　组织机构及职权

第十条　公司实行总经理负责制。设总经理一人，副总经理二至三人，总经理主持公司全面工作，副总经理分工协助总经理工作，公司的重要决策由经理办公会决定。

第十一条　公司按照经营范围下设经理办公室、财务部、业务部、船舶管理部、综合部五个部门。根据业务发展需要，经总公司批准，可在国内外设立分支机构或代表处以及吸引外资开发合作项目。

24

## 第六章  法定代表人的产生及职权

第十二条  总经理是公司的法定代表人。总经理、副总经理由总公司任免。

第十三条  总经理的职权为负责公司全面工作、公司内人事安排、调动及人员培训计划，签署重要文件、呈报上级的文件及以本部名义对外签订的重要合同和协议等。

## 第七章  经营管理及利润分配

第十四条  公司实行自主经营、独立核算、自负盈亏。对总公司采取经营承包制。

第十五条  公司实行总公司规定的工资、福利制度和住房制度，按照按劳分配的原则，兼顾国家、企业、个人的利益，制订奖惩办法。

第十六条  公司按照国家有关规定，在批准的经营范围内开展业务，并根据国家税收政策照章纳税，承担经济责任。在缴纳税收及按比例上交总公司得利以外的公司留利中50%为发展基金，30%为职工奖励基金，20%为职工福利基金。

第十七条  公司依照总公司规定，定期上报财务、统计报表等有关资料。

## 第八章　财务会计制度

第十八条　公司财务会计按照中华人民共和国财政部制订的财务会计制度规定办理。

第十九条　公司的会计年度采用日历年制，自一月一日起至十二月三十一日止为一个会计年度。

第二十条　公司的一切凭证、帐簿、报表用中文书写，采用人民币为记帐本位币，人民币同其它货币折算按实际发生之日国家外汇管理局公布的汇价计算。

第二十一条　公司采用国际通用的权责发生制和借贷记帐法记帐。

第二十二条　公司的一切外汇事宜，按照《中华人民共和国外汇管理暂行条例》和有关规定以及公司合同的规定办理。

## 第九章　章程修改程序

第二十三条　当本章程不适合国家颁发的法律、法规和政策规定，不适合本企业发展时，可以进行修改。

第二十四条　章程的修改由公司总经理提出修改意见，经总公司批准后，报工商行政管理部门审核备案。

26

## 第十章    终止程序

　　第二十五条    由于各种原因致使企业终止经营时，由公司总经理向总公司提出书面申请，经对外贸易经济合作部批准，由总公司与本公司共同组成清算组织制定清算方案，负责对企业财产、债权、债务进行全面清算，编制资产负债表和财产目录，或者出具清理债权债务的文件，清算结束后向原登记机关办理企业法人营业执照注销登记手续。

## 第十一章    其它事项

　　第二十六条    本章程条款与国家法律、法规相抵触时，以国家法律、法规和政策为准。
　　第二十七条    本章程经总公司批准，工商行政管理机关核发企业法人营业执照之日起生效。



一九九六年十一月二十二日

000088

Declaration of Weidong CHEN

# Exhibit 10

000089



sinotransgroup



》Home 》About Us 》Business Directory 》Success Story 》Offices 》Contact Us



Search          Our calmness explains

## About Us 》

Overview

Milestones

Senior Management

Group Structure

Profiles

Our Culture

IT Construction



000090

Feedbacks & Complaints | Privacy & Security Statement | Sitemap

2003 Sinotrans Group

000091

Declaration of Weidong CHEN

# Exhibit 11

000092

*English Translation*

# CHINA FOREIGN TRADE TRANSPORTATION CORPORATION

| Urgent | (1996)YQZ No. 2503/475 |
|---|---|

### Reply in relation to the Confirmation on Reverting to the Name of China National Chartering Corporation

To:  Sinotrans Chartering Corporation:

We have received your application for reverting to the name of China National Chartering Corporation.  Following our consideration and as approved by the authorities, we hereby reply as follows:

I.  We confirm that you can revert to the name of China National Chartering Corporation, also known as "Sinochart".  The company shall be affiliated to China National Foreign Trade Transportation Corporation and shall take over the legal position of the current Sinotrans Chartering Corporation and Sinotrans Chartering Corporation shall be deregistered accordingly.

