Declaration of Weidong CHEN

# Exhibit 14

000111

*English Translation*

## GUIDELINES FOR PROVISIONALLY IMPLEMENTING OPERATIONAL BUDGET OF STATE-OWNED CAPITALS, 2007

II.   Scope of Income and Expenses in relation to the Budget System of State-owned Capitals

(3)   The income taken into acount for the purpose of the budget for the operation of the State-owned capitals refers to the profits turned in by enterprises in which the people's governments at various levels and their respective departments and institutions take the investor's responsibility (i.e. first tier enterprises), mainly including:-

   1.   profits turned in by wholly State-owned enterprises according to relevant regulations;

   2.   dividends and equity interests generated from State-owned shares in enterprises in which the State holds the majority or part of the shares;

   3.   income generated from transfer of the State-owned assets (including State-owned shares);

   4.   income generated from liquidation of wholly State-owned enterprises (after deduction of liquidation expenses) and from the liquidation of enterprises in which the State holds the majority or part of the shares (after deduction of liquidation expenses); and

   5.   other incomes.

打印本页

### 国务院关于试行国有资本经营预算的意见
#### （国发〔2007〕26号）

各省、自治区、直辖市人民政府，国务院各部委、各直属机构：

国有资本经营预算，是国家以所有者身份依法取得国有资本收益，并对所得收益进行分配而发生的各项收支预算，是政府预算的重要组成部分。建立国有资本经营预算制度，对增强政府的宏观调控能力，完善国有企业收入分配制度，推进国有经济布局和结构的战略性调整，集中解决国有企业发展中的体制性、机制性问题，具有重要意义。国务院决定试行国有资本经营预算，现提出以下意见：

一、试行国有资本经营预算的指导思想和原则

（一）试行国有资本经营预算，要以邓小平理论和"三个代表"重要思想为指导，坚持科学发展观，通过对国有资本收益的合理分配及使用，增强政府的宏观调控能力，完善国有企业收入分配制度，促进国有资本的合理配置，推动国有企业的改革和发展。

（二）试行国有资本经营预算，应坚持以下原则：

统筹兼顾，适度集中。统筹兼顾企业自身积累、自身发展和国有经济结构调整及国民经济宏观调控的需要，适度集中国有资本收益，合理确定预收收支规模。

相对独立，相互衔接。既保持国有资本经营预算的完整性和相对独立性，又保持与政府公共预算（指一般预算）的相互衔接。

分级编制，逐步实施。国有资本经营预算实行分级管理、分级编制，根据条件逐步实施。

二、国有资本经营预算的收支范围

（三）国有资本经营预算的收入是指各级人民政府及其部门、机构履行出资人职责的企业（即一级企业，下同）上交的国有资本收益，主要包括：

1. 国有独资企业按规定上交国家的利润。

2. 国有控股、参股企业国有股权（股份）获得的股利、股息。

3. 企业国有产权（含国有股份）转让收入。

4. 国有独资企业清算收入（扣除清算费用），以及国有控股、参股企业国有股权（股份）分享的公司清算收入（扣除清算费用）。

5. 其他收入。

（四）国有资本经营预算的支出主要包括：

1. 资本性支出。根据产业发展规划、国有经济布局和结构调整、国有企业发展要求，以及国家战略、安全等需要，安排的资本性支出。

2. 费用性支出。用于弥补国有企业改革成本等方面的费用性支出。

3. 其他支出。

具体支出范围依据国家宏观经济政策以及不同时期国有企业改革和发展的任务，统筹安排确定。必要时，可部分用于社会保障等项支出。

（五）国家依法收取企业国有资本收益，具体办法由财政部门会同国有资产监管机构等有关部门制订，报本级人民政府批准后施行。

000113

国务院关于试行国有资本经营预算的意见

　　三、国有资本经营预算的编制和审批

　　（六）国有资本经营预算单独编制，预算支出按照当年预算收入规模安排，不列赤字。

　　（七）各级财政部门为国有资本经营预算的主管部门。各级国有资产监管机构以及其他有国有企业监管职能的部门和单位，为国有资本经营预算单位（以下统称预算单位）。

　　（八）试行期间，各级财政部门商国资监管、发展改革等部门编制国有资本经营预算草案，报经本级人民政府批准后下达各预算单位。各预算单位具体下达所监管（或所属）企业的预算，抄送同级财政部门备案。

　　四、国有资本经营预算的执行

　　（九）国有资本经营预算收入由财政部门、国有资产监管机构收取、组织上交。企业按规定应上交的国有资本收益，应及时、足额直接上交财政。

　　（十）国有资本经营预算资金支出，由企业在经批准的预算范围内提出申请，报经财政部门审核后，按照财政国库管理制度的有关规定，直接拨付使用单位。使用单位应当按照规定用途使用、管理预算资金，并依法接受监督。

　　（十一）国有资本经营预算执行中如需调整，须按规定程序报批。年度预算确定后，企业改变财务隶属关系引起预算级次和关系变化的，应当同时办理预算划转。

　　（十二）年度终了后，财政部门应当编制国有资本经营决算草案报本级人民政府批准。

　　五、国有资本经营预算的职责分工

　　（十三）财政部门的主要职责是：负责制（修）订国有资本经营预算的各项管理制度、预算编制办法和预算收支科目；编制国有资本经营预算草案；编制国有资本经营预算收支月报，报告国有资本经营预算执行情况；汇总编报国有资本经营决算；会同有关部门制定企业国有资本收益收取办法；收取企业国有资本收益。财政部负责审核和汇总编制全国国有资本经营预、决算草案。

　　（十四）各预算单位的主要职责是：负责研究制订本单位国有经济布局和结构调整的政策措施，参与制订国有资本经营预算有关管理制度；提出本单位年度国有资本经营预算建议草案；组织和监督本单位国有资本经营预算的执行；编报本单位年度国有资本经营决算草案；负责组织所监管（或所属）企业上交国有资本收益。

