# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon – *pfl@lenmur.com*
Charles E. Murphy – *cem@lenmur.com*
Kevin J. Lennon – *kjl@lenmur.com*
Nancy R. Peterson – *nrp@lenmur.com*
Coleen A. McEvoy – *cam@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

November 9, 2007

<u>*Via Facsimile: (212) 805-7906*</u>
Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **Ocean Lines Holding Ltd. v. China National Chartering Corp.**
      U.S.D.C., S.D.N.Y. Docket No.: 07 Civ. 8123 (DC)
      LML ref: 1212

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2007
```

Dear Judge Chin:

We are counsel for Defendant, China National Chartering Corporation, (hereinafter "Sinochart"), in the above-captioned matter. As your Honor is aware, Sinochart has filed a motion to vacate the maritime attachment of its property pursuant to the September 20, 2007 Ex Parte Order. The basis for the Motion is that the Sinochart is entitled to the protections and immunities of the U.S. Foreign Sovereign Immunities Act, 28 U.S.C. § 1600 *et seq.*, as it is a corporation 100% owned by the People's Republic of China and, therefore, qualifies as an "instrumentality" under the FSIA.

On November 1, 2007 Plaintiff, Ocean Lines Holding Ltd., filed its opposition papers to the Motion, which included a Memorandum of Law and five witness affidavits/declarations (four expert) comprising several hundred pages of evidence. Under the original briefing scheduled agreed between the parties, Sinochart's reply papers are due today, i.e. November 9, 2007. Given the magnitude and volume of Ocean Lines' opposition papers, however, and the need for us to coordinate with Sinochart and its experts in the People's Republic of China, we have requested the consent of Ocean Lines' counsel to an extension of time until November 23, 2007 for Sinochart to submit its reply papers. Ocean Lines' counsel has graciously consented to this request.

In view of the foregoing, we respectfully request the Court's endorsement of this letter extending Sinochart's time until November 23, 2007 to file reply papers on the Motion to Vacate.

Approved.
SO ORDERED.

USDJ 11/9/07

Hon. Denny Chin
November 9, 2007
Page 2


Respectfully submitted,

*[signature]*

Patrick F. Lennon

PFL/bhs

cc: *Via Facsimile (212) 425-1901*
Peter J. Gutowski
Pamela Schultz
Freehill, Hogan & Mahar
80 Pine Street,
New York, NY 10005

2