# Exhibit 1

# 登 记 表

营业执照号 №01171

营业证书号 _____

中华人民共和国国家工商行政管理局制

3

| 企业名称 | 中国租船公司 | | |
|---|---|---|---|
| 企业地址 | 北京市 西郊 二里沟 | | |
| 批准机关及文件号 | 对外贸易部<br>(55)运秘徐字第79号 | 日期 | 1955.3.17. |
| 生产经营范围 | 办理对外租船、订舱业务 | | |
| 生产经营方式 | 根据国内外有关部门的委托,办理对外租船、洽订舱位等业务。 | | |
| 注册资本 | 人民币贰仟万元 | | |
| 职工人数 | 叁佰零捌名 | | |
| 开业日期 | 1955年4月1日 | | |
| 开户银行 | 中国银行总行营业部 | 银行帐号 | 3095 |
| 电话 | 890431 | | |
| 电报挂号 | SINOCHART    BEIJING | | |

4

| 项目<br>职务 | 姓　名 | 电　话 |
|---|---|---|
| 董 事 长 | | |
| 副董事长 | | |
| | | |
| 总 经 理 | 李春田 | 890931-323 |
| 副总经理 | 平　健 | 890931-673 |
| | 李恩科 | 890931-322 |
| | 刘福麟 | 890931-328 |
| | 吴秉泽 | 890931-322 |

5

| 附　属　单　位 | | |
|---|---|---|
| 企 业 名 称 | 地　　址 | 生 产 经 营 范 围 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 附　注 | 中国租船公司在全国各主要沿海港口设有办事处。 | |
| 国家工商行政管理局阅批意见 | 周家 | 李耀文<br>一九八〇年二月九日 |

有效期限：自一九八〇年二月五日<br>至一九八九年二月八日

1984年6月12日换证

Registration Form

Business License No. 01171

Business Certificate No.

Made by the State Administration for Industry and Commerce of

PRC

| Enterprise's Name | China National Chartering Corporation | | |
|---|---|---|---|
| Enterprise's Address | Erligou, West Suburb, Beijing City | | |
| Authority of Approval and its Reference No. | Ministry of Foreign Trade (55)Yunmidaizi79 | Date | March 17th, 1955 |
| Business Scope | Conduct business including foreign chartering and booking. | | |
| Mode of Operation | Conduct business including foreign chartering and booking basing upon the entrust of relevant foreign and domestic departments. | | |
| Registered Capital | RMB twenty million | | |
| Number of employees | Three Hundred and Eight | | |
| Opening Date | April 1st, 1955 | | |
| Opening Bank | Bank of China, Business Department | Account No. | 3095 |
| Telephone No. | 890931 | | |
| Telegraph No. | SINOCHART BEIJING | | |

| Title \ Item | Name | Telephone No. |
|---|---|---|
| Chairman of the Board | | |
| Vice Chairman of the Board | | |
| | | |
| | | |
| | | |
| General Manager | Li Chuntian | 890931-323 |
| Vice General Manager | Ping Jian | 890931-673 |
| | Li Enke | 890931-322 |
| | Liu Fulin | 890931-328 |
| | Wu Bingze | 890931-322 |

| Affiliated Entities | | |
|---|---|---|
| Enterprise's Name | Address | Business and Production Scope |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Notes | Sinochart has offices in every major coastal port of the whole country. | |
| Opinions of the State Administration for Industry and Commerce | Approved.<br><br><br>(Signature)<br>June 9th, 1984 | |

Effective Period: June 9th, 1984~June 8th, 1989

Filled out on June 12th, 1984