# Exhibit 2



# 工商企业营业证照

企 业 名 称　中国租船公司

地　　　址　北京市西郊二里沟进口大楼

经 济 性 质　国营

生产或经营范围　进出口货物租船行仓

北京市工商行政管理局

京甲　字第　号

196 年 月 日核发

北京市工商行政管理局

Business License for Industrial and Commercial Enterprises

Jing A No.

Name of the Enterprise: China National Chartering Corporation

Address: Import Building, Erligou, West Suburb, Beijing City

Economic Nature: State-run

Scope of Production or Operation: chartering and booking business for import and export of cargo

Administration of Industry and Commerce of Beijing City

Approved and Issued in 1964

(Seal of Administration of Industry and Commerce of Beijing City affixed)