# Exhibit 3

# 中华人民共和国
# 工商行政管理总局

签报

中国对外贸易运输总公司和中国租船公司是一套机构两块牌子，按照《有关登记管理条例》的规定，一个企业只准登记使用一个名称。如此，与该公司承租何亦进行了联系。承租：这两个公司的名称早在五十年代就起用了，两个公司在对外业务活动中是作为代理委托人和经济人（租船公司）的作用，一直也建立起我国国际上一定国家的威信。如果对外业务活动中发生了纠纷制裁问题，经纪人可去调解或协调。另外，他们拥有各自分帐的民间基金。如果现在换用一个名称，那对其产生一些不必要的影响，也不利于对外业务加严，经济动工战地束缚。

鉴于上述情况，拟将两个名称登记发照，另行横放单独办事。

中国租船公司和对外贸易总运输公司请予分别授权发照，急难初妥处理妥。和国际惯例作协通行。现化务局议定。老总制造两个公司的资金纪会单。机议暂，他立人意想按两个公司分别办理。请会商。

侯国忠

刘彭 6/6

一九八〇年六月二日

# State Administration for Industry and Commerce

## Report

China National Foreign Trade Transportation Corporation (Sinotrans) and China National Chartering Corporation (Sinochart) are the same company under two different name boards. As per the provisions of the *"Regulations on the Registration of Industrial and Commercial Enterprises"*, one enterprise is only allowed to register and use one name. Therefore, we have contacted Comrade Cheng Ming of the company, who says that the two names of the company have been in uses since as early as 1950s, and the two companies are acting as principle and contacting party (chartering company) when conducting foreign business, which is also a common practice in some other countries. If any economic disputes arise in the foreign business, the contacting party may act as mediating party. Moreover, by using two names, commissions may be charged twice. If it is only allowed to use one name, it will produce some unnecessary influences, which may be harmful for the foreign business and also economically adverse to us.

In light of the situation above, it is planned that two names be registered and licenses be issued accordingly. Please may the leaders decide whether this is appropriate.

(Signature)

June 5th, 1984


(Remark :) Sinochart and Sinotrans are in a special situation, which is caused by the history. Since it is internationally practical, it is inappropriate to make a change now. In consideration of the fact that the capitals of these two companies have been separated, it is planned that they will be registered as two companies. Please may Mr. Xu decide whether this is appropriate.

(Signature)

June 6th, 1984


(Remark :) It is hereby approved, and relevant articles of association should be supplemented.

(Signature)

June 6th, 1984