# Exhibit 5

16

# 国家工商行政管理局文件

工商企字［1995］第160号

## 关于对中外运租船公司更名为
## 中国租船公司的意见

国务院办公厅：

你厅秘书二局转来对外贸易经济合作部《关于将中外运租船公司更名为中国租船公司的请示》（［1995］外经贸政发第344号，以下简称《请示》）收悉。

经调查，全国清理整顿公司领导小组《关于对经贸部所属公司撤并留方案的批复》（清整领审字［1990］039号）中没有将中国租船公司列入名单。对外贸易经济合作部在《请示》中称"在上报撤并留方案时未报中租公司，我部视此为撤销中租公司"。但中国租船公司自1991

－1－

年7月以来，既未向我局申请办理注销登记，也未申请办理重新登记注册和每年的年检。因中国租船公司尚未注销，所以中外运租船公司不能更名为中国租船公司。

建议对外贸易经济合作部将中国租船公司作为清理整顿公司遗留问题，报请国家经贸委予以保留，经批准后，来我局办理重新登记注册。



一九九五年　月　十九日

-2-

State Administration for Industry and Commerce

Gongshangqizi [1995] No. 160

## Opinions on the Issue Concerning Renaming Sinotrans Chartering Corporation as Sinochart

The General Office of the State Council,

We hereby acknowledge the receipt of the "Request for Instruction on Renaming Sinotrans Chartering Corporation as China National Chartering Corporation" ([1995] MOFTEC Zheng Fa No. 344, hereinafter referred to as the "Request") by the Ministry of Foreign Trade and Economics Cooperation, circulated to us by the Second Secretariat of your Office.

After investigation, Sinochart is not included in the list of the "Ratification of the Project on the Revocation, Merger and Keeping of Companies affiliated to MOFTEC" (Qingzhenglingshen [1990] No. 039) by the National Leading Working Group of Checking up and Rectifying Companies. MOFTEC said, within its Request, that they "did not apply to keep the Sinochart and deemed it as cancelled". However, Sinochart has neither applied for deregistration nor re-application or annual inspection to us ever since July of 1997. Therefore, due to the fact that Sinochart has not been deregistered, Sinotrans Chartering Corporation cannot be renamed as Sinochart.

We recommend that MOFTEC list Sinochart as an unresolved and left issue in the checking up and rectifying companies action and apply to the State Commission of Economy and Trade for keeping the company, and then come to us to conduct the re-register procedure after its being approved.

(Seal of State Administration for Industry and Commerce affixed)

June 19th, 1995