Exhibit 6

Urgent

# Documents of the Ministry of Foreign Trade and Economic Cooperation

[1995] MOFTEC Zheng Fa No. 344

---

## Request for Instruction on Renaming Sinogtrans Chartering Corporation as China National Chartering Corporation

The General Office of the State Council,

China National Chartering Corporation (hereinafter referred to as "Sinochart") was founded in 1955 and was registered simultaneously with China National Foreign Trade Transportation (Group) Corporation (hereinafter referred to as "Sinotrans"). In 1988 when the companies were reorganized, pursuant to the "one company may not have two names" policy set by the National Workgroup on Companies Reorganization, we did not apply to keep the Sinochart and deemed it as cancelled. Recently, Sinotrans has requested to restore the name of Sinochart so as to continue its business in the ship-chartering field. We have studied in this respect and request for instructions as follows,

(Omitted)

We recommend to rename "Sinotrans Chartering Corporation" as "China National Chartering Corporation".

Please instruct.

(Seal of the Ministry of Foreign Trade and Economic Cooperation affixed)

May 24 1995

急件

# 对外贸易经济合作部文件

〔1995〕外经贸政发第 344 号

---

### 关于将中外运租船公司更名为
### 中国租船公司的请示

国务院办公厅：

　　中国租船公司（以下简称为中租公司）成立于 1955 年，与中国对外贸易运输总公司（以下简称为外运公司）同时注册，并一直以中租公司和外运公司两个名称对外。1988 年清理整顿时，外运公司遵照全国清理整顿公司领导小组"一个公司不能有两个名称"的规定，在上报撤并留方案时未报中租公司，我部视此为撤销中租公司。最近外运公司要求恢复中租公司的名称，以继续其租船领域的业务。对此，我部进行了研究，现将有关情况及意见请示如下：

　　五十年代初，我国尚无远洋船队，为完成对外贸易运输工作，外运公司成立了中租公司，以租船代理人身份，在国际租船市场进

— 1 —

行业务活动。中租公司的重要性在于：（一）外运公司的主业是货运代理，中租公司是租船经纪人，这在航运业中是两个独立的行业，不宜简单合并；（二）租船业务由经纪人完成，符合国际租船市场的习惯作法。按照国际惯例，中租公司向外国船东收取佣金，相应地减低我国运输成本，有利于提高中国企业出口的竞争力；（三）在五、六十年代，我国对外贸易运输工作主要靠中租公司承担。进入八十年代，尽管我国的运输力量有了飞速发展，但由于运输中经常出现不平衡现象，如进出口货运不平衡、运输地区不平衡、用船时间不平衡等，租船业务仍然不可缺少。当运输公司运力在某时、某一地区、某一船型不足，或相反，当外运公司运力富余时，都应通过租船公司调剂，以求最佳经济效益，避免船位浪费；（四）外运公司为打入美国市场，在八十年代初，以中租公司为母公司在美国注册了华美公司，并在美国联邦海事委员会注册。十几年来，华美公司在美国及国际航运界声誉很高，中美两国政府指定其为中美间高尖端产品（含军事物资）运输的唯一承运人。如不解决中租公司的法人地位问题，将直接影响到华美公司的法律地位。

中租公司在五、六十年代为粉碎帝国主义对我国的封锁禁运以及在七、八十年代为完成我国进出口货物的运输，都做出了巨大的贡献。当今租船业务在我国对外运输中仍然起着重要作用。中租公司在几十年业务中建立起来的良好商业信誉已经成为企业宝贵的无形资产，而企业名称正是商业信誉的重要代表，不应轻易放弃。有鉴于此，我们认为应及时解决外运公司提出的问题。1993年，我部为解决对外租船的困难，已批准外运公司成立了中外运租