# Exhibit 7

# 中华人民共和国对外贸易部便函

外财实 便字第 28 号

国家工商行政管理局：

中国租船公司系我部直属总公司的有别国营企业，该公司注册资本为人民币壹千万元。特此证明。请按规定手续办理工商企业登记，发给营业执照。

此致

（印章：中华人民共和国对外贸易部 外财字第）

一九八五年十一月一日

## Ministry of Foreign Trade Letter Pad

Maocaimao Bianzi No. 28

State Administration for Industry and Commerce,

China National Chartering Corporation is a State-run enterprise, owned by the whole people, directly affiliated to our Ministry. It is hereby certified that the company's registered capital is RMB 20 million. Please conduct the industrial and commercial enterprise registration and issue the Business License for it according to relevant procedures.

Regards,

Ministry of Foreign Trade and Economic Cooperation

Bureau of Finance

(Seal affixed)

December 1st, 1983

# 对外经济贸易部文件

〔急件〕　　　　　　　　(88)外经贸运字第101／1123号

申 请 营 业 执 照 和 营 业 证 书

国家工商行政管理局：

　　我部直属全民所有制国营企业中国对外贸易运输总公司和中国租船公司于一九五五年三月成立，企业地址为北京市西郊二里沟，系同一机构挂两块牌子的企业。总经理李香田，付总经理平健、李恩科、刘福麟、吴秉泽。该公司注册资本为人民币捌千万元，中国对外贸易运输总公司名下人民币陆千万元，中国租船公司名下人民币贰千万元。

　　中国对外贸易运输总公司经营范围是承办国内外客户委托代办各种进出口贸易物资和非贸易物资的海、陆、空、邮运业务，在全国二十八个省、市、自治区（除西藏自治区外）和主要海运口岸、陆运国境站设有分公司、办事处。

　　中国租船公司经营范围是根据国内外有关部门的委托，办理对外租船、洽订舱位等业务，在全国各主要沿海港口设有办事处。

　　现将上述公司的登记申请书，登记表和其它有关文件寄你，请办理注册手续，发给营业执照和营业证书。

附件：1. 中外运和中租公司登记申请书各一份
2. 中外运和中租公司登记表各三份
3. 一九五五年对外贸易部批件（影印本）一份
4. 一九六四年工商企业营业证照（影印本）各一份
5. 对外经济贸易部注册资本证明函各一份
6. 中国银行注册资本资信证明一份
7. 营业执照（草稿）各一份
8. 营业证书（草稿）各一份



一九八　　年　　月　　三　日

抄送：王部长代表　办公厅　人事局　财务局　外运总公司(2)
　　　存档（抄送单位无附件）　　　　　　　（共8份）

# Documents of the Ministry of Foreign Trade and Economic Cooperation

Urgent                                                                 [83] MOFTEC Yunzi No. 101/1123

## Application for Business Licenses and Business Certificates

The State Administration for Industry and Commerce,

China National Foreign Trade Transportation Corporation (Sinotrans) and China National Chartering Corporation (Sinochart), as state-run enterprises, owned by the whole people and directly affiliated to our Ministry, are the same enterprise under two different name boards. The company was established in March 1955, the address of which is Erligou, West Suburb, Beijing. Its General Manager is Li Chuntian, and its Vice General Managers are Ping Jian, Li Enke, Liu Fulin and Wu Bingze. The registered capital of this company is RMB 80 million, within which 60 million is under the name of Sinotrans, and 20 million is under the name of Sinochart.

The business scope of Sinotrans is to conduct marine, land, air and postal transportation of all kinds of import and export trade materials and non-trade materials upon the entrust of clients both domestic and oversea. Sinotrans has branches and offices in major sea ports and land frontiers of 28 provinces, cities and autonomous regions (except Tibet).

The business scope of Sinochart is to conduct business including foreign chartering and booking upon the entrust of relevant departments both domestic and oversea. Sinochart has offices in every major coastal port of the whole country.

We now send to you the Application of Registration, Registration Form and other relevant documents of the above-mentioned company. Please conduct the registration procedure and issue the Business Licenses and Business Certificates.

Attached: (omitted)

(Seal of the Ministry of Foreign Trade and Economic Cooperation affixed)

December 23rd, 1983