Exhibit 8

# 中华人民共和国



# 企业国有资产产权登记证

## 国务院国有资产监督管理委员会制

# 中华人民共和国
# 企业国有资产产权登记证

根据《企业国有资产产权登记管理办法》

（国务院第192号令）的规定，经审定，

**中国租船公司**

同意                                              依法

**23,163**

占有、使用国有资本                                千元，

并承担国有资产保值增值责任。

 

国务院国有资产监督管理委员会

发证机关
（印章）

发证日期    2005年  11月  12日

注：本证的企业名称及占有、使用国有资本的数额以最近一次产权登记确认的名称、数额为准。

2

| 企业集团或企业管理部门 | 中国对外贸易运输（集团）总公司 | | |
|---|---|---|---|
| 法定代表人 | 李融 | 批准设立日期 | 1984-6-9 |
| 组织形式 | 国有企业 | 注 册 日 期 | 1984-6-9 |
| 注 册 号 | 1000001000171 | 注 册 资 本 | 2,316人民币（万元） |
| 企业单位统一代码 | 100001713 | | |

金额单位：千元

| | | |
|---|---|---|
| 实收资本 | 国家资本 | 23,163 |
| | 法人资本 | 23,163 |
| | 其中：国有法人资本 | |
| | 外商资本 | |
| | 个人资本 | |
| | 合 计 | 23,163 |

王典娜　　　　　　袁误真　　　　　郭建新

经办人：　　　　　　审核人：　　　　　审批人：

（签字盖章）　　　　（签字盖章）　　　（签字盖章）

2006 年　11 月　12 日　　2005 年　11 月　12 日　　2005 年　11 月　12 日

备注：

3

27/11 2007 11:16 FAX    @004

## 出 资 人 情 况

| 序号 | 出资人名称 | 地址<br>(行政区划码) | 组织形式<br>（码） | 行业分类<br>（码） | 投资金额<br>（千元） | 股权比例<br>（％） |
|---|---|---|---|---|---|---|
| 1 | 中国对外贸易运输（集团）总公司 | 110108 | 1110 | 6720 | 23,163 | 100.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 合　　計 | ＊＊＊＊＊ | ＊＊＊＊＊ | ＊＊＊＊＊ | 23,163 | 100.00 | |

5

The People's Republic of China

Certificate of Registration of the Property Rights of the State

Assets

Made by the State-owned Assets Supervision and

Administration Commission of the State Council

The People's Republic of China

Certificate of Registration of the Property Rights of the State Assets

According to the *"Measures on Administration of Property Right Registration of State Assets of Enterprises"*, after examination, it is hereby approved that "China National Chartering Corporation" shall possess and utilize State-owned Assets amounting to "RMB 23,163,000", and take the responsibility to ensure safe-guarding and appreciation of the State-owned Assets.

the State-owned Assets Supervision and
Administration Commission of the State Council

(Seal affixed)

Issuing Authority:

the State-owned Assets Supervision and

Administration Commission of the State Council

(Seal affixed)

Issuing Date: November 12th, 2005

| Enterprise Group or Department in Charge of the Enterprise | | China National Foreign Trade Transportation (Group) Corporation | |
|---|---|---|---|
| Legal Representative | Li Zhen | Date of Establishment as per Approval | June 9th, 1984 |
| Form of Organization | State-owned Enterprise | Date of Incorporation | June 9th, 1984 |
| Registration Number | 10000010000171 | Registered Capital | RMB 23,160,000 |
| Unified Code of Enterprise | | 100001713 | |

RMB in Thousands

| Capital Collected | State Capital | |
|---|---|---|
| | Legal Person Capital | 23,163 |
| | Within which, State-owned Legal Person Capital | 23,163 |
| | Foreign Capital | |
| | Personal Capital | |
| | In Total | 23,163 |

| Operated by | Examined by | Approved by |
|---|---|---|
| Wang Dianna | Yuan Mouzhen | Guo Jianxin |
| November 12th, 2005 | November 12th, 2005 | November 12th, 2005 |
| | | |

Information of Contributors

| No. | Name of Contributor | Address (Code of Administrative Region) | Form of Organization (Code) | Type of Industry (Code) | Investment Amount (In Thousands) | Shares Ratio (%) |
|---|---|---|---|---|---|---|
| 1 | China National Foreign Trade Transportation (Group) Corporation | 110108 | 1110 | 5720 | 23,163 | 100.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| In Total | | | | | 23,163 | 100.00 |