# Exhibit 9

【法规标题】企业国有资产产权登记管理办法

【发布部门】/国务院　　　　　　　　　　　【发文字号】国务院令第192号

【批准部门】　　　　　　　　　　　　　　【批准日期】

【发布日期】1996.01.25　　　　　　　　　【实施日期】1996.01.25

【时效性】现行有效　　　　　　　　　　　【效力级别】行政法规

【法规类别】国有资产产权登记/国有企业　　【唯一标志】13905

【全文】

中华人民共和国国务院令

（第192号）

现发布《企业国有资产产权登记管理办法》，自发布之日起施行。

总理　李鹏

1996年1月25日

企业国有资产产权登记管理办法

　　第一条　为了加强企业国有资产产权登记管理，健全国有资产基础管理制度，防止国有资产流失，制定本办法。

　　第二条　本办法所称企业国有资产产权登记（以下简称产权登记），是指国有资产管理部门代表政府对占有国有资产的各类企业的资产、负债、所有者权益等产权状况进行登记，依法确认产权归属关系的行为。

　　第三条　国有企业、国有独资公司、持有国家股权的单位以及以其他形式占有国有资产的企业（以下统称企业），应当依照本办法的规定办理产权登记。

　　第四条　企业产权归属关系不清楚或者发生产权纠纷的，可以申请暂缓办理产权登记。

　　企业应当在经批准的暂缓办理产权登记期限内，将产权界定清楚、产权纠纷处理完毕，并及时办理产权登记。

　　第五条　县级以上各级人民政府国有资产管理部门，按照产权归属关系办理产权登记。

国有资产管理部门根据工作需要，可以按照产权归属关系委托政府有关部门或者机构办理产权登记。

第六条  产权登记分为占有产权登记、变动产权登记和注销产权登记。

第七条  企业应当依照本办法向国有资产管理部门办理占有产权登记。

占有产权登记的主要内容：

（一）出资人名称、住所、出资金额及法定代表人；

（二）企业名称、住所及法定代表人；

（三）企业的资产、负债及所有者权益；

（四）企业实收资本、国有资本；

（五）企业投资情况；

（六）国务院国有资产管理部门规定的其他事项。

国有资产管理部门向企业核发的国有资产产权登记表，是企业的资信证明文件。

第八条  企业发生下列变动情形之一的，应当自变动之日起３０日内办理变动产权登记：

（一）企业名称、住所或者法定代表人改变的；

（二）国有资本占企业实收资本比例发生变化的；

（三）企业分立、合并或者改变经营形式的；

（四）有国务院国有资产管理部门规定的其他变动情形的。

第九条  企业发生下列情形之一的，应当自各该情形发生之日起３０日内办理注销产权登记：

（一）企业解散、被依法撤销或者被依法宣告破产的；

（二）企业转让全部产权或者企业被划转的；

（三）有国务院国有资产管理部门规定的其他情形的。

第十条  企业办理产权登记，应当按照规定填报国有资产产权登记表并提交有关文件、凭证、报表等。填报的内容或者提交的文件、凭证、报表等不符合规定的，国有资产管理部门有权要求企业补正。

第十一条  产权登记实行年度检查制度。

企业应当于每一年度终了后９０日内，办理产权年度检查登记，向国有资产管理部门提交财务报告和国有资产经营年度报告书，报告下列主要内容：

（一）出资人的资金实际到位情况；

（二）企业国有资产的结构变化，包括企业对外投资情况；

（三）国有资产增减、变动情况；

（四）国务院国有资产管理部门规定的其他事项。

第十二条　国有资产产权登记表由国务院国有资产管理部门统一制定。

任何单位和个人不得伪造、涂改、出卖或者出借国有资产产权登记表。

国有资产产权登记表遗失或者毁坏的，应当按照规定申请补领。

第十三条　国有资产管理部门应当建立健全产权登记档案制度，并定期分析和报告国有资产产权状况。

第十四条　企业违反本办法规定，有下列行为之一的，由国有资产管理部门责令改正、通报批评，可以处以１０万元以下的罚款，并提请政府有关部门对企业领导人员和直接责任人员按照规定给予纪律处分：

（一）在规定期限内不办理产权登记的；

（二）隐瞒真实情况、未如实办理产权登记的；

（三）不按照规定办理产权年度检查登记的；

（四）伪造、涂改、出卖或者出借国有资产产权登记表的。

第十五条　国有资产管理部门工作人员在办理产权登记中玩忽职守、徇私舞弊、滥用职权、谋取私利，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予行政处分。

第十六条　军队企业的国有资产产权登记管理办法，由中国人民解放军总后勤部会同国务院国有资产管理部门参照本办法制定。

第十七条　本办法自发布之日起施行。国家国有资产管理局、财政部、国家工商行政管理局１９９２年５月１１日发布的《国有资产产权登记管理试行办法》同时废止。

# Measures on Administration of Property Right Registration of State Assets of Enterprises

**Article 2**  The registration of the property rights of the State assets of enterprises (hereinafter referred to as property right registration) as mentioned in these Measures is a behaviour of registering by State assets management departments on behalf of the Government, the assets, liabilities, proprietary rights and interests, and other matters concerning the property rights of various enterprises occupying State assets and confirming the relationship of imputation of these property rights in accordance with law.