# Exhibit 10

【法规标题】企业国有资产产权登记管理办法实施细则(2000)

【发布部门】/财政部　　　　　　　　　　【发文字号】财管字[2000]116号

【批准部门】　　　　　　　　　　　　　【批准日期】

【发布日期】2000.04.06　　　　　　　　【实施日期】2000.04.06

【时效性】现行有效　　　　　　　　　　【效力级别】部门规章

【法规类别】国有资产产权登记　　　　　【唯一标志】29268

【全文】

通知

党中央各部门，国务院各部委、各直属机构、直属事业单位，全国人大常委会办公厅，全国政协常委会办公厅，总后勤部，武警总部，中央各企业集团，新疆生产建设兵团，各省、自治区、直辖市及计划单列市财政厅（局）、国有资产管理局（办公室）：

根据国务院颁布的《企业国有资产产权登记管理办法》（国务院第192号令），结合政府机构改革及军队、武警部队、政法机关、党政机关与所办、所管企业脱钩的实际情况，按照党的十五届四中全会《关于国有企业改革和发展若干重大问题的决定》所确定的"国家所有、分级管理、授权经营、分工监督"的原则，重新修订了《企业国有资产产权登记管理办法实施细则》，现印发给你们，请遵照执行。执行中有何问题，请及时反馈我部。

按本实施细则的规定重新制订的产权登记表证式样及填报说明另行下发。

财政部

2000年4月6日

企业国有资产产权登记管理办法实施细则

（财管字〔2000〕116号）

第一章　总则

第一条　根据国务院颁布的《企业国有资产产权登记管理办法》（国务院第192号令，以下简称《办

法》），按照"国家所有、分级管理、授权经营、分工监督"的原则，制定本实施细则。

第二条　下列已取得或申请取得法人资格的企业或国家授权投资的机构（以下统称企业），应当按规定申办企业国有资产产权登记（以下简称产权登记）：

（一）国有企业；

（二）国有独资公司；

（三）国家授权投资的机构；

（四）设置国有股权的有限责任公司和股份有限公司；

（五）国有企业、国有独资公司或国家授权投资机构投资设立的企业；

（六）其他形式占有、使用国有资产的企业。

第三条　产权登记机关是县级以上各级政府负责国有资产管理的部门。

财政部主管全国产权登记工作，统一制定产权登记的各项政策法规。

上级产权登记机关指导下级产权登记机关的产权登记工作。

第四条　财政（国有资产管理）部门审定和颁发的《中华人民共和国企业国有资产产权登记证》（以下简称产权登记证），是依法确认企业产权归属关系的法律凭证和政府对企业授权经营国有资本的基本依据。

产权登记证分为正本和副本，企业发生国有产权变动时应当同时变更产权登记证正本和副本。

第五条　产权登记机关依法履行下列职责：

（一）依法确认企业产权归属，理顺企业集团内部产权关系；

（二）掌握企业国有资产占有、使用的状况；

（三）监管企业的国有产权变动；

（四）检查企业国有资产经营状况；

（五）监督国家授权投资机构、国有企业和国有独资公司的出资行为；

（六）备案企业的担保或资产被司法冻结等产权或有变动事项；

（七）在汇总、分析的基础上，编报并向同级政府和上级产权登记机关呈送产权登记与产权变动状况分析报告。

第六条　企业提供保证、定金或设置抵押、质押、留置，以及发生资产被司法机关冻结情况的，应当在申办各类产权登记中如实向产权登记机关报告。

企业以设置抵押、质押、留置、作为定金以及属于司法冻结的资产用于投资或进行产权（股权）转让时，必须符合《中华人民共和国担保法》等有关法律、法规的规定，否则，产权登记机关不予登记。

