# Exhibit 11

附件 1：

# 企业国有资产产权登记业务办理规则

## 第一章 总则

第一条 为了加强企业国有资产管理，建立现代产权制度，根据《企业国有资产监督管理暂行条例》和《企业国有资产产权登记管理办法》的有关规定，制定本规则。

第二条 下列已取得或申请取得法人资格的各级人民政府履行出资人职责的企业（以下简称所出资企业），应当按规定申办企业国有资产产权登记（以下简称产权登记）：

（一）国有企业；

（二）国有独资公司、设置国有股权的有限责任公司和股份有限公司；

（三）国有企业、国有独资公司投资设立的企业；

（四）其他形式占有国有资产的企业。

有关部门所属未脱钩企业和事业单位及社会团体所投资企业的产权登记工作，由同级国有资产监督管理机构按照本规则组织实施。

第三条 产权登记机关是各级国有资产监督管理机构，上级产权登记机关指导、监督下级产权登记机关的产权登记工作。

各级国有资产监督管理机构负责本级政府所出资企业及其各级子企业的产权登记工作。

未设立国有资产监督管理机构的，由本级政府指定的部门或机构负责产权登记工作。

第四条 国务院国有资产监督管理委员会负责统一制定所出资企业国有资产产权登记的政策，负责企业国有资产产权登记监督管理、汇总和分析工作；地方各级国有资产监督管理机构负责本级所出资企业产权登记监督管理、汇总和分析工作，并将汇总分析数据资料上报上一级国有资产监督管理机构。

第五条 各级产权登记机关审核和颁发的《中华人民共和国企业国有资产产权登记证》（以下简称产权登记证）是依法确认企业产权归属关系的法律凭证，也是企业的资信证明文件。

第六条 所出资企业负责申请办理本企业及其各级子企业的产权登记，并对各级子企业的产权登记情况进行监督管理。

两个及两个以上国有资本出资人共同投资设立的企业，由国有资本出资额最大的出资人所在的所出资企业依据其产权归属关系申请办理产权登记。国有资本出资人股权比例相等的，由各国有资本出资人

推举一个国有资本出资人的所出资企业申请办理产权登记，其余出资人出具产权登记委托书。各级产权登记机关办理上述企业产权登记后，发放产权登记证。企业办理产权变动、注销登记时，需提交产权登记证。

第二章　占有产权登记

第七条　已取得法人资格的企业应当通过所出资企业向产权登记机关申办占有产权登记，并提交下列文件和资料：

（一）企业国有资产占有产权登记表；

（二）批准设立企业的文件；

（三）企业章程和《企业法人营业执照》副本复印件和最近一次的验资报告；

（四）国有资产监督管理机构审核批复的或经注册会计师审计的企业上一年度财务会计报告；

（五）出资人为企业法人单位的应该提交企业法人营业执照副本复印件，其中国有资本出资人还应当提交产权登记证；

（六）产权登记机关要求的其他文件和资料。

第八条　产权登记机关核准企业占有登记后，向企业发放产权登记证，所出资企业可将产权登记机关核准后的企业国有资产占有产权登记表留存备案。

第九条　申请取得法人资格的企业应当于办理工商注册登记前 30 日内通过所出资企业申办占有产权登记，并提交下列文件和资料：

（一）企业国有资产占有产权登记表；

（二）批准设立企业的文件；

（三）企业章程和《企业名称预先核准通知书》；

（四）出资人为企业法人单位的应该提交企业法人营业执照副本复印件、国有资产监督管理机构审核批复的或经注册会计师审计的企业上一年度财务会计报告，其中国有资本出资人还应当提交产权登记证；

（五）经注册会计师审核的验资报告，其中以非货币性资产投资的还应当提交资产评估报告的核准或备案文件；

（六）产权登记机关要求的其他文件和资料。

第十条 所出资企业持产权登记机关核准后的企业国有资产占有产权登记表，向工商行政管理部门申办注册登记，在取得企业法人营业执照后 30 日内由所出资企业向原产权登记机关领取新设企业产权登记证，同时提交新设企业的《企业法人营业执照》副本复印件。

第十一条 未办理占有产权登记的企业发生国有资产产权变动时，应当按本规则第七条的规定补办占有产权登记后，再申办变动或注销产权登记。

## 第三章 变动产权登记

第十二条 企业发生下列情形之一的，应当通过所出资企业向产权登记机关申办变动产权登记：

（一）企业名称改变的；

（二）企业组织形式、级次发生变动的；

（三）企业国有资本额发生增减变动的；

（四）企业国有资本出资人发生变动的；

（五）企业国有资产产权发生变动的其他情形。

第十三条 企业发生本规则第十一条第（一）款情形的，应当于工商行政管理部门核准变动登记后 30 日内，向原产权登记机关申办变动产权登记。

第十四条 企业发生本规则第十一条第（二）款至第（五）款情形的，应当自企业出资人或者有关部门批准、企业股东大会或者董事会作出决定之日起 30 日内，向工商行政管理部门申请变更登记前，向原产权登记机关申办变动产权登记。

