*Case: 07 Civ. 8123*

_____

**Declaration of Wang Baoshu**

**EXHIBIT 1**

_____

*Case: 07 Civ. 8123*

## Curriculum Vitae of WANG BAOSHU

| | |
|---|---|
| Ancestral Home: | Renqiu City, Hebei Province, P.R.C. |
| Current position: | Profession of School of Law, Tsinghua University, Supervisor of PhD candidates |
| Research field: | commercial law and economic law |

I am the director of Commercial Law Research Center of Tsinghua University. I am also the standing fellow of China Law Society, the chairman of Association of Research on Commercial Law of China Law Society, commissioner of National Educational Guidance Committee for the Master's. Degree of Law, P. R. China, the vice chairman of the Chinese Research Association of Legal Education, the vice-chairman of Social Sciences Association of Beijing, the vice-chairman of Beijing Law Society, the specially invited consultant of The Supreme People's Court, the part time professor of National Judges College, China National School of Administration, National Procurators College, etc..

I was awarded as *National Young and Middle Age Experts with Outstanding Contribution* by Ministry of Personnel of the PRC.

I was the dean of the School of Law of Tsinghua University for the period from April 1999 to July 2002.

| | |
|---|---|
| Sept. 1960 ~ Jul. 1964 | studying in the School of Law in Beijing University of Political Science and Law; |
| Aug. 1964 ~ May 1969 | working in Policy Analysis Office of Beijing Municipal Commission; |
| May 1969 ~ Nov. 1971 | distributed for labor work to Yongding Commune of Mentougou of Beijing; |
| Nov. 1971 ~ Jan. 1979 | working in Policy Research Team of Agricultural Machinery Bureau Office of Beijing; |
| Feb. 1979 ~ Jun. 1998 | working as researcher, supervisor of PhD candidates, vice-chairman and editor in chief of Journal of Law in Research Section of Law of Chinese Academy of Social Science; |
| Jun. 1998 up to now | working as professor and supervisor of PhD candidates in the School of Law of Tsinghua University. |

<u>Main Academic Achievements</u>

1.  Publications

(1)  *Economic Law* (sole author), Sichuan People's Press, 1988
(2)  *Brief Discussion on Basic Construction Law* (joint authors with Mr. Lv Runcheng), China Financial and Economic Publishing House, 1985
(3)  *Law on Industry Enterprises* (joint authors with Cui Qinzhi), Current Affairs Publisher, 1985
(4)  *Contract Law* (joint authors with Wang Jiafu, Xie Huaishi and Liang Huixing etc.)China Social Sciences Press, 1986
(5)  *Law on Enterprises* (joint authors with Cui Qinzhi) 1988, China Workers Publisher
(6)  *Business Law* (joint authors with Cui Qinzhi) 1990, Law Press
(7)  *Chinese Law on Enterprises* (joint authors with Cui Qinzhi) 1992, Japanese Huangyangshufang
(8)  *Law on Market Economy* (editor in chief, the other editor is Wang Junyan), China Democracy and Legal Press, 1995
(9)  *Chinese Commercial Law* (editor in chief), China Court Press, 1996
(10) *Principles on Chinese Company Act* (joint authors with Cui Qinzhi), Social Sciences Academic Press, 1998
(11) *Law on China Society* (joint author with Wang Jiafu and Cui Qinzhi) 1998, Japanese Huangyangshufang
(12) *Principles on Economic Law* (editor in chief) Social Sciences Academic Press, 1999
(13) *Suggested Draft on Amendments to Chinese Company Act* (editor in chief), Social Sciences Academic Press, 1004
(14) *Development of Commercial Law and Economic Law* (sole author) 2003, Legal Press
(15) *Principles and Practice of Commercial Law* (editor in chief), Peking University Press, 2002
(16) *Commercial Law* (editor in chief), Legal Press, June 2005
(17) *Pandect on Commercial Law* (sole editor), Quanhui University Press, November 2007

2.  Articles published

(1)  *Study on Legal System on Economic Combination*, Journal of Law, 1986.1
(2)  *Enterprises Ally and Monopolization Prevention*, Journal of Law, 1990.1
(3)  *Kangcaien Phenomena in Chinese Enterprises Ally and Legal Countermeasures*, Journal of Law, 1990.6
(4)  *Legal Position of Factory Directors of State-operated Enterprises*, Journal of Law, 1984.5
(5)  *Further Research on Legal Position of Factory Directors of State-operated Enterprises*, Law Review, 1987.3
(6)  *Research on Chinese Act of Anti-monopolization*, Law Review, 1991.6

(7)   *Examination on Relationship between Economic Law and Administrative Law*, Journal of Law, 1992.2
(8)   *Directors and Board of Directors in Constitution of Shareholding Companies*, Translation and Comments on Foreign Laws, 1994.1
(9)   *Several Issues on Developments of Laws on Current Shareholding Companies*, Chinese Legal Science, 1992.6
(10)  *Legal Environments for Foreign Entities' Investments in China,* Cases, 1993.3.804
(11)  *Difficulties and Legal Principles on State-owned Company turning into Companies*, Journal of Law, 1995.1
(12)  *Legal Principle of Shareholders' Meeting and its Operation*, Chinese Academy of Social Science Graduate School Press, 1995.1
(13)  *Economic Law during Economical System Transforming*, Science of Law Journal, 1997.6
(14)  *Study on Law on Shareholding Limited Companies Constitution*, Journal of Law, 1998.2
(15)  *Anti-monopolization Law and anti Administrative Monopolization*, Chinese Academy of Social Science Graduate School Press, 1998.5
(16)  *Practice in Commercial Law and Commercial Law in Practice*, Commercial Law Dissertations, 1999.3
(17)  *Functional Departments in the Management of Shareholding Limited Companies*, Journal of Law, 1999.5
(18)  *Nature of Economic Law*, Tsinghua Law Review, 1999.2
(19)  *Examination on Concepts of Economic Law*, Economic Law Review, 1999.2
(20)  *Reformation of State-owned Enterprises and Company Act*, ICCLC, 1999.1
(21)  *Establishment of Competition System and Anti-monopolization law in China*, China-Germany Economic Law Studies 1991
(22)  *Market Economy and Economical Democracy*, Chinese Legal Science, 1994.2
(23)  *Market Economy and Development Opportunities of Economic laws*, Journal of Law, 1993.2
(24)  *Laws on employee shareholding meetings*, Law and Commerce Study Journal, 1993.2
(25)  *Discussion of Chinese Company Legal Entity*, Legal Times of Japan, 2001.7
(26)  *Credit and Information System*, Chinese Commercial Law Annual, 2002.2 Jilin People's Publishing House
(27)  *Competition and Development - Reforming of Company Act*, Modern Law Science, 2003.3
(28)  *Moderate Interruption on Economy by legalized Countries*, University of Political Science and Law Press, 2002.12
(29)  *Company Legal Entity System is the Core of Shareholding System*, Journal of Jurist 2004.1
(30)  *Capital Maintenance Principle and Development,* Law and Commerce Study Journal, 2004.1
(31)  *Commerce Principles: Surpass Union of Civil and Commerce and Separation of Civil and Commerce*, Journal of Law, 2005.1
(32)  *Reforming of Legal System on Limited Liability Companies*, Modern Law Science, 2005.1

(33)  *Thinking on Legal Issues on Company Set-up*, Company Law Discussion, 2005.2
(34)  *Two Difference Registration for Shareholders of Limited Liability Company*, Chinese Industrial and Commercial Management Review, 2005.8
(35)  *From Provisional Company Act to Practical Company Act*, Chinese Industrial and Commercial Management Research, 2005.8