# Declaration of Wang Baoshu

# EXHIBIT 2

Business License for Industrial and Commercial Enterprises

Jing A No.

Name of the Enterprise: China National Chartering Corporation

Address: Import Building, Erligou, West Suburb, Beijing City

Economic Nature: Operated by the State

Scope of Production or Operation: Import and export of goods, chartering, forward booking

Administration of Industry and Commerce of Beijing City

Approved and Issued in 1964

(Seal of Administration of Industry and Commerce of Beijing City affixed)



工商企业营业证照

京甲 字第 号

| | |
|---|---|
| 企业名称 | 中国租船公司 |
| 地址 | 北京市西郊二里沟进口大楼 |
| 经济性质 | 国营 |
| 生产或经营范围 | 进出口货物租船业务 |

北京市工商行政管理局

196  年  月  日核发