*Case: 07 Civ. 8123*

# Declaration of Wang Baoshu

# EXHIBIT 3

# Business License
## for Enterprise Legal Persons

(Duplicate)

Registration No.1000001000170 (4-4)

| | |
|---|---|
| Name of the Enterprise | China National Foreign Trade Transportation (Group) Corporation |
| Domicile | Site A Jinyun Building, A 43 Xizhimen North Avenue, Haidian District, Beijing |
| Legal Representative | Zhao Huxiang |
| Registered Capital | RMB 1,784,218,000 |
| Economic Nature | Ownership by the whole people |
| Mode of Operation | (Omitted) |
| Business Scope | **Principle business:** (Omitted)<br>**Ancillary business:** |

Issuing Authority: (Seal of State Administration of Industry and Commerce, the People's Republic of China affixed)

March 14, 2006

1



