*Case: 07 Civ. 8123*

# Declaration of Wang Baoshu

# EXHIBIT 4

# Business License for Enterprise Legal Persons

(Duplicate)

Registration No.1000001003737 (4-4)

| Name of the Enterprise | Sinotrans Limited |
| --- | --- |
| Domicile | A 43 Xizhimen North Avenue, Haidian District, Beijing |
| Legal Representative | Zhao Huxiang |
| Registered Capital | RMB 2,249,002,200 |
| Collected Capital | RMB 2,249,002,200 |
| Type of Company | Joint Stock Company Limited |
| Business Scope | (Omitted) |
| Date of Establishment | November 20, 2002 |
| Period of Business | |

Notices

(Omitted)

Annual Inspection

| 2004 | 2005 | 2006 |
| --- | --- | --- |
| (Seal affixed) | (Seal affixed) | (Seal affixed) |

(Seal of State Administration of Industry and Commerce, the People's Republic of China affixed)

March 15, 2006

1

# 企业法人营业执照

(副 本)

注册号100000100737(4-4)

| | |
|---|---|
| 名　　称 | 中国外运股份有限公司 |
| 住　　所 | 北京市海淀区西直门北大街甲43号 |
| 法定代表人姓名 | 张斌 |
| 注 册 资 本 | 人民币肆拾贰亿肆仟玖佰零贰仟贰佰元 |
| 实 收 资 本 | 人民币肆拾贰亿肆仟玖佰零贰仟贰佰元 |
| 公 司 类 型 | 股份有限公司 |
| 经 营 范 围 | 许可经营项目：国际船舶普通货物运输、国际船舶油舱运输、国际船舶集装箱运输（以上海域）、国际承运业务（有效期至2010年09月05日）。无船承运业务（有效期至2010年09月05日）。国内水路运输船舶代理及货运代理业务（有效期至2007年10月12日）。道路运输经营（包括普通货物运输、冷藏保温货物运输、国际集装箱运输、货物装卸）、货运代理、仓储服务、仓储经营项目：水路海运、陆运、空运出口货物、国际运输、私人物品、邮寄、承运、绳索运输、报关、报检、相关的陆海运输服务及运输信息业务、办理国际多式联运业务，办理国际货物快递（信件和具有信件性质的物品除外）业务，船舶租赁。 |
| 成 立 日 期 | 2002年11月20日 |
| 营 业 期 限 | |




须　知

1. 《企业法人营业执照》是企业法人资格和合法经营的凭证。
2. 《企业法人营业执照》分为正本和副本，正本和副本具有同等法律效力。
3. 《企业法人营业执照》正本应当置于住所或营业场所的醒目位置。
4. 《企业法人营业执照》不得伪造、涂改、出租、出借、转让。
5. 登记事项发生变化，应当向公司登记机关申请变更登记，换领《企业法人营业执照》。
6. 每年三月一日至六月三十日，应当参加年度检验。
7. 《企业法人营业执照》被吊销后，不得开展与清算无关的经营活动。
8. 办理注销登记，应当交回《企业法人营业执照》正本和副本。
9. 《企业法人营业执照》遗失或毁坏的，应当在公司登记机关指定的报刊上声明作废，申请补领。

年度检验情况