# Declaration of Si Yuzhuo

# EXHIBIT 1

*English translation*

# People's Republic of China

[*National Emblem*]

# Certificate of Registry of Ownership of State-owned Assets of Enterprises

*Made by State-owned Assets Supervision and Administration Commission of the State Council*

*English translation*

# People's Republic of China

# Certificate of Registry of Ownership of State-owned Assets of Enterprises

According to the Rules on the Management of Property Right Registration of the State Assets of Enterprises (Order No.192 of the State Council), after examination, it is agreed that China National Chartering Corp lawfully possess, utilize the state-owned capital in the sum of RMB23,163,000 yuan, and it shall assume the responsibility with respect to the value maintenance and increment of the state-owned assets.

*[stamp of State-owned Assets Supervision and Administration Commission of the State Council]*

*[seal of State-owned Assets Supervision and Administration Commission of the State Council]*

State-owned Assets Supervision and Administration Commission of the State Council

Certificate issuing authority (seal)

Date of issuing: 12th November 2005

*Note: the name of the enterprise and the sum of the capital possessed and utilized by the enterprise appearing on this Certificate are referring to the name and sum confirmed by the latest registration of property right.*

2

*English translation*

| Enterprise Group or Enterprise Administration Entity | China National Foreign Trade Transportation (Group) Corporation | | |
|---|---|---|---|
| **Legal Representative** | Li Zhen | **Approval date of set-up** | 9th June 1984 |
| **Nature** | State-owned enterprise | **Date of registration** | 9th June 1984 |
| **Registration No.** | 1000001000171 | **Registered Capital** | RMB23,160,000 |
| **Unified Code for enterprises** | 200001713 | | |

Sum unit: RMB1,000

| | | |
|---|---|---|
| **Paid-up capital** | **National capital** | |
| | **Legal person's capital** | 23,163 |
| | **Among which: state-owned legal person's capital** | 23,163 |
| | **Foreign invested capital** | |
| | **Private capital** | |
| | **Total** | 23,163 |

Handling person: Wang Dianyan
*(signature and stamping)*
12th November 2005

Reviewing person: Yuan Mouzhen
*(signature and stamping)*
12th November 2005

Approved by: Guo Jianxin
*(signature and stamping)*
12th November 2005

*Note:*

*English translation*

# Capital Contributors

| No. | Capital Contributor | Address (Regional Code) | Organization Code | Industry Classification code | Capital contributed | shareholding |
|-----|---------------------|--------------------------|-------------------|------------------------------|---------------------|--------------|
| 1 | China National Foreign Trade Transportation (Group) Corporation | 110108 | 1110 | 5720 | 23,163,000 | 100% |
| 2 | | | | | | |
| 3 | | | | | | |
| ... | | | | | | |
| 50 | | | | | | |
| | **Total** | ***** | ***** | ***** | 23,163,000 | 100% |

# 中华人民共和国



# 企业国有资产产权登记证

国务院国有资产监督管理委员会制

# 中华人民共和国
## 企业国有资产产权登记证

根据《企业国有资产产权登记管理办法》

（国务院第192号令）的规定，经审定，

**中国租船公司**                                    依法

同意

占有、使用国有资本            **23,163**            千元，

并承担国有资产保值增值责任。





国务院国有资产监督管理委员会                发证机关
                                              （印章）

                        发证日期    **2005**年    **11**月    **12**日

注：本证的企业名称及占有、使用国有资本的数额以最近一次产权登记确认的名称、数额为准。

2

| 企业集团或企业管理部门 | 中国对外贸易运输（集团）总公司 | | |
|---|---|---|---|
| 法定代表人 | 李甄 | 批准设立日期 | 1984-6-9 |
| 组织形式 | 国有企业 | 注 册 日 期 | 1984-6-9 |
| 注 册 号 | 1000001000171 | 注 册 资 本 | 2,316人民币（万元） |
| 企业单位统一代码 | 100001713 | | |

金额单位：千元

| 实收资本 | 国家资本 | |
|---|---|---|
| | 法人资本 | 23,163 |
| | 其中：国有法人资本 | 23,163 |
| | 外商资本 | |
| | 个人资本 | |
| | 合 计 | 23,163 |

王典娜　　　　　　　　袁谋真　　　　　　　　郭建新

经办人：　　　　　　审核人：　　　　　　　审批人：

（签字盖章）　　　　（签字盖章）　　　　　（签字盖章）

2005年 11 月 12 日　　　2005年 11 月 12 日　　　2005年 11 月 12 日

备注：

3

## 出 资 人 情 况

| 序号 | 出资人名称 | 地址<br>(行政区划码) | 组织形式<br>（码） | 行业分类<br>（码） | 投资金额<br>（千元） | 股权比例<br>（%） |
|---|---|---|---|---|---|---|
| 1 | 中国对外贸易运输（集团）总公司 | 110108 | 1110 | 5720 | 23,163 | 100.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| | 合    计 | ＊＊＊＊＊ | ＊＊＊＊＊ | ＊＊＊＊＊ | 23,163 | 100.00 |