# Declaration of Si Yuzhuo

# EXHIBIT 3

# 企业法人营业执照（副本）



| | |
|---|---|
| 企业名称 | 中国租船公司 |
| 住所 | 北京市海淀区西直门北大街甲43号 |
| 法定代表人 | 李颖 |
| 注册资金 | 人民币贰仟壹佰叁拾陆万元 |
| 经济性质 | 全民所有制 |
| 经营方式 | 代理、租赁、咨询 |
| 经营范围及主营 | 揽货签单，代理船舶租赁运输业务，船舶买卖、拆解，从事船舶修造，管理及相关保险业务，以及海运集装箱租赁咨询信息、咨询租赁业务。 |
| 兼营 | |



注册号 1000001000171(2-2)

发照机关　北京市工商行政管理局

**Business License**

**for Enterprises as a Legal Person**

(Duplicate)

Registration No.100000D1000171 (2-2)

Issuing Authority:

(Seal of State Administration of Industry and Commerce, the People's Republic of China affixed)

Date of initial establishment: June 9 1984

January 20 2001

| | |
|---|---|
| Name of the Enterprise | China National Chartering Corporation |
| Domicile | A 43 Xizhimen North Avenue, Haidian District, Beijing |
| Legal Representative | Li Zhen |
| Registered Capital | RMB 23,160,000 |
| Economic Nature | Ownership by the whole people |
| Mode of Operation | Agency, Chartering and Consultancy |
| Business Scope | Principle business: Entrusted by cargo owners as agent for the chartering-in, chartering-out, purchase, repairing and construction of vessels; conducting the operation and management of vessels as well as freight business, and providing services of international shipping information and consultancy and other related services. Ancillary business: |