Declaration of Weidong CHEN

# Exhibit 6

急　件

# 对外贸易经济合作部文件

〔1995〕外经贸政发第 344 号

## 关于将中外运租船公司更名为
## 中国租船公司的请示

国务院办公厅：

中国租船公司(以下简称为中租公司)成立于 1955 年,与中国对外贸易运输总公司(以下简称为外运公司)同时注册,并一直以中租公司和外运公司两个名称对外。1988 年清理整顿时,外运公司遵照全国清理整顿公司领导小组"一个公司不能有两个名称"的规定,在上报撤并留方案时未报中租公司,我部视此为撤销中租公司。最近外运公司要求恢复中租公司的名称,以继续其租船领域的业务。对此,我部进行了研究,现将有关情况及意见请示如下：

五十年代初,我国尚无远洋船队,为完成对外贸易运输工作,外运公司成立了中租公司,以租船代理人身份,在国际租船市场进

— 1 —

*14*

行业务活动。中租公司的重要性在于：（一）外运公司的主业是货运代理，中租公司是租船经纪人，这在航运业中是两个独立的行业，不宜简单合并；（二）租船业务由经纪人完成，符合国际租船市场的习惯作法。按照国际惯例，中租公司向外国船东收取佣金，相应地减低我国运输成本，有利于提高中国企业出口的竞争力；（三）在五、六十年代，我国对外贸易运输工作主要靠中租公司承担。进入八十年代，尽管我国的运输力量有了飞速发展，但由于运输中经常出现不平衡现象，如进出口货运不平衡、运输地区不平衡、用船时间不平衡等，租船业务仍然不可缺少。当运输公司运力在某时、某一地区、某一船型不足，或相反，当外运公司运力富余时，都应通过租船公司调剂，以求最佳经济效益，避免船位浪费；（四）外运公司为打入美国市场，在八十年代初，以中租公司为母公司在美国注册了华美公司，并在美国联邦海事委员会注册。十几年来，华美公司在美国及国际航运界声誉很高，中美两国政府指定其为中美间高尖端产品（含军事物资）运输的唯一承运人。如不解决中租公司的法人地位问题，将直接影响到华美公司的法律地位。

　　中租公司在五、六十年代为粉碎帝国主义对我国的封锁禁运以及在七、八十年代为完成我国进出口货物的运输，都做出了巨大的贡献。当今租船业务在我国对外运输中仍然起着重要作用。中租公司在几十年业务中建立起来的良好商业信誉已经成为企业宝贵的无形资产，而企业名称正是商业信誉的重要代表，不应轻易放弃。有鉴于此，我们认为应及时解决外运公司提出的问题。1993年，我部为解决对外租船的困难，已批准外运公司成立了中外运租

船公司。为妥当处理这一问题，我们建议将中外运租船公司更名为中国租船公司。

妥否，请批示。



二 十 四 日

主题词：外贸　公司　请示

---

抄送：国家工商行政管理局，中国对外贸易运输总公司

本部：部领导（吴、石、向东），办公厅，发展司（7），秘书，值班，存档

25 日 16 时印出　共印 31 份

---

录入：谢　京　　校对：李秀萍　赵希和

URGENT

## Ministry of Foreign Trade and Economic Cooperation Documentation
### [1995]WJMZF No.344

## Application for Changing the Name of Sinotrans Chartering Corporation to China National Chartering Corporation

To: Administration Office of the State Council

China National Chartering Corporation ("Sinochart") was established in 1955 and registered at the same time with China National Foreign Trade Transportation Corporation ("Sinotrans"). These two names were both used for external purposes. During the restructuring campaign in 1988, Sinotrans did not apply to preserve the name of Sinochart when they submitted the "list of planned cancellation, merge and preservation of names" in accordance with the guidance of the leading team of the restructuring campaign that "one institution should not use two names". It was deemed that they intended to de-register Sinochart. Sinotrans has recently applied to resume use of the name of Sinochart to continue its chartering business. We have considered this application and set out the relevant information and our comments as follows:

