```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OCEAN LINE HOLDINGS LTD.,               :

                Plaintiff,              :

        - against -                     :

CHINA NATIONAL CHARTERING CORP.,        :

                Defendant.              :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2008

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 8123 (DC)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
        February 5, 2008

                                    _____
                                    DENNY CHIN
                                    United States District Judge