

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

# MEMO ENDORSED February 22, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2008

*Via Facsimile: (212) 805-7906*
Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **Ocean Lines Holding Ltd. v. China National Chartering Corp.**
      U.S.D.C., S.D.N.Y. Docket No.: 07 Civ. 8123 (DC)
      LML ref: 1212A

Dear Judge Chin:

We are counsel for Defendant, China National Chartering Corporation, (hereinafter "Sinochart"), in the above-captioned matter. We write with regard to Sinochart's deadline to submit its final supplemental papers in support of its Motion to Vacate Maritime Attachment, which we believe under the original schedule is February 29, 2008. In light of the additional time extended to Plaintiff to submit its final papers in opposition to the Motion to Vacate, we respectfully request that Sinochart be granted an extension of time until March 14, 2008 to submit its supplemental papers. Plaintiff's counsel has consented to this request.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs

cc:   *Via email: gutowski@freehill.com*
      Peter J. Gutowski, Esq.
      Freehill, Hogan & Mahar

Approved.

SO ORDERED.

USDJ
2/25/08