Exhibit 1

国有资产产权界定和产权纠纷处理暂行办法

（１９９３年１２月２１日国家国有资产管理局以

国资法规发〔１９９３〕６８号发布）

## 第一章  总则

第一条  为了维护国有资产所有者和其他产权主体的合法权益，明确产权归属，促进社会主义市场经济的发展，制定本办法。

第二条  本办法下列用语的含义：

国有资产。系指国家依法取得和认定的，或者国家以各种形式对企业投资和投资收益、国家向行政事业单位拨款等形成的资产。

产权。系指财产所有权以及与财产所有权有关的经营权、使用权等财产权。不包括债权。

产权界定。系指国家依法划分财产所有权和经营权、使用权等产权归属，明确各类产权主体行使权利的财产范围及管理权限的一种法律行为。

产权纠纷。系指由于财产所有权及经营权、使用权等产权归属不清而发生的争议。

第三条  本办法适用于全部或部分占用国有资产单位的产权界定，全民所有制单位与其他所有制单位之间以及全民所有制单位之间的国有资产产权的界定及产权纠纷的处理。

第四条  产权界定应遵循"谁投资、谁拥有产权"的原则进行。在界定过程中，既要维护国有资产所有者及经营使用者的合法权益，又不得侵犯其他财产所有者的合法权益。

第五条  产权纠纷的处理应本着实事求是、公正、公平的原则依法进行。

## 第二章  国有资产所有权界定

第六条  中华人民共和国是国有资产所有权的唯一主体，国务院代表国家行使国有资产

1

的所有权,国家对国有资产实行分级分工管理,国有资产分级分工管理主体的区分和变动不是国有资产所有权的分割和转移。

第七条  国有机关及其所属事业单位占有、使用的资产以及政党、人民团体中由国家拨款等形成的资产,界定为国有资产。

第八条  全民所有制企业中的产权界定依下列办法处理:

1.有权代表国家投资的部门和机构以货币、实物和所有权属于国家的土地使用权、知识产权等向企业投资,形成的国家资本金,界定为国有资产;

2.全民所有制企业运用国家资本金及在经营中借入的资金等所形成的税后利润经国家批准留给企业作为增加投资的部分以及从税后利润中提取的盈余公积金、公益金和未分配利润等,界定为国有资产;

3.以全民所有制企业和行政事业单位(以下统称全民单位)担保,完全用国内外借入资金投资创办的或完全由其他单位借款创办的全民所有制企业,其收益积累的净资产,界定为国有资产;

4.全民所有制企业接受馈赠形成的资产,界定为国有资产;

5.在实行《企业财务通则》、《企业会计准则》以前,全民所有制企业从留利中提取的职工福利基金、职工奖励基金和"两则"实行后用公益金购建的集体福利设施而相应增加的所有者权益,界定为国有资产;

6.全民所有制企业中党、团、工会组织等占用企业的财产,不包括以个人缴纳党费、团费、会费以及按国家规定由企业拨付的活动经费等结余购建的资产,界定为国有资产。

第九条  集体所有制企业中国有资产所有权界定依下列办法处理:

1.全民单位以货币、实物和所有权属于国家的土地使用权、知识产权等独资(包括几个全民单位合资,下同)创办的以集体所有制名义注册登记的企业单位,其资产所有权界定按照本办法第八条的规定办理。但依国家法律、法规规定或协议约定并经国有资产管理部门认定的属于无偿资助的除外;

2.全民单位用国有资产在非全民单位独资创办的集体企业(以下简称集体企业)中的投资以及按照投资份额应取得的资产收益留给集体企业发展生产的资本金及其权益,界定为国有资产;

3.集体企业依据国家规定享受税前还贷形成的资产,其中属于国家税收应收未收的税

2

款部分，界定为国有资产；集体企业依据国家规定享受减免税形成的资产，其中列为"国家扶持基金"等投资性的减免税部分界定为国有资产。经国有资产管理部门会同有关部门核定数额后，继续留给集体企业使用，由国家收取资产占用费。上述国有资产的增殖部分由于历史原因无法核定的，可以不再追溯产权。

集体企业改组为股份制企业时，改组前税前还贷形成的资产中国家税收应收未收的税款部分和各种减免税形成的资产中列为"国家扶持基金"等投资性的减免税部分界定为国家股，其他减免税部分界定为企业资本公积金；

