# Exhibit 4

As per information/news from the website of SASAC of the State Council, the cases of "Free Transfer of State-owned Assets" are very often and frequent. Below are a few examples.

1. As per news dated January 31 2005, China Huaneng Group, one of the biggest power-generating groups of China, and China National Real Estate Development Group Corporation, the only central enterprise specializing in real estate development business, concluded a contract and held a hand-over ceremony in Beijing on January 29, the Huaneng Real Estate Development Corporation, previously affiliated to China Huaneng Group, was transferred to China National Real Estate Development Group Corporation on the "Free Transfer" basis;[1]

2. As per news dated July 8 2005, China Merchants Group and China Travel Service (Holdings) Hong Kong Limited held a ceremony on the hand-over the China Merchants International Traveling Management Corporation in Beijing Diaoyutai Hotel. The hand-over was conducted on the "Free Transfer" basis;[2]

3. As per news dated November 15 2007, the SASAC of Xuzhou City will conduct reformation on Xuzhou Sifang Aluminum Group Company by way of "Free Transfer of State-owned Assets", and the reform plan has been ratified by SASAC of the State Council.[3]

---

[1] Please see at http://www.sasac.gov.cn/n1180/n1549/n1600/n1780/1247279.html
[2] Please see at http://www.sasac.gov.cn/n1180/n1226/n2410/n314244/1284288.html
[3] Please see at http://www.sasac.gov.cn/n1180/n1271/n1301/n4328/3426343.html

# 李荣融出席华能房地产开发公司划转交接仪式

――――中央企业房地产资源重组迈出实质性步伐

1月29日,国内最大的发电集团之一中国华能集团公司和中央企业中唯一的房地产开发专营企业中国房地产开发集团公司,在京签署协议并举行交接仪式,中国华能集团公司所属的华能房地产开发公司正式整体无偿划转给中国房地产开发集团公司。此举标志着,中央企业房地产资源重组迈出了实质性一步。国务院国资委主任李荣融在办公厅、改革局有关同志的陪同下,出席了此次活动。中国华能集团公司副总经理鞠章华和中国房地产开发公司副总经理沈东进分别代表双方在协议上签了字。划转交接仪式获得圆满成功。

中央企业房地产资源重组工作,开创了中央企业将非主业资源重组进入主业的先河,是国资委为贯彻落实科学发展观的要求,加快中央企业布局结构调整、推进中央企业的股份制改革和促进中央企业更好地突出主业、实行专业化经营的重大举措,受到国务院和国资委领导的关注和支持。

华能房地产公司的划转工作,是国资委推动中央企业房地产资源重组迈出的重要一步,对于中国华能集团公司突出主业、建设具有国际竞争力的大企业集团和中房集团股份制改造、建立现代企业制度、做大做强都具有重要意义,也有助于为中央企业主辅分离、优化资源配置,深化国有企业改革探索出一条新路。

加快中央企业房地产资源有效整合，可以实现多赢局面。它有利于贯彻落实中央关于国企改革的指示精神，实现国资委对中央企业加快股份制改造、企业联合重组的任务；有利于增强中央企业在房地产领域的影响力和控制力，充分发挥大企业集团对房地产业的支撑作用，带动国民经济持续增长；有利于发挥中央大企业集团的导向和示范效应，全面推动房地产行业的技术进步、结构调整和产业升级；有利于入股的中央企业法人权益不减失，有利于他们突出主业和做强主业，规避风险；有利于国资委推进中央企业的结构调整，实行规模化和专业化经营，更好地实现国有资产保值增值。

http://www.sasac.gov.cn/n1180/n1549/n1600/n1780/1247279.html

## 香港中旅接管中国招商国际旅游管理总公司

2005年6月30日下午，香港中旅集团和招商局集团在北京钓鱼台大酒店举行了招商局集团向香港中旅集团移交中国招商国际旅游管理总公司管理权的签字仪式。

会上，香港中旅集团张学武总经理和招商局集团傅育宁总裁共同签署了《关于招商局集团向香港中旅（集团）有限公司移交中国招商国际旅游管理总公司管理权的协议》并分别讲话。双方表示，此事事先经过友好协商，形成了共识，由招商局集团向香港中旅集团成建制无偿转让所持有的招商局旅游总公司，并达成协议先行移交管理权。管理权移交后，两大集团将密切配合，通力合作，认真履行协议，确保企业稳定、队伍稳定、客户稳定和业务健康发展。

