# EXHIBIT "9"

**Sent:** Monday, February 11, 2008 12:53 PM
**To:** Patrick F. Lennon
**Subject:** Ocean Line Holdings v. China National

Re:  Ocean Line Holdings v. China National et al.
     07 Civ. 8123 (DC)

Our Ref: 128-07/PJG

Dear Pat,

I passed on your email and I have since received instructions that the proposal is not acceptable.

I should add, for the sake of good order, that the attachments to your email appear to be identical to those sent by RB on January 16, 2008 (with the exception that the reference to the proposal being "subject to contract" was deleted). For your guidance, Ince had responded to those drafts setting forth a detailed series of comments to which no substantive response was ever received, at the same time objecting to the very complicated proposed side agreement. The only new document seems to be a draft counter-security guarantee, which counter-security has of course not been ordered by the Court. As you know, we say that the counter-security sought is excessive, not least because it is composed of certain claims that are unsustainable.

Kind regards,
FREEHILL HOGAN & MAHAR LLP
Peter J. Gutowski

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

5/12/2008