II.  The business scope of China National Chartering Corporation is defined as follows: accepting instructions to act as the agent to charter in and out ships and to arrange for ship sale and purchase and ship repairs; conducting ship operation, management and related cargo transportation business; providing information and consultancy in relation to international shipping and providing related services.

III.  Please apply for separate approval if you intend to establish branches domestically that have independent legal personality.

Please present this reply to the relevant government authorities for completing relevant formalities.

26 November 1996

(The company stamp of China National Foreign Trade Transportation Corporation)

000093

*18*

# 中国对外贸易运输总公司

急件　　　　　　　（1996）运企字第 2503/475 号

### 关于同意恢复使用中国租船公司名称的批复

中外运租船公司：

你司申报恢复使用中国租船公司名称的请示，收悉。经研究，并经上级领导单位批准，批复如下：

一、同意恢复使用中国租船公司名称（英文名称为 CHINA NATIOAL CHARTERING CORPORATION 简称 SINOCHART）该公司隶属于中国对外贸易运输总公司，继承现中外运租船公司的法律地位，中外运租船公司相应注销。

二、中国租船公司的业务经营范围核定为：接受委托、代理船舶租进或租出，船舶买卖、修造；从事船舶经营，管理及相关货运业务，以及提供国际航运信息、咨询等相关服务。

三、在国内设立具有独立法人地位的分支机构请另行报批。

请持此批文到国家有关管理部门办理相关手续。



一九九六年十二月三十六日



000094

*18*

# 中国对外贸易运输总公司

急件                    (1996)运企字第 2503/475 号

### 关于同意恢复使用中国租船公司名称的批复

中外运租船公司：

你司申报恢复使用中国租船公司名称的请示，收悉。经研究，并经上级领导单位批准，批复如下：

一、同意恢复使用中国租船公司名称(英文名称为 CHINA NATIOAL CHARTERING CORPORATION 简称 SINOCHART)该公司隶属于中国对外贸易运输总公司，继承现中外运租船公司的法律地位，中外运租船公司相应注销。

二、中国租船公司的业务经营范围核定为：接受委托、代理船舶租进或租出，船舶买卖、修造；从事船舶经营，管理及相关货运业务，以及提供国际航运信息、咨询等相关服务。

三、在国内设立具有独立法人地位的分支机构请另行报批。

请持此批文到国家有关管理部门办理相关手续。





一九九六年十二月三十六日

Declaration of Weidong CHEN

# Exhibit  12

000096

*English Translation*

## CHINA FOREIGN TRADE TRANSPORTATION CORPORATION

Urgent                                                (1996)YQZ No. 2503/474

### EXPLANATION FOR REVERTING TO THE NAME OF
### CHINA NATIONAL CHARTERING CORPORATION

To: Beijing Administration of Industry and Commerce

China National Chartering Corporation was established and registered in 1955 and its relationship with China National Foreign Trade Transportation Corporation was actually "one institution bearing two names". The name of China National Chartering Corporation was used for chartering ships overseas. When the restructuring of companies started in 1988, no application was submitted to preserve the name of China National Chartering Corporation and that name was therefore considered "de-registered". In 1993, as approved by the Ministry of Foreign Trade and Economic Cooperation, we established Sinotrans Chartering Corporation to conduct ship chartering business and completed relevant formalities at your bureau.

We consider that the name of China National Chartering Corporation has been traded for decades and has established a good commercial reputation overseas. This name is a valuable intangible asset, which shall not be abandoned. In view of the above and according to the comments of the State Economic and Trade Commission and State Administration of Industry and Commerce, the No.2 Bureau of General Office of the State Counsel suggested that the name of China National Chartering Corporation should be preserved and used again and it should be changed to a subsidiary of China National Foreign Trade Transportation Corporation and, in the meantime, Sinotrans Chartering Corporation should be deregistered. This suggestion has been approved by some government leaders such as LI Lan Qing and LUO Gan (see attached).