　　六、试行国有资本经营预算的组织实施

　　（十五）中央本级国有资本经营预算从2008年开始实施，2008年收取实施范围内企业2007年实现的国有资本收益。2007年进行国有资本经营预算试点，收取部分企业2006年实现的国有资本收益。各地区国有资本经营预算的试行时间、范围、步骤，由各省、自治区、直辖市和计划单列市人民政府决定。

　　（十六）建立国有资本经营预算制度，是完善社会主义市场经济体制的一项重大制度建设，涉及面广，政策性强。各地区、各部门要充分认识建立国有资本经营预算制度的重要意义，高度重视，加强领导，精心组织，积极稳妥地做好此项工作。财政部要会同国资委等有关部门抓紧制订有关配套制度和办法。各预算单位和有关企业要认真执行国有资本经营预算的各项制度和办法。有关部门、单位和企业要加强沟通，积极配合，确保试行工作的顺利进行。

　　　　　　　　　　　　　　　　　　　　国务院伫伫伫
　　　　　　　　　　　　　　　　　　　二〇〇七年九月八日
　　　　　　　　　　　　　　　　　　　　00011;

chl_97243

文件提供：law.chinalawinfo.com 北大法宝-《中国法律检索系统》Tel:010-8268 9699

Declaration of Weidong CHEN

# Exhibit 15

000116

*English Translation*

## State-owned Assets Supervision and Administration Commission of the State Council

### List of Central Enterprises

1. China National Nuclear Corporation
2. China Nuclear Engineering and Construction (Group) Corporation
3. China Aerospace Science and Technology Corporation
4. China Aerospace Science and Industry Corporation
5. China Aviation Industry Corporation I
6. China Aviation Industry Corporation II
7. China State Shipbuilding Corporation
8. China Shipbuilding Industry Corporation
9. China North Industries Group Corporation
10. China South Industries Group Corporation
11. China Electric Technology Corporation
12. China National Petroleum Corporation
13. China Petroleum & Chemical Corporation
14. China National Offshore Corporation
15. State Grid Corporation of China
16. China Southern Power Grid Co., Ltd.
17. China Huaneng Group
18. China Datang Corporation
19. China Huadian Group Corporation
20. China Guodian Group Corporation
21. China Power Investment Corporation
22. China Three Gorges Project
23. Shenhua Group Corporation Limited
24. China Telecom Corporation Limited
25. China Network Communications Group Corporation
26. China United Telecommunications Corporation
27. China Mobile Communications Corporation
28. China Electronics Corporation
29. China Faw Group Corporation
30. Dongfeng Motor Corporation
31. China First Heavy Industries
32. China National Erzhong Group Company
33. Ha' erbin Powerstation Equipment Group Corporation
34. Dongfang Electric Corporation
35. AnShan Steel Group
36. Shanghai Baosteel Group Corporation
37. Wuhan Iron and Steel Corporation
38. Aluminum Corporation of China Limited
39. China Ocean Shipping Group Company
40. China Shipping Group
41. Air China
42. China Eastern Airlines
43. China Southern Airlines
44. Sinochem Corporation

000117

6.08.7011.00 152633

45. China National Cereals, Oils & Foodstuffs Corporation
46. China Minmetals Corporation
47. China General Technology(Group)Holding, Ltd
48. China State Construction Engineering Corporation
49. China Grain Reserves Corporation
50. State Development & Investment Corporation
51. China Merchants Group
52. China Resources Corporation
53. China Travel Service (Holdings)Hong Kong Limited
54. China National Nuclear (Group) Corporation
55. China Energy Conservation Investment Corporation
56. China Gaoxin Investment Group Corporation
57. China International Engineering Consulting Corporation
58. China National Packing Corporation
59. China Commerce Company Limited
60. China Huafu Group Corporation
61. China Chengtong Group
62. Huaxing Group Corporation
63. China National Coal Group Corporation
64. China Coal Research Institute
65. China National Automotive Industry Corporation
66. China National Machinery Industry Corporation
67. China Academy of Machinery Science & Technology
68. China Academy of Agricultural Mechanization Sciences
69. Sinosteel Corporation
70. China Metal Lurgical Construction Group Corporation
71. China Iron & Steel Research Group Corporation
72. China National Chemical Industry Group Corporation
73. China Chemical Engineering Group Corporation
74. China National Light Industry Corporation
75. China Light Industrial Corporation for Foreign Economic and Technical Co-operation
76. China National Arts & Crafts Corporation
77. China National Salt Industry Corporation
78. Huacheng Investment Management Co. Ltd.
79. China Hengtian Group Co., Ltd
80. China Textile Academy
81. China National Materials Group Corporation
82. China National Building Material Group Corporation
83. China Nonferrous Mining Metal (Group) Corporation Limited
84. General Research Institute for Nonferrous Metals
85. Beijing General Research Institute of Mining& Metallurgy
86. China International Intellectech Corp
87. China Far East International Corporation
88. China International Enterprises Co-operative Corporation
89. China Real Estate Development Corporation
90. China Academy of Building Research
91. China Northern Locomotive and Rolling Stock Industry (Group) Corporation
92. China South Locomotive and Rolling Stock Industry (Group) Corporation
93. China Railway Signal & Communication Corp
94. China Railway Engineering Corporation