## 第二章　分级管理

第七条　产权登记按照统一政策、分级管理的原则由县级以上政府负责国有资产管理的部门按产权归属关系组织实施。

第八条　由两个及两个以上国有资本出资人共同投资设立的企业，按国有资本额最大的出资人的产权归属关系确定企业产权登记的管辖机关。

若国有资本各出资人出资额相等，则按推举的出资人的产权归属关系确定企业产权登记的管辖机关，其余出资人出具产权登记委托书。

产权登记机关办理上述企业产权登记时，应将产权登记表原件一式多份分送企业其余国有资本出资人。

第九条　产权登记机关可视具体情况，委托仍管理企业的政府部门、机构或下级产权登记机关办理企业的产权登记，具体办法另行制定。

第十条　财政部负责下列企业的产权登记工作：

（一）由国务院管辖的企业（含国家授权投资机构）；

（二）中央各部门、直属机构的机关后勤、事业单位，各直属事业单位及全国性社会团体管辖的企业；

（三）中央国有企业、国有独资公司或国务院授权的国家授权投资机构投资设立的企业。

第十一条　省、自治区、直辖市及计划单列市（以下简称省级）财政（国有资产管理）部门负责下列企业的产权登记：

（一）由省级政府管辖的企业（含省属国家授权投资机构）；

（二）省级各部门、直属机构的机关后勤、事业单位，各直属事业单位及省级社会团体管辖的企业；

（三）省级国有企业、国有独资公司或省级政府授权的国家授权投资机构投资设立的企业；

（四）财政部委托办理产权登记的企业。

第十二条　地（市）、县负责国有资产管理的部门产权登记管辖范围由各省、自治区、直辖市及计划单列市财政（国有资产管理）部门具体规定。

## 第三章 国家授权投资机构

第十三条 国家授权投资机构，实行如下产权登记管理方式：

（一）国家授权投资的机构设立或发生产权变动时应当按照本细则的规定向产权登记机关办理相应的占有、变动或注销产权登记；

（二）国家授权投资的机构投资所属的各类企业设立、变动或注销时，应当经授权投资机构审核同意后，按照本细则的规定向产权登记机关申办相应的产权登记手续；

（三）国家授权投资的机构应当按照本细则的规定每年向产权登记机关办理产权登记年度检查，汇总分析本企业的国有资产经营和产权变动状况，并提交国有资产经营年度报告书。

国家授权投资的机构所属的各类企业由授权投资机构一并向产权登记机关办理产权登记年度检查，各企业不再单独向产权登记机关办理产权登记年度检查。

## 第四章 占有产权登记

第十四条 已取得法人资格的企业应当在本细则实施后向产权登记机关申办占有产权登记，填写《企业国有资产占有产权登记表》，并提交下列文件、资料：

（一）由出资人或母公司或上级单位批准设立的文件、投资协议书或出资证明文件；

（二）经注册会计师审计的或财政部门核定的企业上一年度财务报告；

（三）各出资人的企业法人营业执照副本、经注册会计师审计的或财政部门核定的企业上一年度财务报告，其中国有资本出资人还应当提交产权登记证副本；

（四）企业章程；

（五）《企业法人营业执照》副本；

（六）企业提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件；

（七）申办产权登记的申请；

（八）产权登记机关要求提交的其他文件、资料。

产权登记机关核准企业占有登记后，向企业核发产权登记证。

第十五条 申请取得法人资格的企业应当于申请办理工商注册登记前３０日内，向财政（国有资产管理）部门办理产权登记，填写《企业国有资产占有产权登记表》，并提交下列文件、资料：

（一）出资人的母公司或上级单位批准设立的文件、投资协议书或出资证明文件；

（二）企业章程；

（三）《企业名称预先核准通知书》；

（四）各出资人的企业法人营业执照、经注册会计师审计的或财政部门核定的企业上一年度财务报告和提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件；其中国有资本出资人还应当提交产权登记证副本；

（五）经注册会计师审核的验资报告，其中以货币投资的应当附银行进账单；以实物、无形资产投资的应当提交经财政（国有资产管理）部门合规性审核的资产评估报告；

（六）申办产权登记的申请；

（七）产权登记机关要求提交的其他文件、资料。

财政（国有资产管理）部门审定的产权登记表，是企业办理工商注册登记的资信证明文件。

企业依据产权登记机关审定的产权登记表向工商行政管理部门申办注册登记，取得企业法人资格后30日内到原产权登记机关领取产权登记证，同时提交《企业法人营业执照》副本。

第十六条　事业单位和社会团体法人设立企业或对企业追加投资的，应当提交《中华人民共和国国有资产产权登记证（行政事业单位）》及上级单位批准的非经营性资产转经营性资产的可行性研究报告，产权登记机关审查后直接办理占有或变动产权登记手续。