第十五条 企业申办变动产权登记，应当提交下列文件和资料：

（一）企业国有资产产权登记证；

（二）企业国有资产变动产权登记表；

（三）批准产权变动行为的文件；

（四）修改后的企业章程和《企业法人营业执照》副本复印件；

（五）经注册会计师审计的产权变动时的验资报告，其中以非货币性资产投资的应当提交评估报告的核准文件或备案表；

（六）企业国有资本出资人发生变动的，提交新加入的出资人的企业法人营业执照副本复印件；其中国有资本出资人还应当提交产权登记证；

（七）通过产权交易机构转让国有资产产权的，提交产权交易机构出具的转让国有资产产权的交易凭证；

（八）产权登记机关要求的其他文件和资料。

第十六条　产权登记机关核准企业变动产权登记后，办理企业产权登记证变更手续，所出资企业可将产权登记机关核准后的企业国有资产产权变动登记表留存备案。

## 第四章　注销产权登记

第十七条　企业发生下列情形之一的，应当申办注销产权登记：

（一）企业解散、被依法撤销或被依法宣告破产；

（二）企业转让全部国有资产产权或改制后不再设置国有股权的；

（三）其他需要注销国有资产产权的情形。

第十八条　企业解散的，应当自出资人的所出资企业或上级单位批准之日起 30 日内，由所出资企业向原产权登记机关申办注销产权登记。

企业被依法撤销的，应当自政府有关部门决定之日起 30 日内由所出资企业向原产权登记机关申办注销产权登记。

企业被依法宣告破产的，应当自法院裁定之日起 60 日内由企业破产清算机构向原产权登记机关申办注销产权登记。

企业转让全部国有资产产权（股权）或改制后不再设置国有股权的，应当自出资人的所出资企业或上级单位批准后 30 日内由所出资企业向原产权登记机关申办注销产权登记。

所出资企业发生上述情形的，由其出资人代表办理注销产权登记手续。

第十九条　企业申办注销产权登记，应当提交下列文件和资料：

（一）企业国有资产产权登记证；

（二）企业国有资产注销产权登记表；

（三）批准产权注销行为文件或法院宣告企业破产的裁决书；

（四）企业清算报告或资产评估报告的核准文件或备案表；

（五）产权登记机关要求的其他文件和资料。

第二十条　产权登记机关核准企业注销产权登记后，收回产权登记证并注销，所出资企业可将经核

准后的企业国有资产注销产权登记表留存备案。

## 第五章  年度检查

第二十一条  所出资企业应于每年2月1日至4月30日完成对本企业及其各级子企业产权登记情况的年度检查工作，并向产权登记机关报送企业产权登记年度汇总表和年度汇总分析报告；各级产权登记机关应于每年5月31日前对企业产权登记的情况进行抽查，并将本级政府所出资企业产权登记年度汇总表和年度汇总分析报告逐级上报，国务院国有资产监督管理委员会应于每年6月30日前完成全国非金融类企业国有资产产权登记年度汇总检查工作。

各级国有资产监督管理机构可以选择采用统一组织年度检查或企业自查、各级产权登记机关抽查相结合的年度检查方式。

第二十二条  各级产权登记机关对企业产权登记年度检查情况应予以通报。

第二十三条  企业产权登记年度汇总分析报告主要内容如下：

（一）企业国有资本金实际到位和增减变动情况；

（二）企业国有资本的分布及结构变化，包括企业对外投资情况；

（三）本企业及其各级子企业发生国有资产产权变动情况及办理相应产权登记手续情况；

（四）其他需要说明的问题。

## 第六章  产权登记程序

第二十四条  企业申办产权登记，应当按规定填写相应的产权登记表，并向产权登记机关提交有关文件资料。

第二十五条  产权登记机关对企业产权登记申报文件资料齐全的予以受理。

第二十六条  产权登记机关对受理后的产权登记文件资料进行合规性审核。审核内容包括：

（一）企业填报的产权登记表内容是否真实可靠；

（二）企业提交的相关文件资料是否符合国家有关规定。

第二十七条  产权登记机关应当在受理后10个工作日内对企业申报的产权登记作出准予登记或不予登记的决定。

第七章 产权登记管理

第二十八条 国务院国有资产监督管理委员会统一制发产权登记表和产权登记证，确定各类产权登记表和产权登记证的内容和格式。

第二十九条 任何单位和个人不得伪造、涂改、出借、出租或出售产权登记机关审核颁发的产权登记证，若有遗失或毁坏的，应向原核发产权登记证的产权登记机关申请补发。

第三十条 企业申办产权登记时，应当将所提交的文件资料整理成卷，附加目录清单，纸张的尺寸规格为A4大小。

企业未按要求提交文件、资料的，产权登记机关不予受理。

第三十一条 企业违反《企业国有资产产权登记管理办法》及本规则的有关规定，有下列行为之一的，产权登记机关可责令其改正，并予以通报批评：

（一）在规定期限内不办理产权登记的；

（二）隐瞒真实情况未如实办理产权登记的；

（三）不按照规定提交企业产权登记年度汇总表和年度汇总分析报告的。

第三十二条 各级产权登记机关、企业应当妥善保管产权登记表和产权登记证，建立产权登记档案。

第八章 附则

第三十三条 本规则自2005年1月1日起施行。

Business Registration Rules on State-owned Property Rights of Enterprises

**Article 5**  The Certificate of Registration of the Property Rights of the State Assets of Enterprise of People's Republic of China, as examined, approved and issued by the Property Rights Registrars at various levels, is the legal proof affirming the ownership of the enterprise property right and the document proving the enterprise's credit.