At the beginning of 1950's, our country did not have any ocean fleet. To accomplish the foreign trade transportation business, Sinotrans established Sinochart to carry out business in the international chartering market as a chartering broker. The importance of Sinochart can be seen in the following aspects: (1) the main business of Sinotrans is freight forwarding agent whilst Sinochart is a chartering broker. These two business fields are totally independent in the shipping industry and it is not appropriate to simply merger them; (2) it accords with the customs of the international chartering market that chartering business shall be conducted via chartering brokers. According to the international practice, Sinochart can charge commission fees from foreign shipowners, which will accordingly reduce the transportation costs of our country and will help to enhance the competitive strength of Chinese enterprises in respect of export business; (3) during the 1950's and 1960's, our foreign trade transportation business was mainly undertaken by Sinochart. When it came to the 1980's, although the transportation capability of our country developed rapidly, the chartering business was still essential due to the imbalance situation of transportation, such as imbalance between importation and exportation, imbalance of transportation between different areas, imbalance of time in respect of the use of ships, etc. The insufficiency or surplus of the transportation capability of the transportation corporation during certain period, within certain areas or in respect of certain types of vessels should be adjusted via Sinochart to achieve the best economic benefit and to avoid the waste of transportation capacities; (4) in order to enter the US market, Sinotrans registered a company called Hua Mei Corporation in the US, whose parent company was Sinochart, at the beginning of the 1980's. Hua Mei Corporation was registered with the United States Federal Maritime Commission. During the past more than 10 years, Hua Mei Corporation has established a good reputation in the US as well as the international shipping industry. The China government and United States government appointed it to be the only carrier for the high profile products (including military materials) between China and the US. If the legal person position problem of Sinochart is not solved, the legal position of Hua Mei Corporation will be impacted directly.

SINOCHART has made great contribution for crashing the blockade and transportation forbidden policy exerted by the Imperialism countries on our country during the 1950's and 1960's and for accomplishing the cargo importation and exportation during the 1970's and 1980's. Nowadays, chartering business is still playing an important role in the foreign transportation industry of our

country. The excellent commercial reputation established by Sinochart during the past decades has become a valuable intangible asset of the enterprise. The name of the enterprise is an important representation of such commercial reputation, which should not be abandoned. In view of the above, we are of the view that the problem raised by Sinotrans should be resolved promptly. In 1993, we approved the establishment of Sinotrans Chartering Corporation by Sinotrans to resolve the difficulty in respect of chartering business with foreign parties. To deal with this problem properly, we suggest to change the name of Sinotrans Chartering Corporation to Sinochart.

We look forward to your approval.

24 May 19** [original Chinese illegible]
Ministry of Foreign Trade and Economic Cooperation (stamped)

Key Words: Foreign Trade; Corporation; Application

| Copy to: | State Administration of Industry and Commerce |
| | China National Foreign Trade Transportation Corporation |

Ministry of Foreign Trade and Economic Cooperation:
Relevant leaders (Wu, Shi, Xiang Dong), Administration Office, Development Department (7), secretaries, duty department, filing department

Printed at 1600 hours on 25 May, 31 copies printed in total

Recorded by Xie Jing        Checked by Li Xiuping and Zhao Xihe

Declaration of Weidong CHEN

# Exhibit 7

# 国家经济贸易委员会

国办秘书二局：

　　转来的外经贸部《关于将中外运租船公司更名为中国租船公司的请示》和国家工商局的意见（办１３７０）收悉。经研究，意见如下：

　　一、同意恢复使用"中国租船公司"名称。原因是：１、过去以"中国租船公司"名义开展了大量业务，已经具有一定的商业信誉；２、中租公司的租约范本已逐渐被国际航运界所接受，保留使用此租约范本对维护我方权益具有重要意义；３、以中租公司名义在国内外设有大量分支机构或子公司，如变更则涉及大量法律事务和经济成本。

　　二、在具体操作上，由于原中国租船公司尚未在工商行政管理机关注销，为保持法律关系的连续性，建议国务院同意保留原中国租船公司，保留后的中国租船公司变更为中外运公司的子公司，承继现中外运租船公司的法律地位，中外运租船公司相应注销。



一九九六年五月三十一日

# National Economic and Trade Commission

To: Bureau II of Secretariat of the Administration Office of the State Council

We confirm receipt of the "application for changing the name of Sinotrans Chartering Corporation to China National Chartering Corporation" of the Ministry of Foreign Trade and Economic Cooperation and the comments from the State Administration of Industry and Commerce (File No.: 1370). We have considered this issue and now set out our comments as follows:

I. We agree to resume use of the name of China National Chartering Corporation. The reasons are: 1. a lot of business was conducted under the name of Sinochart in the past, which has established a good commercial reputation; 2. the standard charterparty of Sinochart has been accepted by the international shipping industry and it is important to continue to use this standard charterparty so as to protect the Chinese interests; 3. China National Chartering Corporation has many domestic and overseas branches and subsidiaries, and the change of its name will involve many legal issues and will also incur significant costs.