4．集体企业使用银行贷款、国家借款等借贷资金形成的资产，全民单位只提供担保的，不界定为国家资产；但履行了连带责任的，全民单位应予追索清偿或经协商转为投资。

第十条　供销、手工业、信用等合作社中由国家拨入的资本金（含资金或者实物）界定为国有资产，经国有资产管理部门会同有关部门核定数额后，继续留给合作社使用，由国家收取资产占用费。上述国有资产的增殖部分由于历史原因无法核定的，可以不再追溯产权。

第十一条　集体企业和合作社无偿占用国有土地的，应由国有资产管理部门会同土地管理部门核定其占用土地的面积和价值量，并依法收取土地占用费。

集体企业和合作社改组为股份制企业时，国有土地折价部分，形成的国家股份或其他所有者权益，界定为国家资产。

第十二条　中外合资经营企业中国有资产所有权界定依下列办法处理：

1．中方以国有资产出资投入的资本总额，包括现金、厂房建筑物、机器设备、场地使用权、无形资产等形成的资产，界定为国有资产；

2．企业注册资本增加，按双方协议，中方以分得利润向企业再投资或优先购买另一方股份的投资活动中所形成的资产，界定为国有资产；

3．可分配利润及从税后利润中提取的各项基金中中方按投资比例所占的相应份额，不包括已提取用于职工奖励、福利等分配给个人消费的基金，界定为国有资产；

4．中方职工的工资差额，界定为国有资产；

5．企业根据中国法律和有关规定按中方工资总额一定比例提取的中方职工的住房补贴基金，界定为国有资产；

6．企业清算或完全解散时，馈赠或无偿留给中方继续使用的各项资产，界定为国有资产。

3

第十三条　中外合作经营企业中国有资产所有权界定参照第十二条规定的原则办理。

第十四条　股份制企业中国有资产所有权界定依下列办法处理：

1．国家机关或其授权单位向股份制企业投资形成的股份，包括现有已投入企业的国有资产折成的股份，构成股份制企业中的国家股，界定为国有资产；

2．全民所有制企业向股份制企业投资形成的股份，构成国有法人股，界定为国有资产。

3．股份制企业公积金、公益金中，全民单位按照投资应占有的份额，界定为国有资产；

4．股份制企业未分配利润中，全民单位按照投资比例所占的相应份额，界定为国有资产。

第十五条　联营企业中国有资产所有权界定参照第十四条规定的原则办理。

## 第三章　全民单位之间产权界定

第十六条　各个单位占用的国有资产，应按分级分工管理的原则，分别明确其与中央、地方、部门之间的管理关系，非经有权管理其所有权的人民政府批准或双方约定，并办理产权划转手续，不得变更资产的管理关系。

第十七条　全民单位对国家授予其使用或经营的资产拥有使用权或经营权。除法律、法规另有规定者外，不得在全民单位之间无偿调拨其资产。

第十八条　全民所有制企业之间是平等竞争的法人实体，相互之间可以投资入股，按照"谁投资、谁拥有产权"的原则，企业法人的对外长期投资或入股，属于企业法人的权益，不受非法干预或侵占。

第十九条　依据国家有关规定，企业之间可以实行联营，并享有联营合同规定范围内的财产权利。

第二十条　国家机关投资创办的企业和其他经济实体，应与国家机关脱钩，其产权由国有资产管理部门会同有关部门委托有关机构管理。

第二十一条　国家机关所属事业单位经批准以其占用的国有资产出资创办的企业和其他经济实体，其产权归该单位拥有。

4

第二十二条　对全民单位由于历史原因或管理问题造成的有关房屋产权和土地使用权关系不清或有争议的，依下列办法处理：

1．全民单位租用房产管理部门的房产，因各种历史原因全民单位实际上长期占用，并进行过多次投入、改造或翻新，房产结构和面积发生较大变化的，可由双方协商共同拥有产权；

2．对数家全民单位共同出资或由上级主管部门集资修建的职工宿舍、办公楼等，应在核定各自出资份额的基础上，由出资单位按份共有或共同共有其产权。

3．对有关全民单位已办理征用手续的土地，但被另一些单位或个人占用，应由原征用土地一方进行产权登记，办理相应法律手续。已被其他单位或个人占用的，按规定实行有偿使用；