这次香港中旅集团接受招商局集团移交中国招商国际旅游管理总公司管理权，是两大集团积极贯彻国资委"主辅分离、做强做大主业"的精神，在深化企业改革方面迈出的重要一步。招商局集团全资拥有的招商旅游总公司经过近20年的团结奋斗，开拓进取，已拥有12家旅行社，3家航空运输销售代理公司，业务遍布全国各主要旅游城市。招商局集团将全资拥有的招商旅游总公司及所属的旅行社和空运代理公司相关的资产、业务和人员，以成建制无偿划转的方式转给具有品牌优势、资源优势、网络优势、人才优势和专业管理优势的香港中旅集团，不仅对招商局集团发展好主业有利，对香港中旅集团进一步做强做大旅游主业也是十分有利的，不仅符合两个集团的发展战略与规划，也符合国资

委对中央企业的要求和方向,得到了国资委的大力支持和肯定。国资委改革局、产权管理局和规划发展局分别派代表出席了会议。规划发展局长王晓齐指出,招商局集团、香港中旅集团两大驻港中资企业的成功合作为积极贯彻落实国资委主辅分离、做强做大主业提供了宝贵经验,具有实际的借鉴意义,必将有利于进一步推动深化国有企业改革。

http://www.sasac.gov.cn/n1180/n1226/n2410/n314244/1284288.html

# 徐州四方铝业集团公司国有产权成功划转

发布时间：2007年11月15日　　　　文章来源：江苏国资委

徐州四方铝业集团公司为徐州市国资委监管的国有大型企业，2006年实现工业总产值9.2亿元，销售收入8.9亿元，实现利税2167万元，利润1005万元。主要产品"苏铝"牌铝板、带、箔材获部、省、市优秀产品证书，省重点保护产品，实现了与海尔、春兰、小天鹅等名牌产品的配套。为谋求更大发展，市国资委拟采取有条件国有产权无偿划转的方式对四方铝业实施改革。

2006年12月，市政府第69次常务会原则通过了四方铝业的改革方案。市国资委与拟划入方——大屯煤电公司进一步协商，继续推进四方铝业的改制进程。大屯煤电计划固定资产投资18亿元，到"十一五"末铝加工产品销售收入达到35－40亿元规模。2007年3月28日，四方铝业召开了职工代表大会，到会职工代表117人，赞成票116张，弃权票1张，高票通过了企业改革预案。2007年4月4日，曹新平市长带领市国有企业改革领导小组成员到市国资委调研，专题研究国有企业改革有关问题，听取了市国资委关于四方铝业改制方案汇报，征求与会人员的意见和建议，进一步统一了思想，达成了共识，原则通过了四方铝业的改革方案。会议认为四方铝业采用国有产权划转，实施增量式改革的方式很好，市各相关部门要将四方铝业的改制全力支持。会议认为，四方铝业集团公司国有产权无偿划转给大屯煤电公司没有政策上的障碍，待中煤集团铝箔项目论证会通

过后，尽快做好产权划转协议的洽谈和签订工作。国资委在协议中应增加"增量式改制"条款。

中煤集团正式批复同意大屯煤电兼并四方铝业后，委托洛阳有色金属设计研究院编制《关于中煤集团大屯煤电公司铝加工总体规划设计方案》。市国资委对《国有产权无偿划转协议》进行了修改和完善，增加了增量式改革条款，要求大屯煤电后续铝加工项目累计总投资 24.952 亿元，"十一五"期末基本到位。6月 23 日，市政府批复同意签订《国有产权无偿划转协议》，6 月 26 日，市国资委与大屯煤电公司签订了四方铝业集团公司《国有产权无偿划转协议》，并上报国务院国资委。国务院国资委于 10 月 11 日正式批复同意四方铝业集团公司国有产权划入大屯煤电公司。

http://www.sasac.gov.cn/n1180/n1271/n1301/n4328/3426343.html