6.06 7011 00 152562

*English Translation*

According to the notice of No.1 Department of General Office of the Ministry of Foreign Trade and Economic Cooperation, please can you arrange for the necessary formalities for reverting to the name of China National Chartering Corporation.

See attached

26 November 1996

(The Company stamp of China National Foreign Trade Transportation Corporation)

000098

# 中国对外贸易运输总公司

急件                    （1996）运企字第 2503/474 号

### 关于恢复使用中国租船公司名称的说明

北京市工商行政管理局：

　　中国租船公司于 1955 年注册成立，与中国对外贸易运输总公司，实际上是一个公司两块牌子，对外租船用中国租船公司名义。1988 年清理整顿公司，中国租船公司没有上报保留，被视为撤销。1993 年，外经贸部批准我公司成立了中外运租船公司并在贵局办理了相关手续，负责对外租船。

　　我公司认为：中国租船公司已有几十年业务，对外建立了良好商誉，企业名称已成为宝贵的无形资产，不应轻易放弃。对此，国务院办公厅秘书二局，根据国家经贸委和国家工商局的意见，提出将恢复使用中国租船公司名称问题作为清理整顿公司的遗留问题，保留中国租船公司名称，并变更为外运总公司的子公司，同时注销中外运租船公司的建议，这一建议已得到李岚清、罗干等领导同志同意（批件附后）。

　　根据外经贸部办公厅秘书一处的通知精神，烦请贵局办理恢复使用中国租船公司名称的有关手续。

　　附件：如文

一九九六年十一月二十六日

000099

Declaration of Weidong CHEN

# Exhibit 13

000100

# PRIVISIONAL REGULATIONS ON SUPERVISION AND ADMINISTRATION

## OF STATE-OWNED ASSETS OF ENTERPRISES, 2003

### Article 3

For purposes of these Regulations, the term "State-owned assets of enterprises" refers to all forms of State investments in enterprises and the equities generated therefrom, as well as other equities which are legally determined to be owned by the State.

### Article 4

State-owned assets of enterprises are owned by the State. The State exercises a State-owned assets management system under which the State Council and local people's governments perform the responsibilities of investor on behalf of the State respectively, enjoying owner's equity, combining rights with obligations and duties, and administering assets, personnel and other affairs.

### Article 6

The State Council, the people's government of a province, autonomous region or municipality directly under the Central Government, the people's government at the level of city divided into districts or of autonomous prefecture shall establish a State-owned assets supervision and administration authority respectively. The State-owned assets supervision and administration authority shall, under the authorization, perform the responsibilities of investor according to law, supervise and administer State-owned assets of enterprises according to law.

Subject to the approval of the people's government of a province, autonomous region or municipality directly under the Central Government, a city divided into districts or autonomous prefecture where State-owned assets form a smaller part of the total assets of enterprises need not establish a separate State-owned assets supervision and administration authority.

### Article 17

The State-owned assets supervision and administration authority appoints or dismisses, or makes a proposal to appoint or dismiss, the responsible persons of its invested enterprises in accordance with the relevant provisions:

(1) appoint or dismiss the general manager, deputy general manager, chief accountant or other responsible persons of a wholly State-owned enterprise;

000101

(2) appoint or dismiss the chairman, vice chairman, or director of the board of a wholly State-owned company, and make a proposal to the company for the appointment or dismissal of the general manager, deputy general manager, or chief accountant, etc.;

(3) nominate the candidate for the director of the board or supervisor to be dispatched to a State-owned holding company according to the company's articles of association, recommend the candidate for the chairman or vice-chairman of the board, or the chairman of the supervisory panel of a State-owned holding company, and make a proposal to the company on the candidate for the general manager, deputy general manager, or chief accountant;

(4) nominate the candidate for the director of the board or supervisor to be dispatched to a company with State-owned equity according to the company's articles of association.

Where the State Council, the people's government of a province, autonomous region, or municipality directly under the Central Government, or the people's government at the level of city or autonomous prefecture provides otherwise on the appointment or dismissal of the responsible persons of the invested enterprises, such provisions shall prevail.