000118

95. China Railway Construction Corporation
96. China Communication Construction Company Ltd
97. China Putian Corporation
98. China P&T Appliances Corporation
99. China Satellite Communications Corporation
100. China Academy of Telecommunication Technology
101. China Water Investment Corporation
102. China National Agricultural Development Group Corporation
103. Zhongken Agricultural Resource Development CO.,LTD
104. China Tex Corporation
105. China National Foreign Trade Transportation (Group) Corporation
106. China Silk Import and Export Corporation
107. China National Light Industrial Products Imp.& Exp. Corp
108. China Complete Plant Import & Export Corporation
109. China National Service Corporation for Chinese Personnel Working Abroad
110. China National Biotec corporation
111. China Record Corporation
112. China International Forestry Group Corp
113. China Foma (Group) Co., Ltd
114. China National Pharmaceutical Group Corporation
115. China International Travel Service
116. China Xinxing Corporation
117. China Poly Group Corporation
118. China New Era Group Corporation
119. Zhuhai Zhen Rong Company
120. China Ocean Aviation Group Inc.
121. China Architecture Design & Research Group
122. China Electronics Engineering Design Institute
123. Sino-coal International Engineering Design & Research Institute
124. China Haisum International Engineering Investment Corporation (Group)
125. China Exploration & Engineering Bureau
126. China Coal Geology
127. Xinxing Pipes Corporation Limited
128. China Travelsky Holding Company
129. China Aviation Oil Holding Company
130. China Aviation Suppliers Imp.& Exp.Group Corporation
131. China Power Engineering Consulting (Group) Corporation
132. China Hydropower Engineering Consulting Group Co.
133. Sino Hydro Corporation
134. China National Gold Group Corporation
135. China National Cotton Reserves Corporation
136. China Printing Group Corporation
137. Panzhihua Steel (Group)Corporation
138. Lu Zhong Mining Corporation
139. Changsha Research Institute Of Mining And Metallurgy
140. China Lucky Film Corporation
141. China Gunangdong Nuclear Power Holding Co., Ltd
142. China Changjiang National Shipping (Group)Corporation
143. Shanghai Ship and Shipping Research Institute
144. China Hualu Group Co., Ltd

000119

145. Alcatel Shanghai Bell Co., Ltd
146. IRICO Group Corporation
147. FiberHome Technologies Group (WRI )
148. Shanghai Institute of Pharmaceutical Industry
149. China OCT Group
150. Num Kwong (Group)Company Limited
151. Xian Electric Manufacturing Corporation
152. China Gezhouba Group Corporation
153. 999 Group Corporation
154. China Tietong Telecommunications Corporation
155. China Railway Materials & Supplies Corporation

000120

中央企业



# 国务院国有资产监督管理委员会

www.sasac.gov.cn

☐ 中央企业主页　☐ 中央企业名录　☐ 中央企业主页　☐ 最新信息

快　讯
经营业绩
工程项目
管理经验
合作交流
改革发展
技术创新
人才强企
安全生产
企业党建

国务院国资委
信息发布平台

## 中央企业名录

| 序号 | 企业(集团)名称 |
|---|---|
| 1 | 中国核工业集团公司 |
| 2 | 中国核工业建设集团公司 |
| 3 | 中国航天科技集团公司 |
| 4 | 中国航天科工集团公司 |
| 5 | 中国航空工业第一集团公司 |
| 6 | 中国航空工业第二集团公司 |
| 7 | 中国船舶工业集团公司 |
| 8 | 中国船舶重工集团公司 |
| 9 | 中国兵器工业集团公司 |
| 10 | 中国兵器装备集团公司 |
| 11 | 中国电子科技集团公司 |
| 12 | 中国石油天然气集团公司 |
| 13 | 中国石油化工集团公司 |
| 14 | 中国海洋石油总公司 |
| 15 | 国家电网公司 |
| 16 | 中国南方电网有限责任公司 |
| 17 | 中国华能集团公司 |
| 18 | 中国大唐集团公司 |
| 19 | 中国华电集团公司 |

| 序号 | 企业(集团)名称 |
|---|---|
| 79 | 中国医药集团公司 |
| 80 | 中国纺织科学研究院 |
| 81 | 中国中轻集团公司 |
| 82 | 中国建筑材料集团公司 |
| 83 | 中国有色矿业集团有限公司 |
| 84 | 北京有色金属研究总院 |
| 85 | 北京矿冶研究总院 |
| 86 | 中国国际技术智力合作公司 |
| 87 | 中国远东国际贸易总公司 |
| 88 | 中国国际企业合作公司 |
| 89 | 中国地产开发集团公司 |
| 90 | 中国建筑科学研究院 |
| 91 | 中国北方机车车辆工业集团公司 |
| 92 | 中国南方机车车辆工业集团公司 |
| 93 | 中国铁路通信信号集团公司 |
| 94 | 中国铁路工程总公司 |
| 95 | 中国铁道建筑总公司 |
| 96 | 中国交通建设集团有限公司 |
| 97 | 中国普天信息产业集团公司 |

中央企业

| | |
|---|---|
| 20 中国国电集团公司 | 98 中国辉电器材集团公司 |
| 21 中国电力投资集团公司 | 99 中国卫星通信集团公司 |
| 22 中国长江三峡工程开发总公司 | 100 电信科学技术研究院 |
| 23 神华集团有限责任公司 | 101 中国水利水电建设集团公司 |
| 24 中国电信集团公司 | 102 中国农业发展集团总公司 |
| 25 中国网络通信集团公司 | 103 中国医药集团总公司 |
| 26 中国联合通信有限公司 | 104 中国中药总公司 |
| 27 中国移动通信集团公司 | 105 中国对外贸易运输（集团）总公司 |
| 28 中国电子信息产业集团公司 | 106 中国丝绸进出口总公司 |
| 29 中国第一汽车集团公司 | 107 中国轻工业品进出口总公司 |
| 30 东风汽车公司 | 108 中国成套设备进出口（集团）总公司 |
| 31 中国第一重型机械集团公司 | 109 中国出国人员服务总公司 |
| 32 中国第二重型机械集团公司 | 110 中国生物技术集团公司 |
| 33 哈尔滨电站设备集团公司 | 111 中国唱片总公司 |
| 34 中国东方电气集团公司 | 112 中国林业集团公司 |
| 35 鞍山钢铁集团公司 | 113 中国福马机械集团有限公司 |
| 36 宝钢集团有限公司 | 114 中国医药保健集团公司 |
| 37 武汉钢铁（集团）公司 | 115 中国出版集团公司 |
| 38 中国铝业公司 | 116 中国新兴（集团）总公司 |
| 39 中国远洋运输（集团）总公司 | 117 中国保利集团公司 |
| 40 中国海运（集团）总公司 | 118 中国新时代控股（集团）公司 |
| 41 中国航空集团公司 | 119 珠海振戎公司 |
| 42 中国东方航空集团公司 | 120 中国海洋航空集团公司 |
| 43 中国南方航空集团公司 | 121 中国建筑设计研究院 |
| 44 中国中化集团公司 | 122 中国电子工程设计院 |
| 45 中粮集团有限公司 | 123 中煤国际工程设计研究总院 |
| 46 中国五矿集团公司 | 124 中国寰球国际工程投资总院 |
| 47 中国通用技术（集团）控股有限责任公司 | 125 中国冶金地质总局 |
| 48 中国建筑工程总公司 | 126 中国煤炭地质总局 |
| 49 中国储备粮管理总公司 | 127 新兴铸管集团有限公司 |
| 50 国家开发投资公司 | 128 中国民航信息集团公司 |
| 51 招商局集团有限公司 | 129 中国航空油料集团公司 |