第十七条　除政府批准设立外，企业的组织形式不得登记为国有独资企业。

第十八条　国有企业设立的全资企业，其组织形式不得登记为集体企业。

第十九条　企业在申办占有产权登记时，实收资本与注册资本相比已发生增减变动的，应当先按实收资本变动前数额办理占有登记，再按本实施细则的规定申办变动产权登记。

未办理占有产权登记的企业发生国有产权变动时，应当按本实施细则第十四条的规定补办占有产权登记，然后再按本实施细则的规定申办变动或注销产权登记。

## 第五章　变动产权登记

第二十条　企业发生下列情形之一的，应当申办变动产权登记：

（一）企业名称、住所或法定代表人改变的；

（二）企业组织形式发生变动的；

（三）企业国有资本额发生增减变动的；

（四）企业国有资本出资人发生变动的；

（五）产权登记机关规定的其他变动情形。

第二十一条　企业发生本细则第二十条第一款情形的，应当于工商行政管理部门核准变动登记后３０日内向原产权登记机关申办变动产权登记。

第二十二条　企业发生本细则第二十条第二款至第五款情形的，应当自政府有关部门或企业出资人批准、企业股东大会或董事会做出决定之日起３０日内，向工商行政管理部门申请变更登记前，向原产权登记机关办理变动产权登记。

第二十三条　企业申办变动产权登记应当填写《企业国有资产变动产权登记表》，并提交下列文件、资料：

（一）政府有关部门或出资人的母公司或上级单位的批准文件、企业股东大会或董事会做出的书面决定及出资证明；

（二）修改后的企业章程；

（三）各出资人的企业法人营业执照、经注册会计师审计的或财政部门核定的企业上一年度财务报告和提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件；其中，国有资本出资人还应当提交产权登记证副本；

（四）本企业的《企业法人营业执照》副本、经注册会计师审计的或财政部门核定的企业上一年度财务报告和提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件和企业的产权登记证副本；

（五）经注册会计师审核的验资报告，其中以货币投资的应当附银行进账单；以实物、无形资产投资的应当提交经财政（国有资产管理）部门合规性审核的资产评估报告；

（六）企业发生本细则第二十条第三款、第四款情形且出资人是事业单位和社会团体法人的，应当提交《中华人民共和国国有资产产权登记证（行政事业单位）》和出资人上级单位批准的非经营性资产转经营性资产的可行性研究报告；

（七）企业兼并、转让或减少国有资本的，应当提交与债权银行、债权人签订的有关债务保全协议；

（八）经出资人的母公司或上级单位批准的转让国有产权的收入处置情况说明及有关文件；

（九）申办产权登记的申请；

（十）产权登记机关要求提交的其他文件、资料。

第二十四条  产权登记机关核准企业变动产权登记后，相应办理企业产权登记证正本和副本的变更手续。

第二十五条  企业发生国有产权变动而不及时办理相应产权登记手续，致使产权登记证正本、副本记载情况与实际情况不符的，由企业承担相应的法律责任。

## 第六章  注销产权登记

第二十六条  企业发生下列情形之一的，应当向产权登记机关申办注销产权登记：

（一）企业解散、被依法撤销或被依法宣告破产；

（二）企业转让全部国有产权或改制后不再设置国有股权的；

（三）产权登记机关规定的其他情形。

第二十七条  企业解散的，应当自出资人的母公司或上级单位批准之日起３０日内，向原产权登记机关申办注销产权登记。

企业被依法撤销的，应当自政府有关部门决定之日起３０日内向原产权登记机关申办注销产权登记。

企业被依法宣告破产的，应当自法院裁定之日起６０日内由企业破产清算机构向原产权登记机关申办注销产权登记。

企业转让全部国有产权（股权）或改制后不再设置国有股权的，应当自出资人的母公司或上级单位批准后３０日内向原产权登记机关申办注销产权登记。

第二十八条  企业申办注销产权登记时应当填写《企业国有资产注销产权登记表》，并提交下列文件、资料：

（一）政府有关部门、出资人的母公司或上级单位、企业股东大会的批准文件，工商行政管理机关责令关闭的文件或法院宣告企业破产的裁定书；

（二）经注册会计师审计的或财政部门核定的企业上一年度财务报告；

（三）企业的财产清查、清算报告或经财政（国有资产管理）部门合规性审核的资产评估报告；

（四）企业有偿转让或整体改制的协议或方案；

（五）本企业的产权登记证正本、副本和《企业法人营业执照》副本和提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件；