II. Practically, as the original China National Chartering Corporation has not been de-registered at the Administration of Industry and Commerce, we suggest that the State Council agree to retain the name of China National Chartering Corporation, which shall be changed to a subsidiary of Sinotrans to succeed the legal position of Sinotrans Chartering Corporation, and in the meantime to de-register Sinotrans Chartering Corporation.

Secretariat of the National Economic and Trade Commission

31 May 1996

Declaration of Weidong CHEN

# Exhibit 8

# 国务院公文处理专用纸

椿霖同志：

　　外经贸部报来文件,要求将中外运租船公司更名为中国租船公司。据外经贸部反映,中国租船公司(以下简称中租公司)与中国对外贸易运输总公司(以下简称外运公司)同时于1955年注册成立,实际上是一个公司两块牌子;对外租船用中租公司名义。1988年清理整顿公司,中租公司没有上报保留,被视为撤销。1993年,外经贸批准外运公司成立了中外运租船公司负责对外租船。外经贸部提出,中租公司已有几十年业务,对外建立了良好商誉,企业名

文　号：办1370(95)　　— 1 —　　联系电话:3867,63098861

承办人：刘忠　　　　　　　　　　负责人：

# 国务院文件处理专用纸

称已成为宝贵的无形资产，不应轻易放弃。对此，国家经贸委和国家工商局进行了研究，现将有关情况报告如下：

国家工商局反映，中租公司既未注销又未办理重新注册登记和年检，建议将中租公司作为清理整顿公司遗留问题予以保留，经批准后重新登记注册。

国家经贸委经过研究认为，过去以"中国租船公司"名义开展了大量业务，已有一定商誉，中租公司的租约范本已被国际航运界接受，继续使用该范本有利于维护我方权益，且中租公司在国内外设有大量分支机构，如变更名称涉及大量法律事务，经济成本也高，并且原中租公司尚未在工商行政管理机关申请注销，建议国务院同意保留原中租公司，变更为中外运公司的子公司，继承现中外运租船公司的法律地位，中外运租船公司相应注销。

根据以上情况，考虑到中国租船公司实际上并未注销，且对外已有一定商誉，我们建议同意国家经贸委和工商局意见，作为清理整顿公司的遗留问题，保留中国租船公司名称，并变更为外运公司的子公司，同时注销中外运租船公司。

妥否，请批示。

国办秘书二局
一九九六年十月二十八日

— 2 —

## Special Paper for Documents Process of the State Council

Dear Chunlin,

The Ministry of Foreign Trade and Economic Cooperation submitted a report in which it was requested to change the name of Sinotrans Chartering Corporation to China National Chartering Corporation. As stated by the Ministry of Foreign Trade and Economic Cooperation, China National Chartering Corporation (hereinafter referred to as "Sinochart") and China National Foreign Trade Transportation Corporation (hereinafter referred to as "Sinotrans") were both established and registered in 1955 and, in fact, they were "one company bearing two name boards". The name of Sinochart was used for ship chartering business with foreign parties. When the restructuring of companies campaign started in 1988, no application was submitted to preserve the name of Sinochart and that name was therefore deemed de-registered. In 1993, as approved by the Ministry of Foreign Trade and Economic Cooperation, Sinotrans established Sinotrans Chartering Corporation to conduct ship chartering business with foreign parties. The Ministry of Foreign Trade and Economic Cooperation stated that Sinochart has traded for decades and has established a good commercial reputation overseas; its name is a valuable intangible asset, which shall not be abandoned. The National Economic and Trade Commission and the State Administration of Industry and Commerce have considered this issue and we hereby write to report as follows:

The State Administration of Industry and Commerce stated that Sinochart was not de-registered, nor did it apply for re-registration or annul inspections. It is therefore suggested that the name of Sinochart be preserved as a left-over issue of the restructuring of enterprises and re-registration formalities be completed upon approval.