4．全民单位按国家规定以优惠价向职工个人出售住房，凡由于分期付款，或者在产权限制期内，或者由于保留溢值分配权等原因，产权没有完全让渡到个人之前，全民单位对这部分房产应视为共有财产。

第二十三条　对电力、邮电、铁路和城市市政公用事业等部门，按国家规定由行业统一经营管理，可由国有资产管理部门委托行业主管部门根据历史因素及其行业管理特点，对使用单位投入资金形成的资产，依下列办法处理：

1．使用单位投入资金形成的资产交付这些行业进行统一管理，凡已办理资产划转手续的，均作为管理单位法人资产；凡没有办理资产划转手续的，可根据使用单位与管理单位双方自愿的原则，协商办理资产划转手续或资产代管手续；

2．对使用单位投入资金形成的资产，未交付这些行业统一管理而归使用单位自己管理的，产权由使用单位拥有；

3．对由电力部门代管的农电资产，凡已按规定办理有关手续，并经过多次更新改造，技术等级已发生变化，均作为电力企业法人资产；

4．凡属于上述部门的企业代管其他企业、单位的各项资产，在产权界定或清产核资过程中找不到有关单位协商或办理手续的，经通告在一定期限后，可以视同为无主资产，归国家所有，其产权归代管企业；

5．对于地方政府以征收的电力建设资金或集资、筹资等用于电力建设形成的资产，凡属于直接投资实行按资分利的，在产权界定中均按投资比例划分投入资本份额；属于有偿使

5

用已经或者将要还本付息的，其产权划归电力企业。

## 第四章 产权界定的组织实施

第二十四条 国有资产产权界定工作，按照资产的现行分级分工管理关系，由各级国有资产管理部门会同有关部门进行。

第二十五条 省级以上国有资产管理部门应当成立产权界定和产权纠纷调处委员会，具体负责产权界定及纠纷处理事宜。

第二十六条 全国性的产权界定工作，可结合清产核资，逐步进行。

第二十七条 占有、使用国有资产的单位，发生下列情形的，应当进行产权界定：

1．与外方合资、合作的；

2．实行股份制改造和与其他企业联营的；

3．发生兼并、折卖等产权变动的；

4．国家机关及其所属事业单位创办企业和其他经济实体的；

5．国有资产管理部门认为需要界定的其他情形。

第二十八条 产权界定依下列程序进行：

1．全民单位的各项资产及对外投资，由全民单位首先进行清理和界定，其上级主管部门负责督促和检查。必要时也可以由上级主管部门或国有资产管理部门直接进行清理和界定；

2．全民单位经清理、界定已清楚属于国有资产的部分，按财务隶属关系报同级国有资产管理部门认定；

3．经认定的国有资产，须按规定办理产权登记等有关手续。

占用国有资产的其他单位的产权界定，可以参照上述程序办理。

## 第五章 产权纠纷处理程序

6

第二十九条 全民所有制单位之间因对国有资产的经营权、使用权等发生争议而产生的纠纷，应在维护国有资产权益的前提下，由当事人协商解决。协商不能解决的，应向同级或共同上一级国有资产管理部门申请调解和裁定，必要时报有权管辖的人民政府裁定，国务院拥有最终裁定权。

第三十条 上述全民单位对国有资产管理部门的裁定不服的，可以在收到裁定书之日起十五日内，向上一级国有资产管理部门申请复议，上一级国有资产管理部门应当自收到复议申请之日起六十日内作出复议决定。

第三十一条 全民所有制单位与其他经济成份之间发生的产权纠纷，由全民单位提出处理意见，经同级国有资产管理部门同意后，与对方当事人协商解决。协商不能解决的，依司法程序处理。

## 第六章 法律责任

第三十二条 对违反本办法规定，导致国有资产流失的，由国有资产管理部门会同有关部门（以下简称产权界定主管机关）根据情节轻重，分别给予直接责任人员行政经济的处罚，触犯刑律的，由司法部门予以惩处。

第三十三条 产权界定主管机关的工作人员违反本办法，利用职权谋取私利或者玩忽职守，造成国有资产损失的，国有资产管理部门和有关部门应按照干部管理权限，给予责任人员行政处分，触犯刑律的，提交司法机关处理。