**Article 20**

The State-owned assets supervision and administration authority is responsible for directing State-owned enterprises and State-owned holding enterprises to establish a modern enterprise system, reviewing and approving the restructuring plans or joint-stock transforming plans of the wholly State-owned enterprises or wholly State-owned companies among the invested enterprises, and reviewing and approving the articles of association of the wholly State-owned companies among the invested enterprises.

**Article 21**

The State-owned assets supervision and administration authority decides, in accordance with the statutory procedures, on such major matters as the division, merger, bankruptcy, dissolution, capital increase or decrease, or issue of company bonds of wholly State-owned enterprises or wholly State-owned companies among the invested enterprises. The division, merger, bankruptcy or dissolution of key wholly State-owned enterprises or wholly State-owned companies shall, upon the review by the State-owned assets supervision and administration authority, be reported for approval to the people's government at the corresponding level.

000102

When reviewing and deciding on major matters of wholly State-owned enterprises or wholly State-owned companies among the invested enterprises in the field of science, technology and industry for national defense in accordance with the statutory procedures, the State-owned assets supervision and administration authority shall comply with the relevant laws and provisions of the State.

**Article 22**

The State-owned assets supervision and administration authority shall, in accordance with the provisions of the Company Law, appoint representatives of shareholders to the shareholders' meeting, or directors to the board of directors, of State-owned holding companies or companies with State-owned equity.

When the shareholder's meeting or the board of directors of a State-owned holding company or company with State-owned equity decides on such major matters as division, merger, bankruptcy, dissolution, capital increase or decrease, issue of company bonds, or appointment or removal of the responsible persons, the representatives of shareholders or the directors appointed thereto by the State-owned assets supervision and administration authority shall voice their opinions and exercise the right to vote according to the instructions of the State-owned assets supervision and administration authority.

The representatives of shareholders or the directors appointed by the State-owned assets supervision and administration authority shall report to the said authority in due time about their performance of responsibilities.

**Article 23**

The State-owned assets supervision and administration authority decides on the transfer of State-owned equity of its invested enterprises. The transfer of whole or part of the State-owned equity which may result in the loss of holding position of the State in the invested enterprises shall be reported for approval to the people's government at the corresponding level.

000103

打印本页

中华人民共和国国务院令

（第378号）

《企业国有资产监督管理暂行条例》已经２００３年５月１３日国务院第８次常务会议
讨论通过，现予公布，自公布之日起施行。

总理　温家宝

二00三年五月二十七日

企业国有资产监督管理暂行条例

第一章　总则

第一条　为建立适应社会主义市场经济需要的国有资产监督管理体制，进一步搞好国有
企业，推动国有经济布局和结构的战略性调整，发展和壮大国有经济，实现国有资产保值增
值，制定本条例。

第二条　国有及国有控股企业、国有参股企业中的国有资产的监督管理，适用本条例。
金融机构中的国有资产的监督管理，不适用本条例。

第三条　本条例所称企业国有资产，是指国家对企业各种形式的投资和投资所形成的权
益，以及依法认定为国家所有的其他权益。

第四条　企业国有资产属于国家所有。国家实行由国务院和地方人民政府分别代表国家
履行出资人职责，享有所有者权益，权利、义务和责任相统一，管资产和管人、管事相结合
的国有资产管理体制。

第五条　国务院代表国家对关系国民经济命脉和国家安全的大型国有及国有控股、国有
参股企业，重要基础设施和重要自然资源等领域的国有及国有控股、国有参股企业，履行出
资人职责。国务院履行出资人职责的企业，由国务院确定、公布。

省、自治区、直辖市人民政府和设区的市、自治州级人民政府分别代表国家对由国务院
履行出资人职责以外的国有及国有控股、国有参股企业，履行出资人职责。其中，省、自治
区、直辖市人民政府履行出资人职责的国有及国有控股、国有参股企业，由省、自治区、直
辖市人民政府确定、公布，并报国务院国有资产监督管理机构备案；其他由设区的市、自
治州级人民政府履行出资人职责的国有及国有控股、国有参股企业，由设区的市、自治州级人
民政府确定、公布，并报省、自治区、直辖市人民政府国有资产监督管理机构备案。