31/10/2007

中央企业

52 华润（集团）有限公司
53 中国港中旅集团公司[香港中旅（集团）有限公司]
54 国家核电技术有限公司
55 中国节能投资公司
56 中国高新投资集团公司
57 中国国际工程咨询公司
58 中国包装总公司
59 中商企业集团公司
60 中国华孚贸易发展集团公司
61 中国诚通控股公司
62 中国华星集团公司
63 中国中煤能源集团公司
64 煤炭科学研究总院
65 中国汽车工业总公司
66 中国机械工业集团公司
67 机械科学研究总院
68 中国农业机械化科学研究院
69 中国中钢集团公司
70 中国冶金科工集团公司
71 中国钢研科技集团公司
72 中国化工集团公司
73 中国化学工程集团公司
74 中国轻工集团公司
75 中国轻工业对外经济技术合作公司
76 中轻工业（集团）公司
77 中国盐业总公司
78 华诚投资管理有限公司

130 中国航空器材进出口集团公司
131 中国电力工程顾问集团公司
132 中国水电工程顾问集团公司
133 中国水利水电建设集团公司
134 中国冶金地质总局
135 中国煤炭地质总局
136 中国印刷集团公司
137 攀枝花钢铁（集团）公司
138 攀华冶金矿产业集团公司
139 长沙矿冶研究院
140 中国乐凯胶片集团公司
141 中国广东核电集团有限公司
142 中国长江航运（集团）总公司
143 上海船舶运输科学研究所
144 中国华录集团有限公司
145 上海贝尔阿尔卡特股份有限公司
146 彩虹集团公司
147 武汉邮电科学研究院
148 上海医药工业研究院
149 华侨城集团公司
150 南光（集团）有限公司
151 西安电力机械制造公司
152 中国高新蚕丝总公司
153 三九企业集团（深圳南方制药厂）※
154 中国铁道集团有限公司
155 中国煤炭物资总公司

※出此企业如进行公司制改造，企业名称正在规范之中。

管理维护：国资委信息中心    Email: webmaster@sasac.gov.cn    联系电话：010-63192334
总机电话：010-63192000    单位地址：北京市西城区门西大街26号（100053）    京ICP备030066号

Declaration of Weidong CHEN

# Exhibit 16

000124

*English Translation*

# State Administration of Industry and Commerce

## Notice of Approval

[93] Gong Shang Qi Ji Zi No. 23

To:  China National Foreign Trade Transportation Corporation

According to the relevant regulations, the establishment of China National Foreign Trade Transportation Group, of which your corporation is the parent enterprise, is hereby approved.

The abbreviation of the group is Sinotrans Group.

It is hereby notified.

26 August 1993

(Stamp of the Enterprise Registration Department of the State Administration of Industry and Commerce)

Copy to: Enterprise Bureau of the Economic and Trade Office of the State Council, Production and System Department of the National System Reform Commission, Long-term Planning and Industrial Policy Department of the National Planning Commission, Ministry of Foreign Economy and Trade

000125

6.06.7011.00 152630

# 国家工商行政管理局

### 核 准 通 知 书

〔 *93* 〕工商企集字第 *23* 号



中国对外贸易运输总公司：

以你公司为核心企业的 中国对外贸易运输集团 ，

根据有关规定，经审查予以核准。

该集团简称为 中国外运集团 。

特此通知。



一九九三年 八月十七日

抄）国务院经贸办企业局、国家体改委生产体制司、
国家计委长期规划和产业政策司、外经贸部。

000126

Declaration of Weidong CHEN

# Exhibit 17

000127

*English Translation*

## APPLICATION REPORT FOR THE REGISTRATION OF ENTERPRISE GROUP

To: State Administration of Industry and Commerce

China National Foreign Trade Transportation Group ("Sinotrans Group") is a large comprehensive state-owned foreign trade transportation group whose business is international freight forwarding.    China National Foreign Trade Transportation (Group) Corporation (Sinotrans) is its parent company.  Sinotrans was established in 1950 and used to be subject to the administration of the Ministry of Foreign Trade and Economic Cooperation. Sinotrans is the biggest international freight forwarding enterprise of our country.  In 1992, the Sinotrans Group was established with the approval of Economic and Trade Office of State Council and Ministry of Foreign Trade and Economic Cooperation.  In 1997, Sinotrans Group was decided by State Council to be one of the 120 Pilot Enterprise Groups.  Up till the end of 2000, Sinotrans Group owns 47 domestic subsidiaries and has established business relationship in the main countries and regions worldwide. A business network that covers the whole country and radiates to the overseas has been established.

In accordance to your honorable bureau's requirement in accordance with the "Provisional Regulations on Registration Administration of Enterprise Groups" , our corporation, as the parent company of Sinotrans Group hereby apply for the registration of the enterprise group.  We look forward to receiving your approval.