（六）受让企业的《企业法人营业执照》副本和经注册会计师审计的年度财务报告和提供保证、定金或设置抵押、质押、留置以及资产被司法机关冻结的相关文件；

（七）转让方、受让方与债权银行、债权人签订的债务保全的协议；

（八）经出资人的母公司或上级单位批准的资产处置或产权转让收入处置情况说明及相关文件；

（九）申办产权登记的申请；

（十）产权登记机关要求提交的其他文件、资料。

第二十九条  产权登记机关核准企业注销产权登记后，收回被注销企业的产权登记证正本和副本。

## 第七章  产权登记年度检查

第三十条  企业应当于每个公历年度终了后９０日内，办理工商年检登记之前，向原产权登记机关申办产权登记年度检查。

第三十一条  企业申办产权登记年度检查时应当按产权登记机关的规定上报企业国有资产经营年度报告书和填写《企业国有资产产权登记年度检查表》，并提交下列文件、资料：

（一）经注册会计师审计的或财政部门核定的企业上一年度财务报告；

（二）企业的产权登记证副本和《企业法人营业执照》副本；

（三）企业国有资产经营年度报告书；

（四）申办产权登记年度检查的申请；

（五）产权登记机关要求提交的其他文件、资料。

第三十二条  企业国有资产经营年度报告书是反映企业在检查年度内国有资产经营状况和产权变动状况的书面文件。主要报告以下内容：

（一）企业国有资产保值增值情况；

（二）企业国有资本金实际到位和增减变动情况；

（三）企业及其子公司、孙公司等发生产权变动情况及是否及时办理相应产权登记手续情况；

（四）企业对外投资及投资收益情况；

（五）企业及其子公司的担保、资产被司法机关冻结等产权或有变动情况；

（六）其他需要说明的问题。

企业产权登记年度检查制度和产权登记与产权变动状况分析报告制度另行制定。

第三十三条  年检合格后，由产权登记机关在企业产权登记证副本和年度检查表上加盖年检合格章。

第三十四条  下级产权登记机关应当于每个公历年度终了后150日内，编制并向同级政府和上级产权登记机关报送产权登记与产权变动状况分析报告。

第三十五条  产权登记年度检查表不作为确定企业国有产权归属的法律依据。企业不得以年度检查替代产权登记。

企业应当按产权登记机关的规定及时办理年度检查，如不按规定办理年度检查的或年度检查不合格的，其产权登记证不再具有法律效力。

产权登记机关在年度检查中发现企业未及时办产权登记问题时，应当督促其按本实施细则的规定补办产权登记。未补办产权登记的，其年度检查不予通过。

## 第八章  产权登记程序

第三十六条  企业占有、使用国有资产状况以最近一次办理产权登记时产权登记机关确认的数额为准。

第三十七条  企业申办产权登记，应当按规定填写相应的产权登记表，并向产权登记机关提交有关的文件、资料。

第三十八条  企业申办产权登记必须经政府管理的企业或企业集团母公司（含政府授权经营的企业）出具审核意见；仍由政府有关部门、机构或国有社会团体管理的企业，由部门、机构或社团出具审核意见。

企业未按上述规定取得审核意见的，产权登记机关不予受理产权登记。

第三十九条  产权登记机关收到企业提交的符合规定的全部文件、资料后，发给《产权登记受理通知书》，并于10个工作日内做出核准产权登记或不准予产权登记的决定。

产权登记机关核准产权登记的，发给、换发或收缴企业的产权登记证正本和副本。

产权登记机关不予登记的，应当自做出决定之日起3日内通知登记申请人，并说明原因。

第四十条  企业发生《办法》第四条规定情形，需暂缓办理产权登记的，应向产权登记机关提出书面申请。产权登记机关自收到企业书面申请10个工作日内，依据际情况以书面文件通知企业准予或不准予暂缓登记：

（一）企业获准暂缓登记的，应当在批准的期限内，将产权界定清楚、产权纠纷处理完毕，并及时

办理产权登记；

（二）企业在批准的暂缓期限内，仍未能将产权界定清楚、产权纠纷处理完毕的，应当在期满后向产权登记机关书面报告产权纠纷处理情况并书面申请延续暂缓登记，产权登记机关自收到企业书面报告和申请１０个工作日内，依据实际情况以书面文件通知企业准予或不准予延续暂缓登记。