The National Economic and Trade Commission also has considered this issue and their view can be set out as follows. A lot of business was conducted under the name of Sinochart in the past, which has established a good commercial reputation. The standard charterparty of Sinochart has been well accepted by the international shipping industry and it will help to protect the Chinese interests if we continue to use that charterparty. Further, Sinochart has many domestic and overseas branches. The change of its name will involve a significant amount of legal issues and will also be a costly exercise. In addition, the original Sinochart has not been deregistered at the State Administration of Industry and Commerce. We therefore suggest that the State Council agree with the proposal that the name of Sinochart should be retained and it should be changed to a subsidiary of Sinotrans, which will succeed the legal position of Sinotrans Chartering Corporation, and Sinotrans Chartering Corporation should be de-registered accordingly.

In view of the above and in consideration of the fact that Sinochart has not been de-registered, which has established a good commercial reputation, we propose to agree with the suggestion of the National Economic and Trade Commission and the State Administration of Industry and Commerce, i.e. to treat this issue as a left-over issue of the restructuring of enterprises, to retain the name of Sinochart and change it to a subsidiary of Sinotrans, and in the meantime to deregister Sinotrans Chartering Corporation.

We look forward to your approval.

Bureau II of Secretariat of the Administration Office of the State Council

28 December 1996

[Handwriting by Mr. He Chunlin: Agreed. Please forward to Mr. Li Lanqing and Mr. Luo Gan for approval.]

Declaration of Weidong CHEN

# Exhibit 9

Case 1:07-cv-06148-DC  Document 28-8  Filed 04/22/2008  Page 16 of 34

中外运租船公司
中国外运集团
Sinochart

电话: 8405377 93    电传: 22488    CHART CN
　　　8405394　　　　22982    CHART CH
　　　8405398　　　　722502   CHART CH
中国北京月子口 地址 100081    电挂: SINOCHART BEIJING

7

## 关于恢复使用中国租船公司名称的说明

国家工商行政管理局:

　　中国租船公司于1985年注册成立,与中国对外贸易运输总公司、实际上是一个公司两块牌子,对外租船用中国租船公司名义。1988年清理整顿公司,中国租船公司没有上报保留,被视为撤销。1993年,外经贸部批准我公司成立了中外运租船公司,负责对外租船。

　　我公司认为:中国租船公司已有几十年业务,对外建立了良好商誉,企业名称已成为宝贵的无形资产,不应轻易放弃。对此,国务院办公厅秘书二局,根据国家经贸委和国家工商局的意见,提出将恢复使用中国租船公司名称问题作为清理整顿公司的遗留问题,保留中国租船公司名称,并变更为外运总公司的子公司,同时注销中外运租船公司的建议,这一建议已得到李岚清、罗干等领导同志同意。

　　由于中国租船公司最初的登记注册是在中国国家工商行政管理局办理的,加之本公司以"中国"为字头的公司,为保持登记的连续性和适当性,恳请贵局给于办理恢复使用中国租船公司名称的有关手续。



中国租船公司

一九九六年十一月十六日

| | |
|---|---|
| [Logo of Sinochart] | **Sinotrans Group** |
| | **Sinotrans Chartering Corporation** |

### Explanation for Resuming Use of the Name of China National Chartering Corporation

To: State Administration of Industry and Commerce

China National Chartering Corporation was established and registered in 1955 and its relationship with China National Foreign Trade Transportation Corporation was actually "one company bearing two name boards". The name of China National Chartering Corporation was used for ship chartering business with foreign parties. When the restructuring of companies campaign started in 1988, no application was submitted to preserve the name of China National Chartering Corporation and that name was therefore deemed de-registered. In 1993, as approved by the Ministry of Foreign Trade and Economic Cooperation, we established Sinotrans Chartering Corporation to conduct ship chartering business with foreign parties.

We consider that the name of China National Chartering Corporation has been traded for decades and has established a good commercial reputation overseas. This name is a valuable intangible asset, which shall not be abandoned. On this particular issue, Bureau II of Secretariat of the Administration Office of the State Council, after having considered the comments from the National Economic and Trade Commission and the State Administration of Industry and Commerce, suggest that the issue of resuming use of the name of China National Chartering Corporation be treated as a left-over issue of the restructuring of enterprises, the name of China National Chartering Corporation be maintained and altered to a subsidiary of Sinotrans, and in the meantime, Sinotrans Chartering Corporation should be de-registered. This suggestion has been approved by some government leaders such as LI Lan Qing and LUO Gan.

As China National Chartering Corporation was initially registered at the State Administration of Industry and Commerce and the name of our company contains "China", we hereby apply to your honorable bureau to complete the relevant formalities for resuming use of the name of China National Chartering Corporation to ensure the continuity and appropriateness of the registration.