第三十四条 发生属于产权界定范围的情形，国有资产占用单位隐瞒不报或串通作弊，导致国有资产权益受损的，产权界定主管机关可以根据情节轻重，对占用单位的主管人员和直接责任人员给予通报批评、罚款等处罚。

发生上款情形，还需补办产权界定手续。

第三十五条 对于违反产权界定及纠纷处理程序，国有资产管理部门可以单独或会同有关部门给予责任人员行政、经济的处罚。

7

## 第七章  附则

第三十六条  本办法由国家国有资产管理局负责解释。
第三十七条  本办法自公布之日起施行。

# Interim Measures on Ascertainment of Property Rights of State-owned Assets and Resolution of Property Right Dispute

Chapter I

Article 1    This Regulation is enacted in order to safeguard the lawful rights enjoyed by the owners of state-owned assets as well as the subjects of other property rights, to clarify the attribution of property rights, and to promote the development of socialist market economy.

Article 2    Definition of the terms as used in this Regulation:

State-owned Assets    -    refers to any assets acquired and recognized by the State according to law, or formed after various kinds of investment to the enterprises made by the State and the proceeds of the investment, as well as by funds appropriated by the State to the administrative institutions.

Property Right    -    refers to assets ownership and any such rights associated with the assets ownership as management right, right of utilization, excluding right of obligation

Ascertainment of Property Rights    -    refers to legal action conducted by the State according to law to determine the attribution of property rights such as ownership right, management right and right of utilization, as well as to clarify the range of properties and the extent of authority of the rights enjoyed by various kinds of subjects.

Property Rights Dispute    -    refers to the disputes arising as a result of any unclear attribution of property rights such as ownership right, management right or right of utilization.

Article 3    (omitted)

Article 4    The ascertainment of property rights shall follow the principle of "the one who invests shall enjoy the property right". In the process of ascertainment, it shall safeguard the lawful rights of the owners of the state-owned assets and managers/operators, and in the same time not infringe the lawful rights of other assets owners.

Article 5    (omitted)

1

Chapter II

Article 6    The People's Republic of China is the sole subject of the ownership right of the state-owned assets. The State Council exercises the ownership right of the state-owned assets on behalf of the State. The State adopts the method of administration of the state-owned assets by different levels and different divisions. The differentiation and variation on the administrative subjects at different levels and divisions is not the separation or transfer of the state-owned property right.

Article 7    Assets possessed and utilized by government departments of the State and their affiliated institutions, as well as assets formed by funds appropriated to any political parties and people's groups by the State shall be defined as state-owned assets.

Article 8    The ascertainment of property right within the enterprises owned by the whole people shall be conducted as follows,

1. State capital funds formed through investment, made by departments and institutions authorized to invest on behalf of the State, into the enterprises in the form of currency, tangible objects, or in the form of land-use right for the land and intellectual property right which are owned by the State, shall be ascertained as state-owned assets;

2. Profits after tax of the enterprises owned by the whole people formed by the operation of state funds and capital loaned in during operation, after ratification by the State, saved by the enterprises as augmented investment, as well as the surplus reserve funds, welfare funds and the undistributed profits shall be ascertained as state-owned assets;

3. Net assets accumulated out of the income of the enterprises owned by the whole people established completely by capitals loaned in domestically or overseas, or established by capitals loaned from other units, and secured by enterprises owned by the whole people and administrative institutions (hereinafter referred to as the "whole people units") shall be defined as state-owned assets;

4. Assets formed by donations received by the enterprises owned by the whole people shall be defined as state-owned assets;

5. Any employee welfare funds, employee bonus funds as withdrawn from the retained profits of an enterprise owned by the whole people before implementation of the "General Principles of Enterprise Finance" and "Code of Enterprise Accounting", or any such owner's equity as increased due to construction of public welfare facilities by using the legal public welfare fund

2

after implementation of the said two rules, shall be ascertained as state-owned assets.

6. Assets possessed by the party, youth league and labor union organizations within the enterprises owned by the whole people, excluding assets purchased or formed by the surplus of the party fee, youth league fee or labor union fee paid by individuals and activity funds appropriated by the enterprises according to state provisions, shall be ascertained as state-owned assets.

…..(omitted)