国务院，省、自治区、直辖市人民政府，设区的市、自治州级人民政府履行出资人职责
的企业，以下统称所出资企业。

000104

第六条　国务院，省、自治区、直辖市人民政府，设区的市、自治州级人民政府，分别设立国有资产监督管理机构。国有资产监督管理机构根据授权，依法履行出资人职责，依法对企业国有资产进行监督管理。

企业国有资产较少的设区的市、自治州，经省、自治区、直辖市人民政府批准，可以不单独设立国有资产监督管理机构。

第七条　各级人民政府应当严格执行国有资产管理法律、法规，坚持政府的社会公共管理职能与国有资产出资人职能分开，坚持政企分开，实行所有权与经营权分离。

国有资产监督管理机构不行使政府的社会公共管理职能，政府其他机构、部门不履行企业国有资产出资人职责。

第八条　国有资产监督管理机构应当依照本条例和其他有关法律、行政法规的规定，建立健全内部监督制度，严格执行法律、行政法规。

第九条　发生战争、严重自然灾害或者其他重大、紧急情况时，国家可以依法统一调用、处置企业国有资产。

第十条　所出资企业及其投资设立的企业，享有有关法律、行政法规规定的企业经营自主权。

国有资产监督管理机构应当支持企业依法自主经营，除履行出资人职责以外，不得干预企业的生产经营活动。

第十一条　所出资企业应当努力提高经济效益，对其经营管理的企业国有资产承担保值增值责任。

所出资企业应当接受国有资产监督管理机构依法实施的监督管理，不得损害企业国有资产所有者和其他出资人的合法权益。

### 第二章　国有资产监督管理机构

第十二条　国务院国有资产监督管理机构是代表国务院履行出资人职责、负责监督管理企业国有资产的直属特设机构。

省、自治区、直辖市人民政府国有资产监督管理机构，设区的市、自治州级人民政府国有资产监督管理机构是代表本级政府履行出资人职责、负责监督管理企业国有资产的直属特设机构。

上级政府国有资产监督管理机构依法对下级政府的国有资产监督管理工作进行指导和监督。

第十三条　国有资产监督管理机构的主要职责是：

（一）依照《中华人民共和国公司法》等法律、法规，对所出资企业履行出资人职责，维护所有者权益；

（二）指导推进国有及国有控股企业的改革和重组；

000105

（三）依照规定向所出资企业派出监事会；

（四）依照法定程序对所出资企业的企业负责人进行任免、考核，并根据考核结果对其进行奖惩；

（五）通过统计、稽核等方式对企业国有资产的保值增值情况进行监管；

（六）履行出资人的其他职责和承办本级政府交办的其他事项。

国务院国有资产监督管理机构除前款规定职责外，可以制定企业国有资产监督管理的规章、制度。

第十四条　国有资产监督管理机构的主要义务是：

（一）推进国有资产合理流动和优化配置，推动国有经济布局和结构的调整；

（二）保持和提高关系国民经济命脉和国家安全领域国有经济的控制力和竞争力，提高国有经济的整体素质；

（三）探索有效的企业国有资产经营体制和方式，加强企业国有资产监督管理工作，促进企业国有资产保值增值，防止企业国有资产流失；

（四）指导和促进国有及国有控股企业建立现代企业制度，完善法人治理结构，推进管理现代化；

（五）尊重、维护国有及国有控股企业经营自主权，依法维护企业合法权益，促进企业依法经营管理，增强企业竞争力；

（六）指导和协调解决国有及国有控股企业改革与发展中的困难和问题。

第十五条　国有资产监督管理机构应当向本级政府报告企业国有资产监督管理工作、国有资产保值增值状况和其他重大事项。

### 第三章　企业负责人管理

第十六条　国有资产监督管理机构应当建立健全适应现代企业制度要求的企业负责人的选用机制和激励约束机制。

第十七条　国有资产监督管理机构依照有关规定，任免或者建议任免所出资企业的企业负责人：

（一）任免国有独资企业的总经理、副总经理、总会计师及其他企业负责人；

（二）任免国有独资公司的董事长、副董事长、董事，并向其提出总经理、副总经理、总会计师等的任免建议；

（三）依照公司章程，提出向国有控股的公司派出的董事、监事人选，推荐国有控股的公司的董事长、副董事长和监事会主席人选，并向其提出总经理、副总经理、总会计师人选的建议；