10 September 2001

China National Foreign Trade Transportation (Group) Corporation (Stamped)

000128

*12*

## 关于企业集团设立登记的申请报告

国家工商行政管理局：

　　中国对外贸易运输集团（简称中国外运集团）是一家以国际货运代理为主业的综合性大型国有外贸运输集团，其母公司中国对外贸易运输（集团）总公司（简称中国外运或中外运），成立于 1950 年，原隶属于外经贸部领导，是我国最大的国际货代企业。1992 年，经原国务院经贸办和外经贸部批准，组建了中国外运集团。1997 年，中国外运集团被国务院确定为国家 120 家试点企业集团之一。到 2000 年底集团拥有国内子公司 47 家，在主要的国家和地区建有业务代理关系，形成覆盖全国、辐射海外的经营网络。

　　根据贵局关于《企业集团登记管理暂行规定》要求，我司作为中国外运集团的母公司特向贵局提出企业集团设立登记申请，请予审批。



二〇〇一年九月十日

000129

Declaration of Weidong CHEN

# Exhibit 18

000130

*English Translation*

# China National Chartering Corporation

(2001) Zhong Zu Zi No. 503/013

## Letter of Application

We hereby voluntarily join Sinotrans Group, acknowledge the articles of association of the group and enjoy rights and assume obligations as a group member.

China National Chartering Corporation
(Stamped)

12 July 2001

000131

8.06.7011.00 152831

p4

# 中　国　租　船　公　司

（2001）中租字第 503 / 013 号

## 申　请　书

　　我公司自愿加入中国外运集团，承认集团章程，执行集团成员企业的权利和义务。



中国租船公司
2001 年 7 月 12 日

000132　　**38**

Declaration of Weidong CHEN

# Exhibit 19

000133

## GUIDELINES ON THE AUTHORIZED OPERATION OF
## STATE-OWNED ASSETS OF ENTERPRISE GROUPS, 1996

1.    The concept, purpose and method of the authorized operation of State-owned assets of enterprise groups

(1)    Authorized operation of State-owned property of enterprise groups means that the government authorizes the parent enterprise to hold shares of the group member enterprises which are directly invested by the State by different means (i.e. those enterprises that do not have ownership relationship with the parent enterprise) so as to restructure the ownership relationship between the group enterprises and to establish a parent-subsidiary relationship between the parent enterprise and the group member enterprises, i.e. the parent enterprise acts as the investor of the group member enterprises.  As a result of the authorized operation, the parent enterprise shall, based on the ownership relationship and according to relevant laws, have the right to appoint managers, make material decisions and reap benefit, etc.  The purpose of authorized operation of State-owned assets of enterprise groups is to establish a ownership relationship between the enterprises within a group (i.e. the ownership relationship between the parent enterprise and the group member enterprises).  However, it is not to establish a relationship between the parent enterprise and the State and the parent enterprise does not become an institution that is authorized to invest on behalf of the State as a result of the authorized operation.  However, a few parent enterprises that have the capacity may, upon the approval of the government, become institutions that are authorized to invest on behalf of the State.   This will establish an administrative relationship between the government and the parent enterprise and an ownership relationship between the parent enterprise and the group member enterprises.

6.    Management between the parent enterprise and subsidiaries within an enterprise group following the authorized operation

(4)    The parent company exercises share-holder's rights as per its proportion of investment in its subsidiaries within which it has the majority of shares or companies within which it has part of the shares.

7.    A few issues to be clarified regarding the pilot authorized operation of State-owned assets

(3)    The ownership relationship between a group parent enterprise and its directly invested subsidiary is a natural consequence of law and does not need to be confirmed by any authorization of the government.

打印本页

国家国有资产管理局关于印发《关于企业集团
国有资产授权经营的指导意见》的通知
（１９９６年９月１１日　国资企发〔１９９６〕１１５号）

各省、自治区、直辖市、计划单列市国有资产管理局（办公室）：

　　为了规范各地方企业集团国有资产授权经营试点工作，促使该项工作高效、有序、正常进行，使企业集团国有资产授权经营工作取得应有成效，达到企业集团国有资产保值增值目的，我们会同有关部门起草了《关于企业集团国有资产授权经营的指导意见》，现印发给你们，请遵照执行。在执行中，有什么经验和问题，请告我们，以便不断完善。

　　　　　　附件：　　　关于企业集团国有资产授权经营的指导意见


　　随着国有企业改革的不断深化，各地参照国资企发〔１９９２〕５０号《关于国家试点企业集团国有资产授权经营的实施办法（试行）》，在组建企业集团、理顺集团内部母子公司产权关系等方面进行了有益的探索，但也存在一些需要规范的问题。为使各地对企业集团国有资产授权经营有一个全面、正确的理解，积极稳妥地推进这项工作，经商有关部门同意，现提出如下指导意见：

　　一、关于企业集团国有资产授权经营的概念、目的和方式
　　（一）企业集团国有资产授权经营是指政府将企业集团中国家以各种形式直接投资设立的成员企业（指与集团公司为非产权关系的企业，下同）的国有产权授权集团公司持股，其实质是通过政府授权持股方式对集团企业进行产权重组，确定集团公司与成员企业间的母子公司产权关系，即集团公司作为成员企业的出资者。授权经营后集团公司依据产权关系，依法对子企业行使选择管理者、重大决策、资产受益等权利。企业集团国有资产授权经营是确立集团内企业间的产权关系（即集团公司与子企业间的产权关系），并未明确集团公司与国家的关系，授权经营后，集团公司不等于成为国家授权投资的机构，但少数具备条件的集团公司经政府授权可以成为国家授权投资的机构，即同时理顺了政府与集团公司的管理关系及集团公司与成员企业的产权关系。

　　（二）进行企业集团国有资产授权经营是考虑到目前我国企业集团的集团公司与成员企业之间大多为非产权关系，即行政隶属关系、统一计划单列关系、统一承包关系或生产协作关系，并没有形成通常出资与被出资的产权关系。通过政府授权经营方式来确立它们之间的产权关系在较短的时间内以较低的代价实现产权联结，改变我国国有企业目前分散经营，竞争力弱的状况。集团公司根据集团发展规划在集团内可以进行产权重组，通过结构合理调整、资源优化配置，实现规模经营，并由集团公司统一承担其占用国有资产的保值增值责任。