第四十一条　企业有下列行为之一的，产权登记机关有权要求其更正，拒不更正的，产权登记机关不予办理产权登记：

（一）企业填报的产权登记表各项内容或提交的文件违反有关法规或不符合本实施细则要求的；

（二）企业以实物或无形资产出资，未按国家有关规定进行资产评估或折股的；

（三）企业的投资行为、产权变动行为违反法律、行政法规和国家有关政策规定或使国有资产权益受到侵害的。

第四十二条　未及时办理产权登记的企业在补办产权登记时，应当书面说明原因和具体情况。

## 第九章　产权登记档案管理

第四十三条　财政部统一制定产权登记证正本和副本，确定各类产权登记表的内容和格式。

第四十四条　经产权登记机关颁发、审定的产权登记表和产权登记证正本、副本是产权登记的法律文件。任何单位和个人不得伪造、涂改、出借、出租或出售，有遗失或毁坏的，应当向原产权登记机关申请补领。

第四十五条　企业申办产权登记时，应当将所提交的文件、材料整理成卷，附加目录清单，纸张的尺寸规格不得超出产权登记证副本。

企业未按要求提交规范文件、材料的，产权登记机关有权不予受理。

第四十六条　产权登记机关应当妥善保管企业产权登记表，建立产权登记档案。

第四十七条　企业的产权登记管辖机关发生变更的，由原产权登记机关将该企业产权登记档案材料整理、归并后移交新的产权登记管辖机关。

## 第十章　法律责任

第四十八条　企业违反《办法》有关规定的，产权登记机关可视情节轻重，做出如下处罚：

（一）企业不在规定的期限内办理产权登记及其年度检查的，产权登记机关责令其限期办理，并视

情节轻重，处以一千元以上三万元以下罚款，逾期仍不办理的，产权登记机关视情节轻重，处以三万元以上六万元以下罚款，并提请政府有关部门对企业领导人员和直接责任人员给予相应的纪律处分；

（二）企业提供虚假财务报告或证明文件，隐瞒真实情况，骗取产权登记及其年度检查的；伪造、涂改、出借、出租、出卖产权登记表和产权登记证等其他行为的，产权登记机关责令其限期改正，并予以通报批评，视情节轻重处以六万元以上十万元以下罚款，并提请政府有关部门对企业领导人员和直接责任人员给予相应的纪律处分。

（三）会计、评估、法律咨询事务所（公司）等中介机构故意为企业出具虚假的审计、验资报告或有关证明文件的，将不得再从事与产权登记有关的审计、验资、评估等事务，产权登记机关将向注册会计师协会等管理机构通报情况，并予以公告；造成国有资产流失并构成犯罪的，依法追究其刑事责任。

第四十九条　产权登记行政处罚决定由财政（国有资产管理）部门负责人核准并加盖公章以《企业产权登记行政处罚决定书》（以下简称《决定书》）的形式通知受处罚企业。需要罚款的，同时向指定缴款银行签发财政部门统一印制的罚款收据。

企业对行政处罚决定不服的，可以在收到决定书之日起１５日内上一级产权登记机关申请行政复议。上一级产权登记机关应当自受理复议之日起６０日内做出复议决定。

第五十条　产权登记证是企业进行资产评估、国有企业股份制改组和产权转让等审批的必备文件之一。对没有产权登记证的企业，不予办理相关的工作。

第五十一条　企业违反规定不办理产权登记及其年度检查，造成国有资产流失并构成犯罪的，依法追究其刑事责任。

第五十二条　产权登记机关工作人员违反《办法》和本细则的规定，利用职权刁难企业的，或牟取私利，玩忽职守，造成国有资产流失的，视情节轻重给予行政处分。构成犯罪的，依法追究其刑事责任。

## 第十一章　附则

第五十三条　军队保留企业的产权登记实施细则由中国人民解放军总后勤部参照本实施细则重新，报财政部备案。

第五十四条　本实施细则由财政部负责解释并组织实施。

第五十五条　本实施细则自发布之日起施行。原国家国有资产管理局制定的《企业国有资产产权登记管理办法实施细则》（国资产发〔１９９６〕３１号文件）同时废止。

Implementing Regulations on the Property Right Registration Measures

**Article 1**  According to the "Measures on Administration of Property Right Registration of State Assets of Enterprises" promulgated by the State Council, these Implementing Regulations are enacted as per the principles of "ownership by the state, management through different levels, operation by authorization and supervision via division of work".

**Article 4**  The Certificate of Registration of the Property Rights of the State Assets of Enterprise of People's Republic of China, as examined, approved and issued by the department of finance (state-owned assets administration), is the legal proof affirming the ownership of the enterprise property right and the fundamental basis of the authorization to the enterprise to operate/manage the state assets by the Government.