China National Chartering Corporation (stamped)

16 November 1996

Declaration of Weidong CHEN

# Exhibit 10



# 企业法人

# 营业执照

（副本）

注册号1000071-3(2-1)

经
照
一九九六年
国家工商行政管理局监制
中华人民共和国



企业名称　中圆组合公司
住　　所　北京市海淀区西三环北路21号
法定代表人　赵建卫
注册资金　人民币伍拾万元
经济性质　全民所有制
经营方式　代理、销售、零售
经营范围　主营：经销汽车配件及附件、照相器材、楼宇对讲设备及安装；兼营……
兼营

34

# Enterprise Legal Person Business License

(Duplicate Copy)

Registration No. 10000171-3(2-1)

Issuing authority:

State Administration of Industry and Commerce
(stamped)

14 October 1997

---

**Name of the Enterprise:** China National Chartering Corporation

**Address:** No. 21, North Xi San Huan Road, Haidian District, Beijing

**Legal Representative:** Zhang Jianwei

**Registered Capital:** RMB5,000,000

**Economic Nature:** Ownership by the Whole People

**Type of Operation:** agency, leasing, consulting

**Business Scope:**

Main business: To accept instructions to charter in/out ships, to engage in ship sale and purchase and to arrange for ship repairs as the agent to carry out ship operation, management and relevant cargo transportation, and to provide services in relation to international shipping information and consultation

Other business:

Declaration of Weidong CHEN

# Exhibit 11

# 企业从业人员基本情况表

企业申请名称：

人事管理部门（公章）

桂林保税存储集团 1997 年4月 7 日

| 姓名 | 性别 | 年龄 | 文化程度 | 技术职称 | 担任部门职务 | 电话 | 身份证号码 | 是否委派机关、事业单位，赴社会团体下部或现职离休干部准在职 |
|---|---|---|---|---|---|---|---|---|
| 张建立 | 男 | 40 | 研究生 | 高级经济师 | 总经理 | 6840-5373 | 11010851040085441 | 否 |
| 施军 | 女 | 山 | 大学 | 经济师 | 行政处 | （2840-5393） | 11010861043115676 | 否 |
| 杜诺 | 男 | 31 | 大专 | 高级经济师 | 行会处 | 6840-5380 | 11010861040085977 | 否 |
| 张祖庆 | 男 | 41 | 大学 | 高级编辑师 | 副总经理 | 6840-5381 | 11010864040285484 | 否 |
| 陈学生 | 男 | 33 | 大学 | 经济师 | 副总经理 | 6840-5382 | 11010864040785453 | 否 |
| 李旭 | 男 | 30 | 大学 | 助理师 | 副总经理 | 6840-5381 | 11010864040785459 | 否 |
| 李青 | 女 | 31 | 大专 | 助理师 | 材料部长 | 6840-5376 | 110105866070772 | 否 |
| 周志山 | 男 | 33 | 大学 | 高级师 | 材料部长 | 6840-5380 | 110105868040879 | 否 |
| 任克信 | 男 | 29 | 大学 | 助理师 | | 6840-5380 | 11010586040785005 | 否 |
| 叶康 | 男 | 29 | 大学 | | 助理经理 | 6840-5375 | 110105689070722 | 否 |

24

## Basic Information of Employees of the Enterprise

Human resource administrative authority (stamp)  7 April 1997
(Stamp of the human resource department of China National Foreign Trade Transportation Corporation)

Applied name of the enterprise:

| Name | Gender | Age | Education | Technical title | Position at the department that he/she will work for | Telephone | ID Card No. | Whether a cadre of the Party, government, institutional enterprises or social organizations or whether a retired cadre | Former employer and position |
|---|---|---|---|---|---|---|---|---|---|
| Zhang Jianwei | Male | 40 | Post graduate | Senior Economist | General manager | 68405373 | 11010857092854 1 | No | Vice-president of Sinotrans Group; General manager of Sinotrans Chartering Corporation |
| Yang Ying | Female | 41 | College | Economist | Deputy division chief | 68405372 | 11010856050257 6 | No | |
| Du Hong | Male | 31 | University | Certified Business Specialist | Deputy general manager | 68405381 | 11010866941577 | No | |
| Zhang Zuyue | Male | 41 | University | Senior Economist | Section chief | 68405384 | | No | |
| Fang Xuejun | Male | 33 | University | Economist | Deputy section chief | 68405382 | 11010864110954 9 | No | |
| Li Xu | Male | 30 | University | Assistant Business Specialist | | 68405388 | 11010867123064 9 | No | |
| Li Qian | Female | 31 | University | Certified Business Specialist | Deputy section chief | 68405376 | 11010566070977 2 | No | |
| Tian Zhong- shan | Male | 29 | University | Certified Business Specialist | | 68405385 | 11010566102877 9 | | |
| Hua Xiaowei | Male | 33 | Post graduate | | | 68405380 | 21060364022500 5 | | |
| Ye Jie | Male | 29 | University | Assistant Business Specialist | Section chief | 68405375 | 11010568070177 5 | No | |