（四）依照公司章程，提出向国有参股的公司派出的董事、监事人选。

国务院，省、自治区、直辖市人民政府，设区的市、自治州级人民政府，对所出资企业的企业负责人的任免另有规定的，按照有关规定执行。

第十八条　国有资产监督管理机构应当建立企业负责人经营业绩考核制度，与其任命的

企业负责人签订业绩合同，根据业绩合同对企业负责人进行年度考核和任期考核。

　　第十九条　国有资产监督管理机构应当依照有关规定，确定所出资企业中的国有独资企业、国有独资公司的企业负责人的薪酬；依据考核结果，决定其向所出资企业派出的企业负责人的奖惩。

### 第四章　企业重大事项管理

　　第二十条　国有资产监督管理机构负责指导国有及国有控股企业建立现代企业制度，审核批准其所出资企业中的国有独资企业、国有独资公司的重组、股份制改造方案和所出资企业中的国有独资公司的章程。

　　第二十一条　国有资产监督管理机构依照法定程序决定其所出资企业中的国有独资企业、国有独资公司的分立、合并、破产、解散、增减资本、发行公司债券等重大事项。其中，重要的国有独资企业、国有独资公司分立、合并、破产、解散的，应当由国有资产监督管理机构审核后，报本级人民政府批准。
　　国有资产监督管理机构依照法定程序审核、决定国防科技工业领域其所出资企业中的国有独资企业、国有独资公司的有关重大事项时，按照国家有关法律、规定执行。

　　第二十二条　国有资产监督管理机构依照公司法的规定，派出股东代表、董事，参加国有控股的公司、国有参股的公司的股东会、董事会。
　　国有控股的公司、国有参股的公司的股东会、董事会决定公司的分立、合并、破产、解散、增减资本、发行公司债券、任免企业负责人等重大事项时，国有资产监督管理机构派出的股东代表、董事，应当按照国有资产监督管理机构的指示发表意见、行使表决权。
　　国有资产监督管理机构派出的股东代表、董事，应当将其履行职责的有关情况及时向国有资产监督管理机构报告。

　　第二十三条　国有资产监督管理机构决定其所出资企业的国有股权转让。其中，转让全部国有股权或者转让部分国有股权致使国家不再拥有控股地位的，报本级人民政府批准。

　　第二十四条　所出资企业投资设立的重要子企业的重大事项，需由所出资企业报国有资产监督管理机构批准的，管理办法由国务院国有资产监督管理机构另行制定，报国务院批准。

　　第二十五条　国有资产监督管理机构依照国家有关规定组织协调所出资企业中的国有独资企业、国有独资公司的兼并破产工作，并配合有关部门做好企业下岗职工安置等工作。

　　第二十六条　国有资产监督管理机构依照国家有关规定拟订所出资企业收入分配制度改革的指导意见，调控所出资企业工资分配的总体水平。

　　第二十七条　所出资企业中的国有独资企业、国有独资公司经国务院批准，可以作为国务院规定的投资公司、控股公司，享有公司法第十二条规定的权利；可以作为国家授权投资

000107

的机构，享有公司法第二十条规定的权利。

　　第二十八条　国有资产监督管理机构可以对所出资企业中具备条件的国有独资企业、国有独资公司进行国有资产授权经营。

　　被授权的国有独资企业、国有独资公司对其全资、控股、参股企业中国家投资形成的国有资产依法进行经营、管理和监督。

　　第二十九条　被授权的国有独资企业、国有独资公司应当建立和完善规范的现代企业制度，并承担企业国有资产的保值增值责任。

### 第五章　企业国有资产管理

　　第三十条　国有资产监督管理机构依照国家有关规定，负责企业国有资产的产权界定、产权登记、资产评估监管、清产核资、资产统计、综合评价等基础管理工作。

　　国有资产监督管理机构协调其所出资企业之间的企业国有资产产权纠纷。

　　第三十一条　国有资产监督管理机构应当建立企业国有资产产权交易监督管理制度，加强企业国有资产产权交易的监督管理，促进企业国有资产的合理流动，防止企业国有资产流失。

　　第三十二条　国有资产监督管理机构对其所出资企业的企业国有资产收益依法履行出资人职责；对其所出资企业的重大投融资规划、发展战略和规划，依照国家发展规划和产业政策履行出资人职责。