　　（三）企业集团国有资产授权经营可以分为整体授权和逐一授权两种方式。前者是指将集团内各成员企业的国有产权一次性授权集团公司持股，这种方式应在授权时充分考虑各成员企业的不同情况，做好各方面的利益协调工作；后者是指根据集团发展的需要将单个企业的国有产权或经公司制改制、产权多元化后的成员企业的存量国有产权逐一授权集团公司持

000135

股。各地在进行国有资产授权经营时可以根据情况采取不同的方式。

　　二、关于选择企业集团国有资产授权经营试点应掌握的原则

　　通过国有资产授权经营来确定并理顺集团内母子公司产权关系是根据我国国情而采取的一种方式，有些认识和作法需要在实践中进一步检验并完善，因此各地应有选择地进行试点，防止一哄而起。在选择试点企业集团时，要遵循以下原则：

　　（一）企业集团的集团公司（核心企业）不能承担政府行政、行业管理职能。

　　（二）集团公司和成员企业应按国家规定完成清产核资工作。

　　（三）集团公司及成员企业（拟授权集团公司持股的企业）合计占用的国有资产数额应达到一定规模，以便在一定的空间内盘活国有资产存量。建议省级试点集团占用的国有资产总额不低于人民币1亿元，各地可根据本地区、行业特点的不同酌情掌握。

　　（四）集团公司及各成员企业间应有内在的产品、经济、技术等联结纽带。

　　（五）企业集团在国民经济及区域经济中占有重要地位，并具有相当的竞争能力。

　　（六）集团公司有较强的资本运营、利益协调和决策能力，并能够承担国有资产保值增值责任。

　　（七）政府授权经营时，集团公司必须是国有独资企业。

　　三、企业集团国有资产授权经营的内容

　　１．授权集团公司持有成员企业的产（股）权。

　　２．授权集团公司依照法定程序任免子公司（子企业，下同）的董事、董事长（经理）。

　　３．授权集团公司收取子公司的资本收益并决定其用途。

　　４．授权集团公司依照法定程序决定子公司的产权变动和重大资产处置。

　　５．授权集团公司拥有一定的重大项目投资决策权。

　　四、关于企业集团国有资产授权经营的审批程序

　　各地在进行国有资产授权经营试点时，在省级政府或省级政府授权的下一级政府批准后，同级国有资产管理部门商有关部门办理具体手续并负责组织实施。具体程序为：

　　（一）由集团公司提出申请国有资产授权经营试点的报告，报同级政府批准。申请报告中应说明集团企业的现状，进行授权经营的必要性、方式、范围及初步可行性研究。

　　（二）政府批准集团公司的国有资产授权经营试点申请报告后，由同级国有资产管理部门会同财政等部门对集团企业进行核实法人财产、界定产权、核定国有资本金、清查债权、债务及对外投资等工作，并指导集团公司及拟授权持股企业共同制定《企业集团国有资产授权经营试点实施方案》（以下简称《实施方案》）和《集团公司章程》，国有资产管理部门商有关部门审核后报政府审批。

　　《实施方案》中应包括以下内容：拟授权持股企业的名单、企业占用国有资产的数额、集团公司的持股比例；集团企业的公司制改造方案；集团公司及子企业的领导体制；母子公司管理体制；集团内结构调整和资源合理配置的具体措施；集团内财务管理和投资收益管理办法；集团公司对子企业资本保值增值考核制度；实施步骤和预期将达到的目标；集团公司机构设置、集团母子公司及各层级子公司间产权关系；需有关部门解决的问题等内容。

　　（三）政府正式批复同意《实施方案》后，为政府授权。

　　（四）根据政府的批复，国有资产管理部门行文明确集团公司对子企业的持股比例及对应的国有资产数额；明确集团公司占用国有资产总额为集团公司原国有资产数额与授权集

000136

团公司持股的子企业的原国有资产数额之和，子企业原国家资本转为法人资本，并作为集团公司的对外投资；同时，还应明确集团公司对政府承担的责任和义务等。国有资产授权经营后，有关财务并帐、产权登记和工商变更登记手续按财政部、国家国有资产管理局和国家工商行政管理局的有关规定办理。

五、政府授权经营后国有资产管理部门对集团公司的管理

（一）国有资产管理部门会同财政部门等与集团公司签订责任书，明确集团公司承担的国有资产保值增值责任；集团公司要定期向国有资产管理部门报送集团企业财务报表及集团合并会计报表；定期报告国有资产经营状况；重大产权变动依照法定程序报国有资产管理部门审核并由政府审批。

（二）集团公司国有资产保值增值考核指标由国有资产管理部门会同有关部门核定，并进行考核。

（三）各地国有资产管理部门应定期了解集团公司《实施方案》的执行情况，帮助集团企业解决试点中出现的各种问题。

六、授权经营后企业集团母子公司管理

（一）集团企业要认真转变观念，用产权管理方式替代过去的行政管理方式，通过产品结构、产业结构、企业组织结构的调整实现集团内的资源优化配置。

（二）集团公司应按照《公司法》实行董事会制。董事会成员与经理层成员不应完全重合，但可以部分交叉，经理成员由董事会聘任。

（三）集团公司在法律、行政法规及公司章程规定的范围内对全资子企业行使以下权利：

1．决定子企业的经营方针、经营形式和经营方向。

2．决定子企业的领导体制，并选择经营者。

3．核定子企业的合并、分立、公司制改制、中外合资、产权变动、产权重组、资产抵押担保等事宜，并按规定办理报批手续。

4．核定子企业的重大投资决策。

5．核定子企业的对外投资、设立企业行为。

6．核定子企业的负债规模。

7．考核子企业资本保值增值并核定子企业的收益分配，收取投资收益。

8．对子企业进行审计和监督。

（四）集团公司对控股子公司、参股公司依据出资比例行使股东权利。

（五）集团公司对子企业承担以下责任：

1．以其对子企业的出资额为限承担责任。

2．尊重子企业的法人财产权，不干预子企业的日常经营决策。

3．除经法定程序，不得以任何形式抽取在子企业的资本金。

4．建立集团内共有的信息网络，对子企业的经营进行必要的指导。

（六）集团合并会计报表是反映并评价集团企业整体的经营业绩和经营状况的重要依据之一，国有资产授权经营后，集团公司应按财政部有关规定负责编制本集团的年度合并会计报表。