Declaration of Weidong CHEN

# Exhibit 12

价 格 表

# BALANCE SHEET

Company: Sinotrans Chartering Corporation
Stamped by Sinotrans Chartering Corporation and China National Chartering Corporation

Date: 31 December 1997

Chart No. 01

Unit RMB

| Assets | Line | At the Beginning of the Year | At the End of the Year |
|---|---|---|---|
| Current assets | | | |
| Cash | 1 | 16,629,673.44 | 11,385,600.37 |
| Short-term investment | 2 | | 19,572,155.30 |
| Notes receivable | 3 | | |
| Accounts receivable | 4 | 8,660,320.69 | 1,002,800.63 |
| Less : provision for bad Debts | 5 | | |
| Net account receivable | 6 | 8,660,320.69 | 1,002,800.63 |
| Prepaid accounts | 7 | 12,025,728.19 | 20,472,457.30 |
| Export tax return receivable | 8 | | |
| Subsidy receivable | 9 | | |
| Other account receivable | 10 | 404,948.69 | 425,328.64 |
| Inventory | 11 | 5,418.15 | |
| Other business expenses to be allocated | 12 | 188,592,290.60 | 227,300,614.32 |
| Prepaid expenses | 13 | | |
| Current assets loss to be allocated | 14 | | |
| Long-term Bond Investment due in one year | 15 | | |
| Other current assets | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| Total current assets | 20 | 220,319,379.76 | 288,591,451.76 |
| Long-term Investment | 21 | | |
| Long-term Investment | 22 | | |
| Fixed assets | | | |

| Liabilities /Owner's Equity | Line | At the Beginning of the Year | At the End of the Year |
|---|---|---|---|
| Current liabilities | | | |
| Short term loan | 46 | 3,000,000.00 | 19,572,155.30 |
| Notes payable | 47 | | |
| Accounts payable | 48 | 8,603,275.24 | 1,498,203.81 |
| Received accounts | 49 | 203,317,270.62 | 229,699,610.40 |
| Other account payable | 50 | | |
| Wages payable | 51 | | |
| Social benefit payable | 52 | | |
| Tax payable | 53 | -204,977.41 | 95,070.29 |
| Unpaid profits | 54 | | |
| Other unpaid | 55 | 125,198.88 | |
| Drawing expense in advance | 56 | | |
| Long-term debts due within one year | 57 | | |
| Other current liabilities | 58 | | |
| | 59 | | |
| | 60 | | |
| | 61 | | |
| | 62 | | |
| | 63 | | |
| | 64 | | |
| Total current liabilities | 65 | 215,459,480.27 | 251,293,672.76 |
| Long term loan | 66 | | |
| Long term liabilities | | | |
| Bonds payable | 67 | | |
| Long term payable | 68 | | |