　　第三十三条　所出资企业中的国有独资企业、国有独资公司的重大资产处置，需由国有资产监督管理机构批准的，依照有关规定执行。

### 第六章　企业国有资产监督

　　第三十四条　国务院国有资产监督管理机构代表国务院向其所出资企业中的国有独资企业、国有独资公司派出监事会。监事会的组成、职权、行为规范等，依照《国有企业监事会暂行条例》的规定执行。

　　地方人民政府国有资产监督管理机构代表本级人民政府向其所出资企业中的国有独资企业、国有独资公司派出监事会，参照《国有企业监事会暂行条例》的规定执行。

　　第三十五条　国有资产监督管理机构依法对所出资企业财务进行监督，建立和完善国有资产保值增值指标体系，维护国有资产出资人的权益。

　　第三十六条　国有及国有控股企业应当加强内部监督和风险控制，依照国家有关规定建立健全财务、审计、企业法律顾问和职工民主监督等制度。

301000

第三十七条　所出资企业中的国有独资企业、国有独资公司应当按照规定定期向国有资产监督管理机构报告财务状况、生产经营状况和国有资产保值增值状况。

### 第七章　法律责任

第三十八条　国有资产监督管理机构不按规定任免或者建议任免所出资企业的企业负责人，或者违法干预所出资企业的生产经营活动，侵犯其合法权益，造成企业国有资产损失或者其他严重后果的，对直接负责的主管人员和其他直接责任人员依法给予行政处分；构成犯罪的，依法追究刑事责任。

第三十九条　所出资企业中的国有独资企业、国有独资公司未按照规定向国有资产监督管理机构报告财务状况、生产经营状况和国有资产保值增值状况的，予以警告；情节严重的，对直接负责的主管人员和其他直接责任人员依法给予纪律处分。

第四十条　国有及国有控股企业的企业负责人滥用职权、玩忽职守，造成企业国有资产损失的，应负赔偿责任，并对其依法给予纪律处分；构成犯罪的，依法追究刑事责任。

第四十一条　对企业国有资产损失负有责任受到撤职以上纪律处分的国有及国有控股企业的企业负责人，5 年内不得担任任何国有及国有控股企业的企业负责人；造成企业国有资产重大损失或者被判处刑罚的，终身不得担任任何国有及国有控股企业的企业负责人。

### 第八章　附则

第四十二条　国有及国有控股企业、国有参股企业的组织形式、组织机构、权利和义务等，依照《中华人民共和国公司法》等法律、行政法规和本条例的规定执行。

第四十三条　国有及国有控股企业、国有参股企业中中国共产党基层组织建设、社会主义精神文明建设和党风廉政建设，依照《中国共产党章程》和有关规定执行。
国有及国有控股企业、国有参股企业中工会组织依照《中华人民共和国工会法》和《中国工会章程》的有关规定执行。

第四十四条　国务院国有资产监督管理机构，省、自治区、直辖市人民政府可以依据本条例制定实施办法。

第四十五条　本条例施行前制定的有关企业国有资产监督管理的行政法规与本条例不一致的，依照本条例的规定执行。

第四十六条　政企尚未分开的单位，应当按照国务院的规定，加快改革，实现政企分开。政企分开后的企业，由国有资产监督管理机构依法履行出资人职责，依法对企业国有资产进行监督管理。

000109

第四十七条　本条例自公布之日起施行。

chl_46387

文件提供：law.chinalawinfo.com 北大法宝-《中国法律检索系统》Tel:010-8268 9699

000110