（七）对各层级子企业的对外投资应予以清理并进行规范。

七、国有资产授权经营试点中需明确的几个问题

000137

（一）各地国有资产授权经营工作要按照整体规划、分步实施的方针，本着实事求是的态度，尊重市场规律，充分考虑集团企业的现状和将来的发展趋势，按照与企业协商，集团公司同意，政府批准的方式进行。

（二）授权经营的范围即政府授权集团公司持股的企业，授权集团公司持股数额为其持股的企业原国有资产数额之和。授权经营后，集团公司持股的企业包括集团公司直接投资设立的企业和政府授权持股的企业，由集团公司进行资本经营；按照出资者所有权与法人财产权相分离的原则，集团公司依法经营其法人财产（含政府授权集团公司持股的企业和集团公司直接投资设立的企业的产权），即进行资产经营，通过资产经营实现资本增值；集团公司对其占用的国有资产承担保值增值责任；集团公司不能持有自身的产权，集团公司的产权由政府管理，集团公司的领导体制、重大决策、产权变动、资产受益等出资者权利由政府行使，有条件的地方可授予政府授权的投资机构行使。

（三）集团公司与其直接投资设立的子企业之间的产权关系是依法自然形成的，不再需要通过政府授权经营方式确认。

（四）选择授权经营试点应有利于集团企业规模经营，结构调整。集团公司在信息收集、市场预测、结构调整、产品开发、成本控制、市场营销等方面具备较强的市场行为能力和综合协调能力，应优先选择企业集团进行国有资产授权经营试点。若确需选择政府专业经济部门转制进行国有资产授权经营的，要严格控制，并分离其原来的行政、行业管理职能，着重进行职能转换和机制转换，避免形成新的政企不分。

（五）国有资产授权经营后，集团公司要逐步完成对子企业的公司制改造，子企业的改制方向是有限责任公司和股份有限公司，尽量避免全资子企业形式，通过改制，引进新的经营机制，同时吸收更多的资金，壮大集团企业的实力，参与国内外市场竞争。

八、各省、自治区、直辖市、计划单列市国有资产管理部门可根据本指导意见精神，结合本地实际情况制定实施办法。

九、本指导意见由国家国有资产管理局负责解释。

c28838--010215ccz
chl_34643

---

文件提供：law.chinalawinfo.com 北大法宝-《中国法律检索系统》Tel:010-8268 9699

000138

Declaration of Weidong CHEN

# Exhibit 20

000139

PROVISIONAL REGULATIONS FOR MANAGEMENT OF
STATE CAPITAL OF THE STATE PILOT ENTERPRISE GROUPS, 1998

**Article 3**

The parent-subsidiary ownership relationship among an enterprise group means the relationship of "the investor" and "the invested" between enterprises. The parent company is the investor who bears limited liability to the extent of its investment amount in the subsidiary, enjoys the investors' rights of selecting operators, making major decisions and taking profits of assets etc., and bears the corresponding liabilities.

打印本页

## 国家试点企业集团国有资本金管理暂行办法
（财统字（１９９８）５号）

第一条　为加强试点企业集团国有资本金管理，理顺集团内部产权关系，构建母子公司体制，根据《国务院批转国家计委、国家经贸委、国家体改委关于深化大型企业集团试点工作意见的通知》（国发（１９９７）１５号），制定本办法。

第二条　试点企业集团（以下简称集团）的母公司及其成员企业要在清产核资、界定产权的基础上，按照《公司法》的有关规定进行规范，明确集团母公司及子公司的出资人，逐步理顺集团内部产权关系，形成以资本为主要纽带的母子公司体制，规范母子公司产权关系。

第三条　母子公司产权关系是指企业间的出资与被出资关系。母公司为出资方，按照对子公司的出资额承担有限责任，按出资比例享有选择经营者、重大决策、资产受益等出资者权利，并承担相应的义务。

第四条　建立母子公司产权关系，可以采用市场方式和产权划转方式。市场方式是指集团母公司通过投资入股、兼并收购等方式取得另一法人企业的全部或部分产权，使其成为母公司的全资子公司或控股子公司，形成母子公司的产权关系。产权划转方式是指政府将一个企业的全部或部分国有产权授权给集团母公司持有，形成母子公司的产权关系。产权关系的建立涉及不同所有制企业时，应采用市场方式；国有企业之间产权关系的建立除采用市场方式外，可以采用产权划转方式。

第五条　集团母公司通过市场方式取得子公司产权的，投资额超过母公司净资产１０％以上的，由母公司报同级财政（国有资产管理）部门审批。

第六条　采取产权划转方式建立母子公司产权关系的，由划入企业提出重组方案，划出企业出具意见，按照国有资产管理权限，区别不同情况进行处理。（一）划转各方同属中央管理的，其资产重组方案报国家经贸委同意后，由财政部办理产权划转和变动登记手续。（二）划转各方分属中央和地方管理的，划入方属地方管理的，由涉及的地方政府对重组方案提出意见，报国家经贸委同意后，财政部办理产权划转和变动登记手续。划入方属中央管理的，划出方涉及的地方政府出具意见，资产重组方案报国家经贸委同意后，财政部办理产权划转和变动登记手续。（三）划转各方属地方管理的，同一地区管理的企业产权划转，由该地方政府批准，同级政府（国有资产管理）部门办理产权划转和变动登记手续。不同地区管理的企业产权划转，由涉及的各地方政府对重组方案提出意见，并报上一级政府或政府指定的部门批准，相应的财政（国有资产管理）部门办理产权划转和变动登记手续。