| Item | No. | Amount | Amount | Item | No. | Amount | Amount |
|---|---|---|---|---|---|---|---|
| Fixed assets | | | | Other long term liabilities | 69 | | |
| Original Value of Fixed assets | 23 | 1,755,128.48 | 1,765,250.40 | | 70 | | |
| Less : accumulated depreciation | 24 | 103,677.35 | 344,620.35 | | 71 | | |
| Net fixed assets | 25 | 1,561,443.02 | 1,420,629.45 | | 72 | | |
| Disposal of Fixed Assets | 26 | | | | 73 | | |
| Construction in progress | 27 | | | Other long term liabilities circulation | 74 | | |
| Net loss of fixed assets to be disposed of | 28 | | | Among which: | 75 | | |
| | 29 | | | accommodation | 76 | | |
| | 30 | | | Among: public | 77 | | |
| | 31 | | | Special liability payable | 77 | | |
| | 32 | | | Other long term liabilities | 78 | | 218,459,480.21 |
| | 33 | | | Total long term liabilities | 79 | | 251,293,672.76 |
| | 34 | | | Owner's equity | | | |
| Total fixed assets | 35 | 1,561,443.02 | 1,420,629.45 | | | | |
| Intangible & deferred assets | | | | | | | |
| Intangible assets | 36 | | | Actual received capital | 80 | 5,000,000.00 | 5,000,000.00 |
| Deferred assets | 37 | | | Capital reserve | 81 | 4,420,842.57 | 4,423,342.57 |
| Among which: | 38 | | | Surplus reserve | 82 | | |
| Among: adjusted amounts | 39 | | | Among which: public welfare fund | 83 | | |
| Total intangible & deferred assets | 40 | | | Profits collected by the supervision authorities | 84 | | |
| Other long term assets | 41 | 202,012,091.21 | | Retained earnings | 85 | | 1,238,075.88 |
| | | | | Total owners equity | 86 | 9,420,342.57 | 10,718,418.45 |
| Total Assets | 45 | 227,379,822.78 | 232,012,091.21 | Total liabilities & owners equity | 90 | 227,379,822.78 | 232,012,091.21 |

Person in Charge: (stamped)    Person in charge of accounting: (stamped)    Checked by: (stamped)    Filled in by: (stamped)

Note [in handwriting]: It is hereby certified that the former Sinotrans Chartering Corporation was de-registered early in 1998, and its name was changed to Sinochart. Thus the stamp of Sinochart was affixed to the original sheet.

2

Declaration of Weidong CHEN

# Exhibit 13

文号:工商企字(1988)第 258 号
编号:

# 企业申请变更登记注册书

企 业 名 称：中国租船公司 （盖章）

注 册 号：100000100017

法定代表(负责)人签字：云怀仁

申 请 日 期： 99 年 4 月 16日

## 中华人民共和国

## 国家工商行政管理局制

（一）企业法人申请变更登记事项

| 项　目 | 原核准登记事项 | 申请变更登记事项 |
|---|---|---|
| 企业法人名称 | 中国租船公司 | |
| 住　所 | 北京市海淀区西三环北路21号 | |
| 经营场所地址 | 北京市海淀区西三环北路21号 | |
| 法定代表人 | 刘顺龙 | 严虎 |
| 经济性质 | 全民所有制 | |
| 从业人数(人) | 28 | |

| 注册资金<br>（万元） | 合计 | 其中： | | 合计 | 其中： | |
|---|---|---|---|---|---|---|
| | | 固定资金 | 流动资金 | | 固定资金 | 流动资金 |
| | 500万元 | | | 2,316万元 | | |

| 经营方式 | 代理、租贷、咨询。 | |
|---|---|---|

| 经营<br><br>范围 | 主营 | 接受委托,代理船舶租任或租买、船舶买卖、修等造、从事船舶经营、管理及相关货运业务,以及提供国内外航运信息、咨询相关服务。 |
|---|---|---|
| | 兼营 | |

| 经营场所面积 | 280　　　　　　m² | 　　　　　　m² |
|---|---|---|

| 经营期限 | 自　年　月　日至　年　月　日止 | 自　年　月　日至　年　月　日止 |
|---|---|---|

| 增(减)分支机构<br>简　况<br>(可附纸续填) | 名　称 | 地　址 | 负责人 | 执照注册号 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