第七条　各级财政（国有资产管理）部门是负责具体产权划转和变更登记手续的主管部门。产权划转由集团母公司向财政（国有资产管理）部门提出申请并提出下列文件：（一）办理产权划转的申请。（二）批准组建集团的有关文件。（三）经批准的集团资产重组方案。（四）对划转各方企业国有资产管理权的政府或部门同意产权划转的意见。（五）划

000141

转各方企业的财务报表。（六）划转各方企业的产权登记证。（七）其他有关文件。

　　第八条　财政（国有资产管理）部门对产权划转的申请进行审核，确认母公司的国家资本金和母公司对子公司的出资额并进行批复。母公司和子公司要根据批复进行帐务调整，相应增加母公司的实收国家资本金和长期投资，同时将子公司的国家资本金变为国有法人资本金，并据此办理产权变动登记和工商变更登记。

　　第九条　集团母公司及成员企业应按照建立现代企业制度的要求，逐步进行公司制改建。企业的公司制改建可以采用吸收其他法人投资、转让部分产权等多种方式进行。改制中清产核资和资产评估按国家有关规定执行。

　　第十条　财政（国有资产管理）部门以清产核资或评估结果为依据，审核批复企业公司制改建后国家资本金比例和国家资本金数额。地方管理的集团应将核定结果及有关材料抄送财政部备案。

　　第十一条　集团进行公司制改建后，对其原存量国有资本金应明确具体出资者。（一）子公司进行公司制改建，其原有存量国有资本的出资者为母公司。（二）母公司改建为国有独资公司的，其国有资本的出资者应是国家或国家授权投资的机构。（三）少数具备条件的集团母公司，经国务院或省级人民政府批准，可以作为国家授权投资的机构。

　　第十二条　公司制改建后，有关企业须依据财政（国有资产管理）部门的确认结果办理国有资产产权变动登记手续及相应的工商变更登记手续。

　　第十三条　已经建立母子公司产权关系的集团，母公司可以依法有偿转让其持有的子公司产权，但转让净资产超过母公司净资产的１０％以上的，由母公司报同级财政（国有资产管理）部门批准，并办理相应的产权变动手续。属于国家特定行业的企业，按照国家规定的产业政策办理。

　　第十四条　集团母公司转让子公司产权，应委托由财政部门（国有资产管理部门）授予资产评估资格的机构对子公司的全部资产进行评估，并以评估值作为确定转让价格的底价。允许成交价在底价的基础上有一定幅度的浮动，但下浮比例超过１０％的，要经母公司出资人和同级人民政府批准。

　　第十五条　集团母公司转让子公司产权的收入可以由母公司支配，须用于资本再投入。

　　第十六条　国家对集团注入资本金的，应办理国有资本金增资和产权变动手续。（一）国家对集团母公司注入资本金的，增加母公司的国家资本金。（二）国家通过母公司对子公司注入资本金的，增加子公司的国有法人资本金，同时相应增加母公司的国家资本金和长期投资。

　　第十七条　集团母公司及成员企业按照《国务院批准国家计委、财政部、国家经贸委关于部分企业"拨改贷"资金本息余额转为国家资本金意见的通知》（国发〔１９９５〕２０号）将"拨改贷"资金本息余额转为国家资本金的，应办理核增国有资本金和产权变动手续。（一）集团母公司的"拨改贷"资金本息余额经批准转为资本金的，相应调增国家资本

000142

金。（二）已建立母子公司产权关系的集团子公司"拨改贷"资金本息余额经批准转为资本金的，相应增加子公司国有法人资本金，同时增加母公司的国家资本金。（三）与母公司没有产权关系的集团成员企业，其"拨改贷"资金本息余额经批准转为资本金的，相应增加该企业的国家资本。

第十八条　集团遇有下列情况需要办理核减资本金产权变动登记手续：（一）国家出让母公司股份，减少母公司国家资本金。（二）母公司改制为有限责任公司或股份有限公司或与外商合资，相应减少国家资本比例。（三）子公司经国家有关部门批准划出集团，减少母公司国家资本金。

第十九条　集团国有资本金收益由母公司统一解缴，经批准暂不上缴部分，应作为国有资本金再投入，相应增加母公司的国家资本金。

第二十条　母公司发生破产时，按规定程序进行财产清算和处置，处置后的剩余资金收回上缴同级财政，并办理母公司的产权注销登记。

第二十一条　集团母公司及成员企业要按照《企业国有资产产权登记管理办法》（国务院第１９２号令）的有关规定向财政（国有资产管理）部门办理产权登记年度检查。集团母公司的全资子公司、控股子公司的产权登记年度检查由母公司向财政（国有资产管理）部门一并办理，其余由成员企业分别办理。

第二十二条　集团成员企业产权界定工作按照原国家国有资产管理局发布的《国有资产产权界定和产权纠纷处理暂行办法》（国资法规发〔１９９３〕６８号）和《城镇集体所有制企业、单位清产核资产权界定暂行办法》（国经贸企〔１９９６〕８９５号）等有关规定执行。

第二十三条　集团成员企业发生产权纠纷时，涉及国有企业与其他所有制企业之间产权纠纷的，在协商不能解决的情况下，依司法程序处理；涉及国有企业之间产权纠纷的，由同级或上一级财政（国有资产管理）部门按照《国有资产产权纠纷调处工作试行规则》（原国家国有资产管理局令第１号）进行调处。

第二十四条　已经建立母子公司产权关系的集团，应按照财政部《合并会计报表暂行规定》（财会字〔１９９５〕１１号）文件的规定，由集团母公司负责编制本集团的年度合并会计报表，随母公司财务报告送同级财政部门。其中，地方管理的集团同时抄送财政部备案。

第二十五条　本办法适用于经国务院批准进行试点的企业集团，非国家试点企业集团参照本办法执行。

中华人民共和国财政部　国家经贸委
１９９８年１２月９日发布

chl_21989