注：企业法人申请变更登记时填写、提供（一）、（二）两栏的内容。

1

(二)提交文件、证件及有关部门意见

| | |
|---|---|
| 申请变更<br><br>登记提交<br><br>文件、证件 | 1) 企业法定代表人任职证明<br>2) 中国租船公司法定代表人签字表<br>3) 企业法定代表人履历表<br>4) 企业国有资产交易产权登记表<br>5) 关于申请变更法定代表人及注册资金的请示报告<br>6)〔1999〕至人字第205/061号 关于刘豫铭等同志职务任免的<br>通知。 |
| 企业申请<br><br>变更理由 | 理由1)、根据集团总公司内部重组有关规定,将原来总公司海运一部与<br>中租公司合并,原核拨海运一部的流动资金1,816万元作为中租<br>公司的注册资金。另外,由于近几年来,中租公司租船业务量越<br>来越大,企业规模也不断扩大,因此也迫切需要增加注册资<br>金。根据集团总公司常董会任命刘豫铭同志为中国租船公司总经理<br>理由2)、免去刘顺虎同志中国租船公司总经理职务的决定,目前已于<br>中租公司的总经理工作已由新任的总经理易主持,公司总经理<br>人员已经发生了变动。因此,中请营业执照,法定代表人变更登记。<br><br>法定代表(负责)人签字：〔签名〕    年  月  日 |
| 企业电话 | 6229 56 89 | 联系人 | 金小华 | 邮政编码 | 100044 |
| 主管部门 | 中国对外贸易运输集团总公司 | 批准文件、<br>文号及日期 | |
| 审批机关 | | 审核文件、<br>文号及日期 | |
| 有关部门<br><br>签署意见 | | | |

2

File No.: Gong Shang Qi Zi (1988) No. 258
Reference No.:

# Registration Certificate of
# Enterprise Application for Alteration

Name of Enterprise:              China National Chartering Corporation (stamped)

Registration No.:                1000001000171

Signature of Legal Representative:    [signature of Liu Shunlong]

Date of Application:             16 April 1999

**This form is made by the State Administration of Industry and
Commerce of the People's Republic of China.**

(I)    Registered Items that the Enterprise Applies For Alternation

| Item | | Original Registered Information | | | Information after the Applied Alteration | | |
|------|--|-------------------------------|--|--|------------------------------------------|--|--|
| Name of Enterprise | | China National Chartering Corporation | | | | | |
| Address | | No.21, North Xi San Huan Road, Haidian District, Beijng | | | | | |
| Business Operation Address | | No.21, North Xi San Huan Road, Haidian District, Beijng | | | | | |
| Legal Representative | | Liu Shunlong | | | Yan Hu | | |
| Economic Nature | | Ownership by the whole people | | | | | |
| Employee(s) | | 28 | | | | | |
| Registered Capital | | Total | Including: | | Total | Including: | |
| | | | Fixed capital | Current capital | | Fixed capital | Current capital |
| | | RMB5,000,000 | | | RMB23,160,000 | | |
| Type of Business Operation | | Agency, leasing, consulting | | | | | |
| Business Scope | Main | To accept instructions to charter in/out ships, to engage in ship sale and purchase and to arrange for ship repairs as the agent; to carry out ship operation, management and relevant cargo transportation, and to provide services in relation to international shipping information and consultation | | | | | |
| | Other | | | | | | |
| Space of Business Operation | | 280 m$^2$ | | | | | |
| Business Term | | | | | | | |
| Information in relation to opening (or close) of branches | | Name and address | | | Person in charge | Registration No. of the business license | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(II)    Submitted documents and certificates and the comments from relevant authorities

| | |
|---|---|
| Documents and certificates submitted for the application of alteration | (1) Certificate of legal representative of the enterprise<br>(2) Signature list of the legal representative of China National Chartering Corporation<br>(3) CV of the legal representative of the enterprise<br>(4) Registration form for ownership change of state-owned assets of enterprises<br>(5) Application report in relation to the alteration of legal representative and registered capital<br>(6) Notice of appointment and removal of Mr Liu Yuming and others – (1999) Yun Ren Zi No. 205/061 |
| Reasons of the application for alternation | (1) According to the regulations of the Group Company in relation to internal re-organization, the former Marine Department I of the Group Company will be merged with Sinochart. The cash in the amount of RMB 18.16 million that was originally appropriated to the Marine Department I should be used as the registered capital of Sinochart. In addition, as the chartering business of Sinochart and the size of Sinochart have both been expanding quickly recently, it is also necessary to increase the registered capital.<br>(2) Pursuant to the decision of the ordinary board meeting of the Group Company, Mr Yan Hu is appointed as the general manager of Sinochart and Mr Liu Shunlong is removed from the general manager of Sinochart. As the new general manager has taken over the relevant jobs, we hereby apply for the alteration of the legal representative on our business license.<br><br>Signature of the legal representative: Liu Shunlong |

| Telephone | 62295689 | Contact person | Jin Shaohua | Postal code | 100044 |
|---|---|---|---|---|---|
| Superior entity | China National Foreign Trade Transportation (Group) Company | | Approval and relevant file no. and date | | |
| Approving authority | | | Verification document and relevant file no. and date | | |
| Comments from the relevant authorities | | | | | |